Int. Cls.: 25, 28 and 41

Prior U.S. Cls.: 22, 23, 38, 39, 50, 100, 101 and 107

Reg. No. 2,230,527

United States Patent and Trademark Office    Registered Mar. 9, 1999

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## FIGHTING ILLINI

BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS (ILLINOIS CORPORATION)
352 HENRY ADMINISTRATION BUILDING
506 SOUTH WRIGHT STREET
URBANA, IL 61801

FOR: CLOTHING, NAMELY, APRONS, ADULT AND CHILDREN'S JACKETS, AND VESTS, MEN'S SHIRTS, SPORT SHIRTS, TIES, NIGHT SHIRTS, LADIES' TOPS, ADULT AND CHILDREN'S JERSEYS, CAPS, SPORT CAPS, VISOR CAPS, SKI CAPS, SCARVES, SWEATERS, PONCHOS, GLOVES, MITTENS, GOLF SWEATERS, LADIES' AND MEN'S AND CHILDREN'S T-SHIRTS, BASEBALL SHIRTS, FOOTBALL SHIRTS, FOOTBALL-STYLE JERSEYS, LADIES' AND MENS'S SHORTS, SOCKS, ADULT AND CHILDREN'S WARM-UP SUITS, BABY SLEEPERS, BABY SHIRTS, WESTERN HATS, TENNIS HATS, WRIST-BANDS AND SWEATBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-13-1994; IN COMMERCE 12-13-1994.

FOR: TOY FLYING DISCS, BASKETBALLS, FOAM BASKETBALLS, FOOTBALLS, FOAM FOOTBALLS, STUFFED TOYS ANIMALS, DOLLS, GOLF BAGS, GOLF HEAD COVERS, GOLF BALLS, CHRISTMAS TREE ORNAMENTS AND CHRISTMAS STOCKINGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-13-1994; IN COMMERCE 12-13-1994.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING COLLEGIATE ATHLETIC EXHIBITIONS AND GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-13-1994; IN COMMERCE 12-13-1994.

OWNER OF U.S. REG. NOS. 1,723,734 AND 1,725,610.

SER. NO. 75-415,478, FILED 1-8-1998.

KATHY DE JONGE, EXAMINING ATTORNEY