**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC,<br><br>Defendant. | Case No. 1:21-cv-06546<br><br>The Honorable John R. Blakely |

**NOTICE OF FILING**

**TO:** Andrew L. Goldstein, Esq. and David S. Becker, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
e-mail: agoldstein@freeborn.com; dbecker@freeborn.com

**PLEASE TAKE NOTICE** that on this 24th day of January**, 2022**, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a **Motion to Dismiss**, a copy of which is hereby served upon you.

/s/ *Theresa H. Wang*

State of Illinois      )
                       ) SS
County of Cook         )

**PROOF OF SERVICE**

I hereby certify that on the above date, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

/s/ *Theresa H. Wang*

Theresa H. Wang
(*pro hac vice*)
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
Tel: (206) 626-0000
Email: theresa.wang@stokeslaw.com