**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

The Board of Trustees of The University of Illinois

                                                 Plaintiff,

v.                                                                                          Case No.: 1:21−cv−06546

                                                                                              Honorable John Robert Blakey

Vintage Brand, LLC

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 4, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Defendant has moved to dismiss portions of Plaintiff's amended complaint under Rules 8(a)(, 10(b), and 12(b)(6) and to strike certain allegations under Rule 12(f). See [31]. Plaintiff shall respond to Defendant's motion by 3/30/22, and Defendant shall file any reply by 4/13/22. The Court will rule on the motion in due course. The case is not stayed, however, and the parties shall exchange Rule 26(a)(1) disclosures by 4/1/22, issue written discovery by 5/2/22, and complete fact discovery by 11/30/22. The parties shall file an updated status report by 11/1/22 confirming that they are on track to meet the fact discovery deadline, confirming that they require expert discovery, and indicating whether either party will seek summary judgment. The Court appreciates that the parties do not want a settlement conference at this stage of the case, but the Court nonetheless encourages them to exhaust all possibility of settlement before spending time and money on expert discovery and dispositive motions. If at any time the parties agree that a settlement conference with the assigned Magistrate Judge could be productive, they should call chambers to so advise, and the Court will enter an appropriate referral order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.