# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ( ( ( ( | Case Number: 1:21-cv-06546 |
| Plaintiff | ( ( | Assigned Judge: Honorable John R. Blakely |
| vs. | ( ( | |
| VINTAGE BRAND, LLC, | ( ( | Designated Magistrate Judge: |
| Defendant | ( | |

## JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES

Pursuant to Section V.A. of the procedures for the voluntary mediation program, the undersigned parties hereby file this joint statement concerning their participation in the program.

☐ A. The undersigned will participate in the Court's mediation program.

☐ B. The undersigned will not participate in the Court's mediation program because not all all parties agree to take part in the program.

☑ C. The undersigned will not participate in the Court's mediation program for the reasons described in the attached statement.

☐ D. The undersigned will participate in another mediation program. (Note: A brief statement detailing the nature of the program must be attached.)

/s/ Jeffrey J. Catalano
Signature of Plaintiff's Counsel

/s/ Theresa H. Wang
Signature of Defendant's Counsel

3/7/2022
Date

3/7/2022
Date

Rev.12232019

<u>Parties' Joint Statement for Declining Voluntary Mediation</u>

  Given the early stage of these proceedings and the pending motion to dismiss, the parties do not believe mediation would be productive at this time.