# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>    Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC,<br><br>    Defendant. | Case No. 21-cv-06546<br><br>Hon. John Robert Blakey<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S LOCAL RULE 3.4
NOTICE OF CLAIMS INVOLVING TRADEMARKS**

Pursuant to Local Rule 3.4, Plaintiff, THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, through its attorneys, hereby provides notice to the Clerk of Court that notice is required to be provided in writing to the Director of the United States Patent and Trademark Office of information required by 15 U.S.C. § 1116(c) with respect to the following additional trademark asserted against Defendant in this action in Plaintiff's Second Amended Complaint:

    (a) U.S. Trademark Reg. No. 2,315,363

-2-

Dated: March 22, 2022

                    Respectfully submitted,

                    THE BOARD OF TRUSTEES FOR THE
                    UNIVERSITY OF ILLINOIS

                    By: */s/ Jeffrey J. Catalano*
                          One of Its Attorneys

                    Jeffrey J. Catalano
                    Andrew L. Goldstein
                    D. Richard Self
                    Freeborn & Peters LLP
                    311 South Wacker Drive
                    Suite 3000
                    Chicago, IL  60606
                    312.360.6000

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2022, that the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification to all ECF registrants that are counsel of record for this matter.

By: */s/ Jeffrey J. Catalano*