IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC,<br><br>Defendant. | Case No. 1:21-cv-06546<br><br>The Honorable John R. Blakely |

**NOTICE OF WITHDRAWAL OF DEFENDANT VINTAGE BRAND, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT IN PART AND TO STRIKE**

In light of Plaintiff's submission of its Second Amended Complaint, Defendant Vintage Brand, LLC hereby withdraws its Motion to Dismiss Plaintiff's First Amended Complaint in Part and to Strike, filed on March 2, 2022. Vintage Brand reserves all rights to pursue remedies related to being forced to engage in multiple rounds of motions practice to obtain a definition of the claims and alleged trademark rights asserted by Plaintiff that meets the requirements of the Federal Rules of Civil Procedure.

DATED this 23rd day of March, 2022.

/s/ *Theresa H. Wang*
Theresa H. Wang (*pro hac vice*)
Joshua D. Harms (*pro hac vice*)
Leslie C. Vander Griend (*pro hac vice*)
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
Tel: (206) 626-6000
E-mail: *theresa.wang@stokeslaw.com*
E-mail: *joshua.harms@stokeslaw.com*
E-mail: *leslie.vandergriend@stokeslaw.com*

Richard D. Boonstra (No. 6185045)
Todd Postma (No. 6339529)
HOOGENDOORN & TALBOT LLP
122 South Michigan Avenue, Suite 1220
Chicago, Illinois 60603
Tel: (312) 786-2250
E-mail: *rboonstra@htlaw.com*
E-mail*: tpostma@htlaw.com*

*Attorneys for Defendant Vintage Brand, LLC*