# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

The Board of Trustees of The University of Illinois

Plaintiff,

v.

Vintage Brand, LLC

Defendant.

Case No.: 1:21−cv−06546

Honorable John Robert Blakey

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 28, 2022:

MINUTE entry before the Honorable John Robert Blakey: In light of Plaintiff's second amended complaint [38] and Defendant's notice of withdrawal [37], the Court directs the Clerk to strike Defendant's motion to dismiss [31]. Defendant shall respond to the second amended complaint by 4/15/22. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.