**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | Case No. 1:21-cv-06546 |
| Plaintiff, | The Honorable John R. Blakey |
| v. | |
| VINTAGE BRAND, LLC, | |
| Defendant. | |

**NOTICE OF FILING**

**TO:**     Andrew L. Goldstein, Esq., D. Richard Self, Esq., and Jeffrey J. Catalano, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Email: agoldstein@freeborn.com; rself@freeborn.com; jcatalano@freeborn.com

   **PLEASE TAKE NOTICE** that on this **31st day of March, 2022**, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Defendant Vintage Brand, LLC's Motion for Sanctions**, a copy of which is hereby served upon you.

                                         /s/ *Theresa H. Wang*

| | |
|---|---|
| State of Illinois | ) |
| | ) SS |
| County of Cook | ) |

**PROOF OF SERVICE**

   I hereby certify that on the above date, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                                         /s/ *Theresa H. Wang*

Theresa H. Wang
(*pro hac vice*)
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
Tel: (206) 626-0000
Email: theresa.wang@stokeslaw.com