**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) ) ) | Case No. 21-cv-06546 |
| Plaintiff, | ) ) | Hon. Judge John Robert Blakey |
| v. | ) ) ) | |
| VINTAGE BRAND, LLC, | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:** Andrew L. Goldstein, Esq., D. Richard Self, Esq., and Jeffrey J. Catalano, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Email: agoldstein@freeborn.com; dbecker@freeborn.com; jcatalano@freeborn.com

   **PLEASE TAKE NOTICE** that on the **21st** day of **April, 2022**, at **11:00 a.m.** we shall appear before the **Honorable Judge John R. Blakey** or any other Judge sitting in his stead, in the courtroom usually occupied by him in **Room 1203**, 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **Defendant Vintage Brand, LLC's Amended Motion for Sanctions,** a copy of which is hereby served upon you.

                                                                        /s/ Theresa H. Wang

Theresa H. Wang
(*pro hac vice*)
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
Tel: (206) 626-0000
Email: theresa.wang@stokeslaw.com

## PROOF OF SERVICE

   I hereby certify that on April 5, 2022, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                                                                        /s/ Theresa H. Wang