# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

The Board of Trustees of The University of Illinois

                                          Plaintiff,

v.                                                                            Case No.: 1:21−cv−06546

                                                                          Honorable John Robert Blakey

Vintage Brand, LLC

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 6, 2022:

       MINUTE entry before the Honorable John Robert Blakey: The Court denies Defendant's motion for sanctions [40] and amended motion for sanctions [43] based upon Defendant's failure to comply with Rule 11's safe harbor provisions. Rule 11 requires the party seeking sanctions to serve the motion before filing it, and to file it only if the challenged paper, claim, defense, contention, or denial is not withdrawn or appropriately corrected within 21 days. Fed. R. Civ. P. 11(c)(2). Even in this Circuit, where substantial compliance suffices to satisfy the rule, e.g., Matrix IV, Inc. v. Am. Nat'l Bank & Trust Co. of Chi., 649 F.3d 539, 552–53 (7th Cir. 2011), the moving party must, at the very least, send a letter explaining the grounds for sanctions and providing at least twenty−one days to remedy the problem. Nisenbaum v. Milwaukee County, 333 F.3d 804, 808 (7th Cir. 2003). This notice requirement followed by a twenty−one−day cushion known as the "warning shot/safe−harbor requirement" serves an important purpose and cannot be compromised. N. Ill. Telecom, Inc. v. PNC Bank, N.A., 850 F.3d 880, 885 (7th Cir. 2017). Thus, even if defense counsel's 3/21/22 email could otherwise satisfy the rule, Defendant filed the motion less than 21 days after sending the email. The 4/21/22 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.