**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) ) ) Case No. 21-cv-06546 |
| Plaintiff, | ) ) Hon. Judge John Robert Blakey |
| v. | ) ) ) |
| VINTAGE BRAND, LLC, | ) ) ) |
| Defendant. | ) |

**NOTICE OF FILING**

**TO:** Andrew L. Goldstein, Esq., D. Richard Self, Esq., and Jeffrey J. Catalano, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
e-mail: agoldstein@freeborn.com; rself@freeborn.com; jcatalano@freeborn.com

**PLEASE TAKE NOTICE** that on this **15th** day of **April, 2022**, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Defendant Vintage Brand, LLC's Answer, Affirmative Defenses and Counterclaims to Plaintiff The Board of Trustees of the University of Illinois' Second Amended Complaint**, a copy of which is hereby served upon you.

/s/ Richard D. Boonstra

State of Illinois )
) SS
County of Cook )

**PROOF OF SERVICE**

I hereby certify that on the above date, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

/s/ Richard D. Boonstra

Richard D. Boonstra, Esq.
 (ARDC No. 06185045)
Hoogendoorn & Talbot LLP
122 South Michigan Avenue
Suite 1220
Chicago, Illinois 60603-6263
Ph: 312/786-2250
e-mail: rboonstra@htlaw.com