# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC,<br><br>Defendant. | Case No. 21-cv-06546<br><br>Hon. John Robert Blakey<br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **May 19, 2022, at 11:00 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John R. Blakey, or any judge sitting in his stead in the Courtroom usually occupied by him, in Room 1203 of the United States District Court, 219 S. Dearborn Street, Chicago, Illinois, 60604 and then and there present **Plaintiff's Motion to Strike Certain Affirmative Defenses Pursuant to Fed. R. Civ. P. 12(f)**, a copy of which is hereby served upon you.

Dated: May 6, 2022

                                                Respectfully submitted,

                                                THE BOARD OF TRUSTEES FOR THE
                                                UNIVERSITY OF ILLINOIS

                                                By: */s/ Jeffrey J. Catalano*
                                                     One of Its Attorneys

                                                Jeffrey J. Catalano
                                                Andrew L. Goldstein
                                                D. Richard Self
                                                Freeborn & Peters LLP
                                                311 South Wacker Drive
                                                Suite 3000
                                                Chicago, IL  60606
                                                312.360.6000

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2022, that the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification to all ECF registrants that are counsel of record for this matter.

By: */s/ Jeffrey J. Catalano*