# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

The Board of Trustees of The University of Illinois

Plaintiff,

v.

Case No.: 1:21−cv−06546

Honorable John Robert Blakey

Vintage Brand, LLC

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 11, 2022:

MINUTE entry before the Honorable John Robert Blakey: Defendant shall respond to Plaintiff's motion to strike [47] by 5/27/22, and Plaintiff shall file any reply by 6/3/22. The Court will rule on the motion in due course. The 5/19/22 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.