IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>      Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC,<br><br>      Defendant. | Case Number: 21-cv-06546<br><br>The Honorable John R. Blakey |

**JOINT MOTION FOR CONFIDENTIALITY ORDER**

  Plaintiff The Board of Trustees of the University of Illinois and Defendant Vintage Brand, LLC jointly move for the entry of the proposed confidentiality order attached as Exhibit A. The proposed confidentiality order is largely consistent with the model confidentiality order approved by the Northern District of Illinois, but it also adds additional provisions allowing for an attorneys' eyes only designation. A redlined copy showing the differences between the proposed order and this District's model confidentiality order is attached as Exhibit B.

  Each party will be served with discovery requests that call for the production of confidential information, the disclosure of which could subject the parties to a disadvantage in the absence of the restrictions set forth in the attached proposed order. The parties therefore request that the Court enter the proposed order.

  Per the Court's standing order, electronic copies of the proposed order will be sent to the Court's proposed order inbox.

DATED: May 23, 2022

Respectfully submitted,

| | |
|---|---|
| THE BOARD OF TRUSTEES FOR THE UNIVERSITY OF ILLINOIS | VINTAGE BRAND, LLC |
| By: /s/ D. Richard Self<br>    One of Its Attorneys | By: /s/ Theresa H. Wang<br>    One of Its Attorneys |
| Jeffrey J. Catalano<br>Andrew L. Goldstein<br>D. Richard Self<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606<br>(312) 360-6000<br>Email: agoldstein@freeborn.com<br>Email: jcatalano@freeborn.com<br>Email: rself@freeborn.com | Theresa H. Wang (pro hac vice)<br>Joshua D. Harms (pro hac vice)<br>Leslie C. Vander Griend (pro hac vice)<br>STOKES LAWRENCE, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, Washington 98101<br>Tel: (206) 626-6000<br>Email: theresa.wang@stokeslaw.com<br>Email: joshua.harms@stokeslaw.com<br>Email: leslie.vandergriend@stokeslaw.com<br><br>Richard D. Boonstra (No. 6185045)<br>Todd Postma (No. 6339529)<br>HOOGENDOORN & TALBOT LLP<br>122 South Michigan Avenue, Suite 1220<br>Chicago, Illinois 60603<br>Tel: (312) 786-2250<br>Email: rboonstra@htlaw.com<br>Email: tpostma@htlaw.com |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the date shown below he caused the foregoing document to be electronically filed with the Clerk for the U.S. District Court for the Northern District of Illinois, which will send a notification and a copy of the document to all counsel of record.

Dated: May 23, 2022                         /s/ *D. Richard Self*