## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

The Board of Trustees of The University of Illinois

                    Plaintiff,

v.                                  Case No.: 1:21−cv−06546

                                  Honorable John Robert Blakey

Vintage Brand, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 22, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Defendant shall respond to Plaintiff's motion to strike Defendant's first, second, third, seventh, ninth, and tenth affirmative defenses [55] by 7/8/22, and Plaintiff shall file any reply by 7/15/22. The Court will rule on the motion in due course. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.