# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>　　　　Plaintiff / Counterclaim-Defendant,<br><br>　v.<br><br>VINTAGE BRAND, LLC,<br><br>　　　　Defendant / Counterclaim-Plaintiff. | Case No. 1:21-cv-06546<br><br>The Honorable John R. Blakey |

## DECLARATION OF THERESA H. WANG

I, Theresa H. Wang, declare and state the following:

1.　　I am a shareholder at the law firm Stokes Lawrence, P.S. and one of the counsel of record for Vintage Brand, LLC ("Vintage Brand") in this lawsuit.

2.　　Counsel for Plaintiff did not attempt to meet and confer regarding the substance of either its first Motion to Strike (ECF 47) or the Motion to Strike currently pending before the Court (ECF 55).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 8th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Theresa H. Wang*
　　　　　　　　　　　　　　　　　　　　　　　　Theresa H. Wang (admitted *pro hac vice*)