**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>           Plaintiff / Counterclaim-Defendant,<br><br>    v.<br><br>VINTAGE BRAND, LLC,<br><br>           Defendant / Counterclaim-Plaintiff. | Case No. 1:21-cv-06546<br><br>The Honorable John R. Blakey |

**DEFENDANT VINTAGE BRAND, LLC'S UNOPPOSED
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

      Vintage Brand, LLC ("Vintage Brand") respectfully submits this Notice of Supplemental Authority in support of its Opposition to The Board of Trustees of the University of Illinois's (the "University") Second Motion to Strike Certain Affirmative Defenses. ECF 55, 58, 62. Vintage Brand files this Notice to bring to the Court's attention a recent Memorandum Opinion issued by Chief Judge Matthew W. Brann of the Middle District of Pennsylvania: *The Pennsylvania State University v. Vintage Brand, LLC*, _F. Supp. 3d _, 2022 WL 2760233 (M.D. Pa. July 14, 2022), which is available electronically on Westlaw and attached hereto as Exhibit A. The Memorandum Opinion is dated July 14, after the July 8 deadline for Vintage Brand's Opposition brief.

      Although the Memorandum Opinion was issued at a different procedural posture, Chief Judge Brann includes a thorough discussion of the affirmative defense of aesthetic functionality as applied specifically to Vintage Brand, which is one of the defenses the University seeks to strike through its Motion. As such, Vintage Brand respectfully requests that the Court take notice of the

Memorandum Opinion as supplemental authority in support of Vintage Brand's Opposition to the University's Motion to Strike. The University does not oppose Vintage Brand's submission of this supplemental authority.

DATED this 21st day of July, 2022.

/s/ Theresa H. Wang
Theresa H. Wang (*pro hac vice*)
Joshua D. Harms (*pro hac vice*)
Leslie C. Vander Griend (*pro hac vice*)
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
Tel: (206) 626-6000
Email: theresa.wang@stokeslaw.com
Email: joshua.harms@stokeslaw.com
Email: leslie.vandergriend@stokeslaw.com

Richard D. Boonstra (No. 6185045)
Todd Postma (No. 6339529)
HOOGENDOORN & TALBOT LLP
122 South Michigan Avenue, Suite 1220
Chicago, Illinois 60603
Tel: (312) 786-2250
Email: rboonstra@htlaw.com
Email: tpostma@htlaw.com

*Attorneys for Defendant Vintage Brand, LLC*