# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>                Plaintiff,<br><br>v.<br><br>VINTAGE BRAND, LLC,<br><br>                Defendant. | Case No. 1:21-cv-06546<br><br>The Honorable John R. Blakely |

## NOTICE OF FILING

**TO:**  Andrew L. Goldstein, Esq., Sarah A. Gottlieb, Esq., and Jeffrey J. Catalano, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Email: agoldstein@freeborn.com; sgottlieb@freeborn.com; jcatalano@freeborn.com

    **PLEASE TAKE NOTICE** that on this **21st day of July, 2022**, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, an **Unopposed Notice of Supplemental Authority** a copy of which is hereby served upon you.

                                                    /s/ *Joshua D. Harms*

State of Illinois    )
                           ) SS
County of Cook   )

## PROOF OF SERVICE

    I hereby certify that on the above date, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                                                    /s/ *Joshua D. Harms*

Joshua D. Harms
(*pro hac vice*)
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, Washington 98101
Tel: (206) 626-0000
Email: joshua.harms@stokeslaw.com