IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>   Plaintiff,<br>v.<br><br>VINTAGE BRAND, LLC,<br><br>   Defendant. | Case No. 21-cv-06546<br><br>Hon. John R. Blakey<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RESPONSE TO VINTAGE BRAND, LLC'S UNOPPOSED
NOTICE OF SUPPLEMENTAL AUTORITY [DKT. 63]**

As stated in the Notice of Supplemental Authority [Dkt. 63], the University does not oppose Vintage Brand's request that the Court take notice of the recent opinion in *The Pennsylvania State University v. Vintage Brand, LLC*. Nonetheless, the University responds to correct Vintage Brand's assertion that, in the opinion, "Judge Brann includes a thorough discussion of the affirmative defense of aesthetic functionality" Dkt. 63 at 1.

The recent *Penn State* opinion does not use the phrase "aesthetic functionality" much less discuss it as an affirmative defense. Instead, the opinion relates to Vintage Brand's counterclaim that certain of Penn State's marks "should be canceled because they are ornamental and fail to function as trademarks." Dkt. 63-1 at 1.

In the case at bar, Vintage Brand raises "merely ornamental/failure to function" both as an affirmative defense and as the basis of a number of counterclaims. *See* Dkt. 53 at 43 (Fourth Affirmative Defense) and Counterclaims IV, VI, VIII, IX, and X. This affirmative defense is not one of the affirmative defenses subject to the University's Second Motion to Strike. *See generally* Dkt. 55.

Vintage Brand has a separate defense based on the doctrine of aesthetic functionality. *See* Dkt. 53 at 42 (Third Affirmative Defenses). The aesthetic functionality defense is subject to the University's Second Motion to Strike. *See* Dkt. 55 at 4-6.

Dated: July 22, 2022

                                                Respectfully submitted,

                                                THE BOARD OF TRUSTEES FOR THE UNIVERSITY OF ILLINOIS

                                                By: */s/ Jeffrey J. Catalano* .
                                                        One of Its Attorneys

                                                Jeffrey J. Catalano
                                                Andrew L. Goldstein
                                                Freeborn & Peters LLP
                                                311 South Wacker Drive
                                                Suite 3000
                                                Chicago, IL 60606
                                                312.360.6000

                                                Sarah A. Gottlieb
                                                Freeborn & Peters LLP
                                                201 North Franklin Street
                                                Suite 3500
                                                Tampa, FL 33602
                                                813.488.2920

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of July, 2022, that the above and foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification to all ECF registrants that are counsel of record for this matter.

      By: */s/ Jeffrey J. Catalano*