# Exhibit C

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office** Reg. No. 1,836,231
Registered May 10, 1994

## TRADEMARK
PRINCIPAL REGISTER



BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, THE (ILLINOIS BODY CORPORATE AND POLITIC)
354 HENRY ADMINISTRATION BUILDING
506 SOUTH WRIGHT STREET (M/C-350)
URBANA, IL 61801

FOR: BELTS, CAPS, HATS, SHOES, ATHLETIC JERSEYS, SWEATSHIRTS, SWEATPANTS, SWEATJACKETS, WARM-UP SUITS, SHIRTS, SHORTS, JACKETS, INFANT WEAR, SLEEPWEAR, PANTS, RAINWEAR, KNITWEAR; NAMELY, GLOVES, MITTENS, SCARVES, SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-1-1991; IN COMMERCE 9-1-1991.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ILLINOIS" AND "CHARTERED 1867", APART FROM THE MARK AS SHOWN.

SN 74-298,176, FILED 7-27-1992.

JERI J. FICKES, EXAMINING ATTORNEY