IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>　　　　Plaintiff /<br>　　　　Counterclaim-Defendant,<br><br>　v.<br><br>VINTAGE BRAND, LLC,<br><br>　　　　Defendant /<br>　　　　Counterclaim-Plaintiff. | Case No. 1:21-cv-06546<br><br>The Honorable John R. Blakey |

### DEFENDANT VINTAGE BRAND, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ABANDONMENT OF THE UNIVERSITY'S "CHIEF" LOGO

Pursuant to Federal Rule of Civil Procedure 56, Defendant Vintage Brand, LLC ("Vintage Brand") respectfully moves for entry of an order granting summary judgment on its Second Affirmative Defense and First Counterclaim in its favor for the reasons stated in the accompanying Memorandum of Law and Statement of Undisputed Material Facts filed pursuant to Local Rule 56.1. There are no genuine issues of material fact and Vintage Brand is entitled to judgment in its favor as a matter of law.

DATED this 8th day of November, 2022.

　　　　　　　　　　　　　　　　　　　　*/s/ Theresa H. Wang*
　　　　　　　　　　　　　　　　　　　　Theresa H. Wang (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Joshua D. Harms (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Leslie C. Vander Griend (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　STOKES LAWRENCE, P.S.
　　　　　　　　　　　　　　　　　　　　1420 Fifth Avenue, Suite 3000
　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　　　　　　　Tel: (206) 626-6000
　　　　　　　　　　　　　　　　　　　　Email: theresa.wang@stokeslaw.com
　　　　　　　　　　　　　　　　　　　　Email: joshua.harms@stokeslaw.com
　　　　　　　　　　　　　　　　　　　　Email: leslie.vandergriend@stokeslaw.com

Richard D. Boonstra (No. 6185045)
Todd Postma (No. 6339529)
HOOGENDOORN & TALBOT LLP
122 South Michigan Avenue, Suite 1220
Chicago, Illinois 60603
Tel: (312) 786-2250
Email: rboonstra@htlaw.com
Email: tpostma@htlaw.com

*Attorneys for Defendant Vintage Brand, LLC*