IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>               Plaintiff / Counterclaim-Defendant,<br><br>   v.<br><br>VINTAGE BRAND, LLC,<br><br>               Defendant / Counterclaim-Plaintiff. | Case No. 1:21-cv-06546<br><br>The Honorable John R. Blakey |

## **DECLARATION OF THERESA H. WANG**

I, Theresa H. Wang, declare and state the following:

1. I am a shareholder at the law firm Stokes Lawrence, P.S. and one of the counsel of record for Vintage Brand, LLC ("Vintage Brand") in this lawsuit, and I have personal knowledge of the facts stated herein.

2. Since fact discovery has commenced, the Board of Trustees of the University of Illinois ("University") has produced records regarding a licensing program for the Chief Logo initiated after the Board's March 13, 2007 resolution. Attached as an example of such production is Exhibit A: ILL-VNTG_0012072, 000719–27.

3. Additionally, the pages bates numbered with the prefix "ILL-VNTG" contained in the Appendix to the underlying Motion for Partial Summary Judgment were all produced by the University to Vintage Brand.

//

//

1

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 8th day of November, 2022.

*/s/ Theresa H. Wang*
Theresa H. Wang (admitted *pro hac vice*)
