**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>        Plaintiff /<br>        Counterclaim-Defendant,<br><br>    v.<br><br>VINTAGE BRAND, LLC,<br><br>        Defendant /<br>        Counterclaim-Plaintiff. | Case No. 1:21-cv-06546<br><br>The Honorable John R. Blakey |

## DECLARATION OF CHAD HARTVIGSON

I, Chad Hartvigson, declare and state the following:

1.      I am a cofounder of Vintage Brand, LLC ("Vintage Brand"), and I have personal knowledge of the facts stated herein.

2.      Vintage Brand operates an online retail store through which it offers customers apparel, wall art, coasters, and other blank merchandise that can be customized with historic artistic images reproduced from vintage sports memorabilia.

3.      Vintage Brand acquired historic, public domain University of Illinois memorabilia from collectors, including decals, matchbooks and buttons, and offered digitalized images drawn from those objects for decorative printing on apparel and other goods.

4.      Attached as **Exhibit A** are true and accurate reproductions of webpages from the Vintage Brand website, including the background and disclaimers contained therein. These pages were produced to Plaintiff with the following bates numbers: VINTAGE_ILLINOIS_000119–21.

I declare under penalty of perjury that the foregoing is true and correct.

057538.023 \ 103289202v2

EXECUTED at _SEATTLE_, Washington this ___7th___ day of _NOVEMBER_, 2022.

Chad Hartvigson

057538.023 \ 103289202v2