# EXHIBIT 2

PageVault

| | |
|---|---|
| Document title: | National Collegiate Athletic Association - Press Release Archive |
| Capture URL: | http://fs.ncaa.org/Docs/PressArchive/2006/Announcements/NCAA%2BExecutive%2BCommittee%2BAnnounces%2BNative%2BAmerican%2BMascot%2BAppeals%2BDecisions.html |
| Page loaded at (UTC): | Fri, 04 Nov 2022 18:34:55 GMT |
| Capture timestamp (UTC): | Fri, 04 Nov 2022 18:36:06 GMT |
| Capture tool: | 10.9.15 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.119 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 2 |
| Capture ID: | n1Pp8cC6MXaNpvihXBbvUs |
| User: | stokes-wendy |

PDF REFERENCE #:    77kuRKQB9NBwqy2TdTz3zy

Exhibit 2 - Page 1 of 2



# NCAA Press Release Archive

« back to archive | Back to NCAA.org

## NCAA News Release

### NCAA Executive Committee Announces Native American Mascot Appeals Decisions

For Immediate Release

Friday, April 28, 2006

Contact(s)

Bob Williams
Managing Director of Public and Media Relations
317/917-6117

INDIANAPOLIS --- The NCAA Executive Committee today retained the University of Illinois, Champaign, the University of North Dakota and Indiana University of Pennsylvania on the list of colleges and universities subject to restrictions on the use of Native American mascots, names and imagery at NCAA championships.

The Executive Committee also removed Bradley University from the list of schools subject to restrictions and placed the institution on a five-year watch list.

In denying the University of Illinois, Champaign, the University of North Dakota, and Indiana University of Pennsylvania appeals, the Executive Committee concluded that Native American references used by each university create hostile or abusive environments inconsistent with the NCAA constitution and inconsistent with the NCAA commitment to diversity, respect and sportsmanship.

Today's decision means the University of Illinois, Champaign, the University of North Dakota and Indiana University of Pennsylvania will only be invited to participate in NCAA championships if they elect to do so without Native American references on their uniforms and associated athletic program activities. It also means these institutions will not be allowed to host NCAA championship events.

Bradley University previously removed all Native American imagery associated with its athletics programs and only kept the generic nickname "Braves." Based on information contained in Bradley's appeal, the Executive Committee found Bradley demonstrated its ability to provide an environment that is not hostile or abusive and one that is consistent with the NCAA constitution and commitment to diversity, respect and sportsmanship. Bradley will be placed on a watch list for five years, during which time the NCAA will work with the school to assure that circumstances do not change. Bradley is allowed to fully participate in and host NCAA championships without restrictions.

In November, 2005, the NCAA removed championship restrictions on the University of Illinois, Champaign's use of its nicknames "Illini" and "Fighting Illini" because the university demonstrated the nicknames were not a direct Native American reference, but a reference to the state of Illinois.

Over the last eight months, four institutions have been removed from the list because they have received approval from specific Native American "namesake" tribes for use of their names; six have remained on the list with one appeal pending; five institutions have changed or are in the process of changing their nicknames; three are pending NCAA staff review and one has now been put on a watch list.

-30-

Related Links:

» List of Schools

© 2010 The National Collegiate Athletic Association
Terms and Conditions | Privacy Policy

Document title: National Collegiate Athletic Association - Press Release Archive
Capture URL: http://fs.ncaa.org/Docs/PressArchive/2006/Announcements/NCAA%2BExecutive%2BCommittee%2BAnnounces%2BNative%2BAmerican%2BMascot…
Capture timestamp (UTC): Fri, 04 Nov 2022 18:36:06 GMT
Page 1 of 1

Exhibit 2 - Page 2 of 2