# EXHIBIT 4

## MEETING OF THE BOARD OF TRUSTEES

### OF THE

# UNIVERSITY OF ILLINOIS

———

## March 13, 2007



This meeting of the Board of Trustees of the University of Illinois was held in the Pine Lounge, Illini Union, Urbana campus, Urbana, Illinois, on Tuesday, March 13, 2007, beginning at 9:05 a.m.

Chair Lawrence C. Eppley called the meeting to order and asked the secretary to call the roll. The following members of the Board were present: Mr. Devon C. Bruce, Dr. Frances G. Carroll, Mr. David V. Dorris, Mr. Lawrence C. Eppley, Mr. James D. Montgomery, Dr. Kenneth D. Schmidt, Mr. Niranjan S. Shah, Mr. Robert Y. Sperling[1], Mr. Robert F. Vickrey[2]. Governor Rod Blagojevich was absent. Ms. Sarah M. Doyle, voting student trustee from the Springfield campus, was present. The following nonvoting student trustees were present: Mr. Christopher Kantas, Urbana-Champaign campus; Mr. Edgar T. Staren, Chicago campus.

Mr. Eppley welcomed Mr. Vickrey back to the Board, noting that he had been appointed to a second term by Governor Blagojevich.

### INTRODUCTION OF UNIVERSITY OFFICERS AND SENATE OBSERVERS

Mr. Eppley asked President White to introduce the University officers and senate observers. President White introduced the following: Dr. Sylvia Manning, chancellor, University of Illinois at Chicago; Dr. Richard D.

---

[1] Mr. Sperling participated via conference call beginning at 3:00 p.m.
[2] Mr. Vickrey left the meeting at 2:00 p.m.

285

Exhibit 4 - Page 1 of 85

Ringeisen, chancellor, University of Illinois at Springfield; Dr. Richard H. Herman, chancellor, University of Illinois at Urbana-Champaign; Dr. James A. Weyhenmeyer, interim vice president for technology and economic development; Mr. Stephen K. Rugg, vice president for planning and administration; and the officers of the Board, Mr. Walter K. Knorr, comptroller (and vice president/chief financial officer); Mr. Thomas R. Bearrows, university counsel; Mr. Lester H. McKeever, Jr., treasurer; and Dr. Michele M. Thompson, secretary. The president also introduced: Mr. Richard M. Schoell, executive director for governmental relations; and Mr. Thomas P. Hardy, executive director for university relations. In addition, the following persons were also in attendance: Ms. Marna K. Fuesting and Ms. C. Ellen Foran, both assistant secretaries. President White then stated that the following persons were joining the meeting today: Dr. Joyce Tolliver, associate professor of Spanish, Department of Spanish, Italian, and Portuguese, College of Liberal Arts and Sciences, Urbana, representing the University Senates Conference; Dr. Michael J. Koronkowski, clinical assistant professor of geriatrics, Department of Pharmacy Practice, College of Pharmacy and vice chair of the Senate Executive Committee, representing the Chicago Senate; Dr. James Patrick Hall, associate professor of management and information systems, College of Business and Management, representing the Springfield Senate; Dr. Tim Liao, professor of sociology and statistics, head, Department of Sociology, College of Liberal Arts and Sciences, and chair of the Senate Committee on the Budget, representing the Urbana-Champaign Senate. Also in attendance were Dr. Terry D. Bodenhorn, associate professor of history, College of Liberal Arts and Sciences and director of Capital Scholars Honors Program at Springfield, and chair of the University Senates Conference; Dr. Elliot Kaufman, professor of biochemistry and molecular genetics, director, Office for Diversity for Graduate Programs, College of Medicine, and secretary of the senate and chair of the Chicago Senate Executive Committee; Dr. Orville Vernon Burton, professor of history and professor of sociology, College of Liberal Arts and Sciences, senior research scientist, National Center for Supercomputing Applications, professor, Campus Honors Faculty, university distinguished teacher/scholar and director, Center for Computing in Humanities, Arts, Social Science, and chair of the Urbana Senate Executive Committee.

### OPENING REMARKS FROM THE CHAIR OF THE BOARD

Mr. Eppley stated that it was 140 years ago yesterday, which was the second Tuesday in March 1867, that the first meeting of the Board of Trustees was held. He noted that there were 28 trustees appointed by Governor Oglesby for staggered terms of two, four, or six years who met for the first Board meeting. He said that the Act to establish the Illinois Industrial University had been signed by Governor Oglesby on February 28 of that year and it required that the Board meet "…within ten days of the passage of this Act," and that the Act stated that the Board's first action was to elect a 'Regent,' now called a President, for a term of two years, "to be charged with the general supervision of the educational facilities."

Mr. Eppley recounted other directives of the Act including the provision that descendants of those who served in the "late rebellion" (the Civil

Exhibit 4 - Page 2 of 85

War) be given preference for admission, that the classes of the University be scheduled in accord with the planting season, and that no member of the Board of Trustees receive any compensation from the University.

In conclusion, Mr. Eppley indicated that after 140 years, the duties of the trustees remain focused on strengthening the University and tending to the needs of the students.

## PUBLIC COMMENT

Mr. Eppley stated that there were six individuals who had applied to address the Board today and had been approved. He called on Mr. Howard Wakeland to speak.

Mr. Wakeland introduced himself as the representative of the Honor The Chief Society, a group in favor of retaining the performance of Chief Illiniwek at athletic events. He stated he wanted to comment on the recent process for terminating the performances of the Chief and criticized this, which he stated angered many and was in his view illegal. He commented on the Board's appeals to the National Collegiate Athletic Association (NCAA) to retain the Chief's performances and the recent announcement that the performances of Chief Illiniwek would cease with the last men's basketball game on home court. He stated that Chief Illiniwek belongs to the Marching Illini, the marching band of the Urbana campus. He stated he considered the NCAA's sanction against institutions with Native American mascots legally questionable and suggested the Board bring suit against the NCAA and let the courts decide whether the Chief might be continued. Further, he stated that the trustees owe allegiance to the public and suggested that he favored an elected Board. In concluding his remarks, he asked that the Board support a suit against the NCAA. (Complete text of comments on file with the secretary).

Mr. Eppley then called on Dr. A. Belden Fields to speak. Dr. Fields introduced himself as an alumnus of the Urbana campus, now professor emeritus of political science at Urbana, and chair of the Equal Opportunity Committee of the Urbana Senate. He recounted recommendations made since 1994 to discontinue or retire Chief Illiniwek, beginning with the recommendation of a taskforce appointed by the chancellor at Urbana in 1994 that produced a report for building a more inclusive campus community. To this he added information about a resolution of the Urbana Senate in 1998 to retire the Chief and to discontinue licensing Native American symbols as representations of the University. In addition, he cited another recommendation of the Urbana Senate in 2004 calling for retirement of the Chief and a statement he made on behalf of the Senate Committee on Equal Opportunity Congressional hearing in 2006 concerning the powers of the NCAA to impose sanctions on universities that have Native American mascots. Professor Fields also stated that the Chief was a source of divisiveness on campus and that this had escalated in the 2006-2007 academic year. He also said that continuing to use Chief Illiniwek as a mascot is a human rights issue. He compared the use of Chief Illiniwek, which he said is a symbol that represents a people that whites in the U.S. tried to exterminate, to the idea of using a symbol of Jewish culture by those responsible for the Holocaust. He called upon the Board to formally retire the Chief Illiniwek

Exhibit 4 - Page 3 of 85

performances and cease licensing the logo of the Chief (complete text of comments on file with the secretary).

Next, Mr. Eppley called on Ms. Genevieve Tenoso. Ms. Tenoso said she wanted to speak with the trustees about courage and said that it took courage for her to be on the campus at this time because she felt threatened and fearful because she is a Native American. She spoke of "violent comments" that have been made to her and other Native Americans. She said she thought the Board does not do enough to help minority students at the Urbana campus and, that as one, she fears for her safety. She wants to help those who come after her to feel more comfortable on campus and to make the Urbana campus a place of opportunity for all students. She commented that the school spirit motivated by Chief Illiniwek creates hostility among students. She also expressed disappointment that the trustees had not attended a recent campus forum to discuss the campus climate which she described as threatening to minority students.

Mr. Eppley next asked Mr. Costa Luke Nikolaides to speak. Mr. Nikolaides spoke on behalf of a group opposed to the sale of Coca-Cola products on the campus at Urbana. He cited human rights violations, labor rights violations, and environmental degradation by the Coca-Cola Company around the world. He stated that, due to the exclusive contract between Coca Cola and the Urbana campus, students are forced to support the violations of this company. He said that the organization, the Coalition of People Against Coke Products, had evidence of violations by Coca-Cola and stated that the contract with Coca-Cola was damaging to the University's best interests. He urged the Board and the administration to cease doing business with Coca-Cola until it improves its practices regarding human rights, labor rights, and the environment.

Mr. Eppley then called on Mr. Robert E. Klemm. Mr. Klemm said he was speaking on behalf of the group, Farmers Supporting Independent Agriculture. He stated opposition to the Board's policy regarding leasing the University's endowment farms. He said that an unintended consequence of this policy was that it was harming family farms and rural communities in central Illinois. He stated that the cash rent policy now in effect is setting a new standard for other farm owners who are increasing the rent on their land for tenants. He suggested that the long term consequences of the new University policy will make for less responsible stewardship of the land. He recommended that the Board change its policy for cash rents of University-owned farms and he referred the Board to guidelines for farm management available at the group's website (complete text of comments on file with the secretary).

The last speaker was Mr. James R. Barrett. He indicated that he had been a faculty member at the Urbana campus for the past 23 years and a member of the executive committee of the Union of Professional Employees. Professor Barrett stated that the current University budget was inadequate and that recent cuts had been harmful to the University. He indicated that underfunding from the State had led to tuition increases and reductions in staff. Further, he said that many departments, such as the History Department, had cut their budgets for teaching assistants as a result of this and that discussion sessions for large classes had been elimi-

Exhibit 4 - Page 4 of 85

nated.  He urged the Board to support legislation for educational reform and for reform of the tax structure which would help bring about a new era of adequate support for education in Illinois.

## REVIEW OF THE PLAN FOR THE MEETING AND CONSIDERATION OF AGENDA ITEMS

Mr. Eppley reviewed the schedule for the meeting, stating that there would be an executive session, meetings of two committees, and presentation and discussion of the agenda items.  He then asked leave of the Board to consider agenda items nos. 1 and 2.  There was no disagreement regarding consideration of these items.

### Consideration of Agenda Item No. 1

Mr. Eppley read the title of agenda item no. 1, "Resolution Concerning Consensus Process."  Mr. Dorris stated that he objected to this item because the text of the item had been conveyed to the Board members less than 48 hours before the Board meeting.  Mr. Dorris cited the *Bylaws* of the Board of Trustees, Article III, Section 2, which states:  "All items on which the Board will take action at a regular or special meeting shall be specifically set forth in an agenda published at least 48 hours before the beginning of the meeting at which action is to be taken."  Mr. Dorris said that this was a technical matter but that it is especially important to follow the Board's *Bylaws* and that it is wrong to consider this item at this meeting.  He stated that this item was not listed on the agenda for the meeting of March 13, 2007, issued on March 5, 2007; that it was listed on the agenda issued March 9, 2007; and on March 12, 2007, the text of the item was conveyed to the Board members.  He commented that the issue in agenda item no. 1 is one of the most controversial to be considered by the Board in many years and it should be fully studied.  He stated that to consider this item today, which he thought would be in violation of the Board's *Bylaws*, would be a mistake.

Mr. Bearrows spoke in response; he cited the decision in the 2002 Rice case and indicated that the State of Illinois statutes refer to issuing an agenda 48 hours before a Board meeting, not the item itself.  He said that the agenda identifies the items to be considered at a meeting and that this satisfies the Open Meetings Act and the Board is in compliance with the Act by issuing its agenda at least 48 hours before the date of the meeting.

Mr. Dorris commented that the language of the Board's *Bylaws* is different from the Open Meetings Act and the language of the *Bylaws* allows only the addition of amendments to motions.  Mr. Bearrows responded that the *Bylaws* refer to the agenda and the Open Meetings Act focuses on the agenda list, not items.

Other trustees concurred with Mr. Bearrows and noted precedent for this interpretation.

Mr. Montgomery made a motion to approve agenda item no. 1 and Dr. Schmidt seconded this.

Dr. Carroll then stated that she wished to amend the item by changing the recommendations that follow the phrase "Therefore, be it resolved." Initially she asked that the first paragraph following this phrase be deleted because the Board would vote on the matter today, making the statement

Exhibit 4 - Page 5 of 85

in this paragraph unnecessary. She also asked that the item be amended to state that the motion adopted by the Board on October 11, 1990, regarding Chief Illiniwek be revoked.

Mr. Eppley suggested that the first paragraph be retained because there are elements of this that are not moot, and that the amendment Dr. Carroll offered be changed to state that the motion adopted by the Board on October 11, 1990, regarding Chief Illiniwek be revoked insofar as it requires that Chief Illiniwek be retained.

Dr. Carroll stated that she did not want the action of February 16, 2007, that is mentioned in the first paragraph to be confused with the action the Board would take today.

In order to make clear Dr. Carroll's amendment, which was to add a second paragraph following the phrase "Therefore, be it resolved," Mr. Eppley asked Mr. Bearrows to read the Board item from October 11, 1990. This follows:

> The tradition of Chief Illiniwek is a rich one and has meaning for the students, alumni, and friends of the University of Illinois. For more than sixty years, the Chief has been the symbol of the spirit of a great university and of our intercollegiate athletic teams, and as such is loved by the people of Illinois. The University considers the symbol to be dignified and has treated it with respect. His ceremonial dance is done with grace and beauty.
>
> The Chief keeps the memory of the people of a great Native American tribe alive for thousands of Illinoisans who otherwise would know little or nothing of them.
>
> I feel that those who view the Chief as a "mascot" or a "caricature" just don't understand the Chief's true meaning to thousands of U of I students and alumni—he is the spirit of the Fighting Illini. The tradition of Chief Illiniwek is a positive one and I move he be retained.

Mr. Eppley then read Dr. Carroll's amendment which included a new paragraph two and an amendment to the next paragraph to specify that the chancellor at Urbana, rather than the administration of the Urbana campus, is to manage the final disposition of the use of Native American imagery as the symbol of the University of Illinois and its intercollegiate athletics along with the related regalia, logo, and the names "Chief Illiniwek" and "Chief," and report the decisions back to the Board. Trustee Shah seconded Dr. Carroll's amendment.

Discussion followed and Mr. Montgomery asked why the change from "administration" of the Urbana campus to "chancellor" was necessary. Dr. Carroll responded that she thought it important to indicate the specific position that would be held accountable for the responsibilities assigned by this resolution.

Mr. Eppley asked for all in favor of the amendment to say "aye." The motion to amend agenda item no. 1 was approved.

Mr. Eppley then said that agenda item no. 1, as amended, would be considered. Mr. Dorris stated that he would vote against this resolution. He said that he had stated his position on the matter of the resolution many

Exhibit 4 - Page 6 of 85

times and that no one had asked him why he would not vote to approve this resolution. He indicated that he never wanted to be involved in the controversy over Chief Illiniwek and, that though he has studied the issue extensively, he is still frustrated by the matter. He observed that there are many ambiguities and contradictions in contemporary American culture and in the history of all race relations, particularly with regard to the treatment of Native Americans. He referred to his own personal background that includes first-hand association with prejudice and discrimination. He commented on the history of Chief Illiniwek at the University of Illinois at Urbana-Champaign and stated that when the Chief was introduced in 1926, the Native American regalia that the Chief wears was chosen because it symbolized bravery, honor, courage, strength, and dignity. He stated that all aspects of the Chief are deeply centered in the environment and to spiritual meanings. He said that Chief Illiniwek was a proud symbol in the past and today we choose to follow the wishes of the Native American political leaders in deciding how to regard the Chief. He made reference to Frank Fools Crow, who gave the regalia to the University in 1982, and supported the continued representation of Chief Illiniwek. He criticized the University for not offering more courses in the study of Native American culture, stating that this is a debt owed to the Native Americans. He said he saw Chief Illiniwek as symbolic of a people he admired and, that though he could accept change, he could not dishonor the memory of people he knew and loved. He stated that even though some in the past have employed the symbol of Chief Illiniwek inappropriately, he does not see that continuing the use of Chief Illiniwek is hostile and abusive of Native Americans and if he were to vote to end the tradition of Chief Illiniwek that would be a sign that in the past the people who supported the continuation of this tradition intended to be hostile and abusive. He stated that he would vote "no" on the resolution. The agenda item, as amended, follows.

### Resolution Concerning Consensus Process

(1)  *Whereas*, the Chief Illiniwek tradition was established at the University of Illinois at Urbana-Champaign in 1926 in conjunction with the Marching Band, and

*Whereas*, the State of Illinois legislature in 1996 passed a bill declaring as its purpose the continuation of Chief Illiniwek as the honored symbol of the University of Illinois at Urbana-Champaign and entrusting any changes in its status as the symbol of the University to the University of Illinois Board of Trustees, and

*Whereas*, a debate has ensued for a number of years between the proponents and opponents of the continuation of the Chief Illiniwek tradition and related regalia and logo among students, alumni, faculty, administration, and the general public, and

*Whereas*, many who oppose the continuation of Chief Illiniwek as a symbol of the University, including Native American students, alumni, and Tribes, consider the symbol as disrespectful of their heritage, and

*Whereas*, many who favor the continuation of Chief Illiniwek as the symbol of the University believe that the symbol is an honorable representation of the State's Native American heritage and virtues they respect, and

*Whereas*, both sides of the issue clearly hold their positions in all good faith, and

*Whereas*, the Board of Trustees in June 2004 adopted a resolution whereby it would seek a "consensus conclusion" of the Chief Illiniwek issue, and

*Whereas*, subsequent actions by the Board progressed toward the goal of reaching a consensus conclusion, including the adoption in 2004 of the Board's "heritage policy," and the adoption in July 2005 of a set of seven principles to serve as guidelines for the

Exhibit 4 - Page 7 of 85

consensus process, and

*Whereas*, in August 2005 the NCAA enacted a policy which sanctioned the University of Illinois athletic programs for continuing the symbol of Chief Illiniwek and related regalia and logo by barring the University's athletic teams from hosting post- season competition, and

*Whereas*, in September 2005 the Board of Trustees supplemented the consensus process guidelines by adding an eighth guideline to recognize the NCAA policy which noted the University's goal of ensuring student-athletes the opportunity to compete at the highest levels, and

*Whereas*, starting in October 2005 the University undertook a series of appeals of the NCAA policy and its application to the names "Illini" and "Fighting Illini" and the Chief Illiniwek tradition, and the University's right to continue using the names "Illini" and "Fighting Illini" was confirmed by the NCAA, but after a six-month appeals process the University remained subject to the policy's sanctions because of the existence of the Chief Illiniwek portrayal, name, and logo in conjunction with athletics, and University athletics have been deprived of the opportunity to host NCAA post-season competition, and

*Whereas*, on Friday, February 16, 2007, the University announced that Chief Illiniwek will no longer perform at athletic events after this season's last home men's basketball game on February 21, 2007, and the NCAA announced the University was removed from the list of institutions subject to the policy and that continued removal is conditioned upon the University's future non-use of Chief Illiniwek and the related Native American imagery in connection with University athletics, and

*Whereas*, it is in the best interest of the University whose mission is to educate students, conduct cutting edge research, and serve the State, for the Board of Trustees to bring to conclusion the consensus process,

*Therefore, Be It Resolved*:

1. That the Board adopts and ratifies the actions announced on February 16, 2007, ending the performances of Chief Illiniwek and further approves, adopts, ratifies, and confirms all other actions taken by University officials with respect to the consensus process, and

2. *That the motion regarding Chief Illiniwek adopted by the Board of Trustees on October 11, 1990, be revoked insofar as it requires that Chief Illiniwek be retained, and*

3. That the Board hereby directs the immediate conclusion to the use of Native American imagery as the symbol of the University of Illinois and its intercollegiate athletics along with the related regalia, logo, and the names "Chief Illiniwek" and "Chief," and the Board hereby directs the *Chancellor of the* Urbana-Champaign campus to manage *the* final disposition of these matters and *report the decisions back to the Board and* in so doing to remain in compliance with the NCAA policy, and

4. That the Board fully confirms the continued use of the terms "Illini" and "Fighting Illini" as they reflect our State, students, faculty, staff, and alumni, and

5. That this Resolution concludes the Board's consensus process regarding the matter of the Chief Illiniwek tradition.

Mr. Eppley asked that those in favor of this item, as amended, indicate so by stating "aye." He then asked those opposed to indicate so by saying

Exhibit 4 - Page 8 of 85

"no."  Following the voice votes, he announced that the "ayes" prevailed and that agenda item no. 1, as amended, was approved on motion of Dr. Carroll and seconded by Mr. Shah.

### Consideration of Agenda Item No. 2

Mr. Eppley read the title of agenda item no. 2, "Resolution Concerning Chief Illiniwek."  Mr. Dorris moved approval of this resolution and dis-cussion followed.  Mr. Dorris referred to the two appeals from the Board of Trustees to the National Collegiate Athletic Association (NCAA) and said that the Board's position was expressed in very aggressive language in these appeals and that public impression was that there was resistance to the NCAA's position that affected the continuation of the Chief Illiniwek tradition.  He then stated that the only time one has a free unbiased deci-sion is in the courts and that free access to the courts is the hallmark of a free society.  He said that to date there had been no determination of the legal issues in the matter of the Chief Illiniwek tradition, and that without this all actions will be seen as a show.  He said that practical reasons had been given for not considering litigation in this case, such as cost, etc.  He then said that he did not understand who authorized the hiring of outside counsel to present the Board's position as the opposite of that expressed in the appeals to the NCAA in responding to the recent lawsuit filed by the student who serves as the current Chief Illiniwek and the student who currently serves as the assistant Chief.  He criticized the position taken by the counsel who represented the Board in this matter and stated that the decision to employ counsel in this instance was a dangerous precedent and lacked openness, integrity, and honesty.  Discussion followed and Dr. Carroll objected to Mr. Dorris' statements and indicated that hearing the comments earlier would have been understandable but not at this time.

Mr. Sperling then commented and noted that he was unaware of how the outside counsel had been engaged, and if that particular counsel had acted contrary to the Board's position then there might be more to review about that.  He stated that he saw spending funds on a case that will not help the University as unwise.  He also objected to the statement that the Board had not been open and said that the end result was the right result, and that times had changed since 1926, necessitating a change in the tradi-tion of Chief Illiniwek.  He referred to the commentary given in the public comment session and said that those comments called for change; further, he said he never wanted the University's athletes barred from the opportu-nity to compete, which would have happened if the Chief Illiniwek tradi-tion had continued.  He stated that in part he was sad about the passing of the tradition of the Chief because others will not see the Chief perform; however, what he had heard from the commentators in the public com-ment session was enough to make him understand the need for change. He stated that the Board has stayed together on this issue with one goal in mind—to help the University.  Further, he said that the Board members care about this issue and that they must come together at this time, as each side in this controversy has lost something, but putting bitterness aside, all still have a wonderful university.  He urged that all put to rest what has been done and look to the long term benefits of avoiding litigation of this

Exhibit 4 - Page 9 of 85

subject.  He added that this is not just about athletics, but that the athletes must not be denied opportunity.  In conclusion he stated that the time has come for change and that though he might not have seen it before he sees now that change is needed.

Mr. Dorris responded that the decision regarding the issue of the Chief must be accepted and this will not occur unless there is a final decision by a body other than that which defined the Chief as hostile and abusive—the NCAA.  He said he supported the position that the athletes must be given opportunity to compete.  He also said that the public would not accept the Board's decision and that a neutral interpretation of law was required.  Further, he said that the NCAA was the initial decision maker and the reviewer in this case and that a neutral party is needed to make a final decision.

Mr. Montgomery stated that the issue of the continuation of Chief Illiniwek is both a moral issue and a legal issue and that his 50 years in the practice of law had informed him that the courts are the handmaiden of the status quo and to take this issue to court when the Board has a thoroughly moral basis is unsupportable.  He said he would oppose the item.

Dr. Schmidt spoke, stating that he had heard much inflammatory language concerning this issue and that the Board had spent an immense amount of time discussing it, which reminded him that democracy is majority rule for the preservation of minority rights.  He noted that if the decision regarding the Chief was a popularity contest there would be no issue, but that the Native American community was the issue.  He said that Chief Illiniwek was a time honored tradition, and that now the question was whether it is time appropriate.  He said that the resolution that was approved today (agenda item no. 1) reflects the consensus process, the chair's actions, and the thoughts of the Board.  He stated that acceptance is important and that those who are anti-Chief should accept the fact that those who were pro-Chief were pro-Chief in their hearts and all should agree to move on from this.

The item follows.

### Resolution Concerning Chief Illiniwek

(2)  *Whereas*, students and alumni have deep affection for the Chief Illiniwek tradition since it was introduced in 1926 and ending it without complete and precise definition of the legal requirements of the laws of the State of Illinois and the rules of the NCAA and their control over use, modification, or non-use of the tradition will cause tremendous loss of financial and other support of the friends of the University;

*Whereas*, in 1991 the Collegiate Athletic Association Compliance Enforcement Procedures Act became law in Illinois, requiring the NCAA to comply with the due process procedures and protections set forth in the statute in all cases involving sanctions imposed against a college or university of this State such as the University of Illinois;

*Whereas*, in 1996 a bill was passed by consensus in the Illinois General Assembly and enacted into law with the express purpose of protecting Chief Illiniwek as the honored symbol of the University of Illinois at Urbana-Champaign and leaving changes in the status of it as the symbol of the University totally in the hands of the Board of Trustees of the University or as otherwise defined by law;

*Whereas*, the University of Illinois Board of Trustees adopted guidelines to seek a "consensus conclusion" to the matter of Chief Illiniwek;

*Whereas*, in August 2005 the NCAA announced a policy to prohibit NCAA colleges and universities from displaying what it termed "hostile and abusive" racial/ethnic/na-

Exhibit 4 - Page 10 of 85

tional origin mascots, nicknames, or imagery at any of the 88 NCAA championships;

*Whereas,* the University of Illinois unsuccessfully appealed the NCAA policy to the NCAA staff review committee, and an additional guideline recognizing the impact of the NCAA policy was incorporated into the consensus process and has never abandoned its position as stated in those appeals;

*Whereas,* the implementation of the NCAA policy has threatened the vitality of University athletic programs;

*Whereas,* the NCAA has taken away from the University the power to shape its future use, non-use, or modification of such symbols;

*Whereas,* serious damage is being inflicted upon the University of Illinois and its relationship with students, faculty, staff, alumni, and citizens of this State by reason of the NCAA Executive Committee's actions;

*Whereas,* the NCAA Executive Committee's actions constitute a direct and ongoing threat to the autonomy of the University of Illinois and its right of self-governance;

*Whereas,* the freedom to choose one's own name, and freedom of speech, including symbolic speech, are fundamental liberty rights guaranteed to all persons by the United States Constitution and the Illinois Constitution;

*Whereas,* the University of Illinois is presently a party to litigation concerning the validity of the NCAA policy as applied to the Chief Illiniwek tradition;

*Whereas,* the specific application and uncertainty of future application of the NCAA policy with regards to the Chief Illiniwek tradition, dance, regalia, logo, music, and symbol is unfair, as evidenced by the NCAA's creation of *ad hoc* exceptions to its policy for other universities;

*Whereas,* the University of Illinois has not yet taken the final step in the appeal process, which is to obtain judicial direction as to whether the NCAA Executive Committee's policy as applied against the Chief Illiniwek tradition is in violation of Illinois law, whether the due process requirements of State law were complied with, whether the policy as applied has been consistent among the member institutions, and whether the sanctions are arbitrary and capricious;

*Whereas,* it is in the best interests of the University of Illinois at Urbana-Champaign that this entire matter be presented in a forum that guarantees fairness, due process, and a final, binding legal decision by an impartial judge;

*Now, Therefore, Be It Resolved,* that the Board of Trustees of the University of Illinois directs its legal counsel to join with Dan Maloney and Logan Ponce in their declaratory relief count only, seeking a final declaratory judgment from the court as to whether the NCAA policy and sanctions directed toward the Chief Illiniwek tradition as observed prior to February 21, 2007, are legal, valid, or enforceable.

Mr. Eppley asked all in favor of this resolution to state so by saying "aye" and then asked that those not in favor state so by saying "no." The "no" votes prevailed and the motion failed.

Mr. Eppley thanked his colleagues for their comments and in particular thanked Mr. Dorris and said that he understood his passion in regard to the issue and that he too identified with many elements that Mr. Dorris had cited in his comments about the Chief Illiniwek tradition, such as grace and dignity.

## MOTION FOR EXECUTIVE SESSION

Following a brief break, Chair Eppley stated: "A motion is now in order to hold an executive session to consider the following subjects: University employee matters; pending, probable, or imminent litigation against, affecting, or on behalf of the University."

The motion was made by Mr. Montgomery, seconded by Dr. Carroll, and approved by the following vote: Aye, Mr. Bruce, Dr. Carroll, Mr. Dorris, Ms. Doyle, Mr. Eppley, Mr. Montgomery, Dr. Schmidt, Mr. Shah, Mr. Sper-

Exhibit 4 - Page 11 of 85

296        BOARD OF TRUSTEES        [March 13

ling, Mr. Vickrey; no, none; absent, Governor Blagojevich.
    (The student advisory vote was:  Aye, Mr. Kantas, Mr. Staren; no, none.)

**EXECUTIVE SESSION**

```
A CONTINUING NEED FOR
CONFIDENTIALITY
EXISTS FOR THIS SECTION.
```

Exhibit 4 - Page 12 of 85

A CONTINUING NEED FOR
CONFIDENTIALITY
EXISTS FOR THIS SECTION.

**Litigation, Medical Malpractice Cases**

For this discussion, Trustees Bruce, Dorris, and Montgomery departed the executive session. Mr. Bearrows reported on two medical malpractice cases. The first, ███████████, was described as a case involving an 18-year-old woman student at Urbana who was treated at the McKinley Health Center on campus for an abrasion to the left eye that was later diagnosed as a pseudomonal corneal ulcer. He indicated that the condition worsened necessitating cornea transplant surgery. The case alleges Dr. Gona, the physician at McKinley, failed to adhere to the standard of care in treating the corneal abrasion. Mr. Bearrows recommended settlement in the range of $150,000 to $250,000. There was no disagreement with this.

The second case, ███████████, *CNM,* involves injury to the left shoulder of an infant, ███████, during delivery. Mr. Bearrows ex-

Exhibit 4 - Page 13 of 85

plained that defense of the case is hampered by the medical record. Page two of the record contains details of a discussion with the mother about the risks of delivery and injury to the infant. Plaintiff's counsel states that this second page was blank when he first received records in response to a subpoena. Now page two of the clinical notes states that the patient said she would never have a Caesarean section for this delivery. Mr. Bearrows recommended settlement in the range of $3.0 to $5.0 million. There was no disagreement with this.

Mr. Bearrows reported that as a result of this case and the injury to the infant, the University of Illinois Hospital now requires that an attending physician be present at each delivery by a nurse midwife. Trustee Schmidt suggested the training program for nurse midwives be reviewed since obstetrics and gynecology as a specialty is associated with high risks and high costs for practice.

## EXECUTIVE SESSION ADJOURNED

There being no further business, the executive session was adjourned and the Board recessed for luncheon.[1]

## BOARD MEETING RESUMED

When the Board meeting resumed in regular session the members noted as present at the beginning of the meeting were still present. The chair of the Board announced a change in schedule, indicating that the welcome remarks from Chancellor Herman would be scheduled next, then he would ask the Illinois Auditor General's representative to speak next and report on the audit of the University.

## WELCOME FROM CHANCELLOR RICHARD HERMAN, URBANA

Chancellor Herman commended the Board for its action that morning concerning Chief Illiniwek and stated that the Board's action was historic for the campus and it was an example of democracy in action.

Chancellor Herman then told the Board of the interdisciplinary and inter-institutional research underway at the campus, citing the Energy Biosciences Institute as an example. He said that this institute is dedicated to bringing cleaner fuels to the market that are derived from genomic technology and cited the use of Miscanthus grass as a source of fuel. He also introduced Professor Stephen P. Long who had been hired recently to head the Energy Biosciences Institute. Professor Long spoke of the need to end dependency on foreign oil and said that carbon neutral sources of fuel were a natural area of research for the University's land-grant mission. He stated that the collaboration between the Urbana campus and the University of California at Berkeley along with private sector involvement was important as a means for developing new energy sources.

Chancellor Herman then introduced Mr. Frank G. Dohleman, a graduate student who is working with Professor Long. Mr. Dohleman spoke of the opportunities he has had, working with Professor Long to pursue research on alternative sources of energy.

---

[1] Guests at luncheon were members of the Urbana Senate Executive Committee and students honored by a Board resolution who are members of Habitat for Humanity.

Exhibit 4 - Page 14 of 85

Next, Chancellor Herman announced that Professor Richard S. Powers of the Department of English had received the National Book Award for his book, *The Echo Makers*, and presented a copy to each trustee.

The chancellor then announced that student volunteers for Habitat for Humanity were present at the meeting and indicated that they had raised funds and had contributed many hours to constructing a house for clients of Habitat for Humanity in Champaign.  He asked Dr. Renèe Romano, vice chancellor for student affairs, to introduce the students.

Mr. Eppley invited Mr. Kantas to read the following resolution.  Mr. Kantas invited the students who had just been introduced to join him at the lectern as he read the resolution.

### Resolution to Recognize the Habitat for Humanity Student Chapter at the University of Illinois at Urbana-Champaign

(3)  The Board of Trustees at the University of Illinois sincerely appreciates and recognizes the unselfish, dedicated commitment, leadership, and volunteerism as demonstrated by Habitat for Humanity.  The University of Illinois Habitat for Humanity Student Chapter works with the Champaign County Habitat for Humanity affiliate to help alleviate poverty housing around the Champaign County area.  The Student Chapter's mission is to end substandard housing in partnership with the campus and surrounding community by connecting with families, education, building, and fundraising.

Since 1993, the Student Chapter has built seven homes and they are currently building an eighth home for the Sweid family that is scheduled to be completed and dedicated in mid-April of this year.  The Student Chapter builds a house every other year to ensure that the Chapter has raised enough money to fund the building of a house.  Through the partnership with the county affiliate, the students only have to raise half of the money to build a house.  The cost to build a home in Champaign County is approximately $60,000.

During each school year, the Student Chapter's primary goal is to raise as much money as possible.  Even during a year in which a house is built, the Student Chapter does not reduce its fundraising goal, but usually sets a higher goal.  Examples of large fundraising events include the annual Volleyball Tournament and 5K Race.  In addition to all of the fundraising and construction, the Student Chapter also sends 24 student volunteers on Spring Break trips to help other Habitat affiliates with their projects.

The Board of Trustees hereby recognizes and commends the University of Illinois Habitat for Humanity Student Chapter for its outstanding example of student volunteerism, which contributes to the fabric of student life on the Urbana campus, the community, and to the larger society.

The Board of Trustees directs that this resolution be incorporated into the minutes of today's meeting to become a part of the official public record, and that a suitable copy be given to the University of Illinois Habitat for Humanity Student Chapter as a permanent reminder of the esteem in which it is held.

On motion of Mr. Kantas, the foregoing resolution was adopted.

### BOARD MEETING RECESSED FOR COMMITTEE MEETING

### Meeting of the Budget and Audit Committee

Trustee Bruce, chair of the Budget and Audit Committee, convened the meeting and asked Vice President Knorr to present the agenda for the meeting.  Mr. Knorr noted that the Board adopted an audit charter in 2006 that called for annual reporting on audits of the University and that the presentations today were to comply with that aspect of the charter.  He then introduced Mr. Thomas Kizziah from the Illinois Office of the Auditor General for an overview of the timetable for the external audit of the

Exhibit 4 - Page 15 of 85

University that the Office of the Auditor General oversees. Mr. Kizziah commented on the auditor general's post audit of the University for Fiscal Year 2006 and said his office had a good working relationship with University administration. He also referred to the auditor general's website which reports on audits of all State agencies.

Mr. Knorr then introduced Mr. Jeffrey R. Bonick of Clifton Gunderson LLP, the University's outside auditors hired by the auditor general, for comments. Mr. Bonick reported that the University's audit had received an unqualified opinion.

Dr. Heather J. Haberaecker, executive assistant vice president for business and finance, Chicago campus, then reported on the findings of the FY 2006 financial and compliance audit. She indicated that there were seven material findings and that staff are addressing all of these and developing corrective action plans for each. She also stated that there were five separate findings for University-Related Organizations and no findings for Wolcott, Wood and Taylor, the billing organization for the medical practice plan.

Mr. Lester H. McKeever, Jr., treasurer of the Board of Trustees, commented next and stated that the audit environment was more difficult for FY 2006 than for earlier years due to new standards. He also indicated that there would be new government audit standards introduced in January 2008. He stated a need for a strong internal audit function and said that any finding merits prompt attention. He added that the new University position of vice president/chief financial officer was important for the University and that this position is supported by an excellent staff that includes Mr. Douglas E. Beckmann, Dr. Heather J. Haberaecker, Mr. Michael B. Bass, Mr. Michael D. Bohl, and Ms. Julia Zemaitis.

### BOARD MEETING RESUMED

### Update: Plans and Priorities

#### Report on Pedestrian Safety, Urbana

Chancellor Herman addressed the Board on this subject and reported efforts campus staff members have undertaken with the Mass Transit District to improve pedestrian safety on the Urbana campus. He then asked Ms. Pamela Voitik, director of Campus Services, Urbana, to describe changes introduced that included reducing the number of buses on certain streets within the campus; fewer turns for buses; improved signaling devices; more extensive training for bus drivers; changes in lanes; better signage; lighted crosswalks; and closing some streets to vehicular traffic. In addition, she described new ways to communicate the need for pedestrian safety through newsletters to students and parents and education for students, especially new students (materials filed with the secretary). The trustees discussed the report and expressed approval of the efforts to improve pedestrian safety.

#### Report on Proposal for Illinois Bill of Health

Trustee Schmidt reviewed the need for more health care professionals in

Exhibit 4 - Page 16 of 85

the State, especially physicians and dentists. He called attention to the growing number of elderly in the population and the concomitant need for more medical care in juxtaposition with the diminishing number of physicians, dentists, nurses, and other health care professionals. He stated that enrollments in medical schools and other health care professional schools are not adequate to meet the demand for such professionals and that these programs need to increase enrollments. He also noted faculty shortages in these areas. He suggested a partnership to include Southern Illinois University, the University of Illinois, and the State of Illinois. His presentation included several slides (filed with the secretary) that illustrated the need for more support of such professional schools and for funds to address capital needs. He stated that the University Hospital needs renovation and expansion, estimated to cost $450.0 million and that funding needs for other health care professional programs increases the need for capital to $668.0 million. He concluded his remarks with comments about the need for legislation to authorize support. Chancellor Manning thanked Dr. Schmidt for his extraordinary efforts on behalf of the health sciences colleges at Chicago and noted that his knowledge and position make him an ideal spokesman for this important issue.

### BOARD MEETING RECESSED FOR COMMITTEE MEETINGS

### Buildings and Grounds Committee Meeting

#### Review of Master Plan

Trustee Shah convened this committee meeting and invited Mr. Joseph Hibbard of Sasaki Associates, Inc., to present information (materials filed with the secretary) on the master plan for the Urbana campus. Mr. Hibbard presented a historical perspective of the Urbana campus' master plan beginning with the first master plan in 1905. He then reviewed the development of the master plan from 1986 to the present focusing on the development of the south campus between Kirby/Florida Avenue and Windsor Road, including the 240 acres in the University of Illinois Research Park, plans for expansion of veterinary medicine and athletic facilities, and a transition for the Orchard Downs area. He said that the 2007 update of the master plan included designs for denser development in this area and stressed the need for guidelines for sustainable architecture. He also stated that there were two ancillary plans developed in recent years as well, one that dealt with campus retail areas and a campus transportation study. There was brief discussion of this that included comments on plans to relocate the Swine Research Facility south of the location of the new hotel under construction in the research park.

#### Residence Hall at Eliza Farnham Drive, Springfield

Mr. Shah invited the architect to present the design for a residence hall on Eliza Farnham Drive, Springfield campus. The architect indicated that the facility is scheduled to be available for occupancy in fall 2008 (materials filed with the secretary) and described its location as adjacent to Lincoln Hall on the Springfield campus. He also said the facility would house a

Exhibit 4 - Page 17 of 85

bookstore and two classrooms as well as residential space for a resident director.  Further, he said that the student housing units would be single and double rooms.  In addition, he said that the roof of the building would be a "green" roof.  The architect stated that the cost for the project was $15,810,000.  Mr. Shah stated that $12.2 million was available.

On motion of Dr. Carroll, the design for this project was approved.

### Finance and Audit Committee Meeting

Trustee Montgomery convened the meeting of this committee and asked Mr. Knorr to introduce the presenter from Goldman Sachs to present information for a future bond sale (materials filed with the secretary).  This individual reviewed plans for issuing variable rate demand health services facilities system revenue refunding bonds, series 2007, with a timetable beginning March 22, 2007.  He said that there would be a recommendation to approve the bond sale at the May 17, 2007, meeting of the Board.

### BOARD MEETING RESUMED

At this time, the Board reconvened in regular session.

### PRESENTATION AND DISCUSSION OF AGENDA ITEMS

Mr. Eppley indicated that he would ask President White, the chancellors, and other university officers to present items on the agenda for the Board's consideration.

Agenda item no. 9, "Sabbatical Leaves of Absence, 2007-08"—President White stated that the numbers of these recommendations match the numbers recommended for the last few years and that the process for recommending these is quite rigorous with multiple levels of review.

Agenda item no. 10, "Implement the University of Illinois Global Campus Partnership by Establishing the Global Campus as a Unit Organized at the University Level"—President White introduced this item and asked the trustees for questions and discussion.  There was lengthy discussion with the trustees about possible collaboration with other institutions in offering courses within the Global Campus; possible competition with other online courses at the University such as those offered at the Springfield campus; and quality assurance for courses offered within the Global Campus structure.  President White responded to these queries and noted that some collaboration might be possible in future if it seemed helpful to the University of Illinois.  He stressed that approval of the Global Campus would not mean that other online courses in the University would not continue and he assured the Board that there had been extensive consultation with the faculty about the Global Campus, with support for the proposal emerging from those discussions.  Each of the campus senates' officers spoke in support of the Global Campus.  Chancellor Herman said that this represents the democratization of learning and all need to embrace the Global Campus.  At the same time he said that the deans at Urbana had not reached convergence in terms of how the implementation of the plans for the Global Campus should be carried out and more consultation was required with the deans.

Some Board members opined that more consultation within the Uni-

Exhibit 4 - Page 18 of 85

versity seemed warranted. Others stated it was time to find out if the Global Campus could be successful and that launching a few courses in January 2008 seemed the best way to discover this.

Chancellor Ringeisen assured the Board that the online course offerings at Springfield were different from what the Global Campus proposes and that in time the Global Campus model may help Springfield broaden its online offerings to students because the current online course offerings at Springfield might not scale up as well as some Global Campus programs.

The conclusion of the discussion was that course offerings in the Global Campus program would be developed at the departmental level just as all other courses are currently. President White told the Board that the agenda item asked for approval to introduce a few courses via the Global Campus in January 2008 and that at the May 2007 Board meeting there would be more information about the Global Campus budget.

Discussion of the item continued and Trustee Dorris stated that it appeared the trustees were not ready to approve the proposal to approve the Global Campus and moved to table the item. This motion failed.

Mr. Eppley stated that the faculty members might not know at present the control they have over the Global Campus. He stated that the courses would be approved by faculty members and offered by them. Mr. Bruce asked President White to send a letter to faculty members in the University explaining plans for the Global Campus and how it will be implemented. Ms. Doyle stated that students have been quite involved with the plans for the Global Campus and that this program is student centered and aims to serve more students. She said that students support the Global Campus.

Agenda item nos. 23 through 27—These were introduced by Mr. Knorr. There was no discussion or questions.

Agenda item no. 5, "Appoint Associates to the Center for Advanced Study, Urbana," and agenda item no. 6, "Appoint Fellows to the Center for Advanced Study, Urbana"—Chancellor Herman told the Board that these appointments are the highest forms of scholarly recognition at the Urbana campus and that these recommendations are based on excellent contributions by the individual faculty members to their fields of study.

Agenda item no. 7, "Dean, College of Fine and Applied Arts, Urbana"—Chancellor Herman stated that Professor Robert B. Graves who is recommended has served as the interim dean of this college and performed admirably, demonstrating that he was certainly up to the task.

Agenda item no. 14, "Consolidate Doctoral Degrees in Music Education, College of Fine and Applied Arts, Urbana"—Chancellor Herman stated that he recommended this item to consolidate two degrees in music education, one currently offered in the College of Education and one in the College of Fine and Applied Arts and then offer the one degree in the College of Fine and Applied Arts.

Agenda item no. 18, "Establish School of Earth, Society and Environment, College of Liberal Arts and Sciences, Urbana"—The chancellor indicated that this was timely and reflected the intellectual development of this area.

Agenda item no. 28, "Library–Information Technology Fee, Fiscal

Exhibit 4 - Page 19 of 85

Year 2008, Urbana"—Chancellor Herman reported student support for this fee to provide for more online materials for new types of study and research. He asked Dr. Linda Katehi, provost, Urbana, to discuss consulting with students about this. She said that the Student Fee Advisory Committee had discussed this and the student members of this committee had conducted a survey of student opinion about the proposed fee. Mr. Kantas commented that 7,000 students responded to the survey and that 73 percent were in favor of the fee.

Agenda item no. 38, "Award Contracts for Conference Center, Urbana"—Chancellor Herman and Mr. Lyle D. Wachtel, associate vice president for facilities planning and programs, presented this item to award contracts to individual contractors for various types of work on this facility. Mr. Wachtel explained that the recommendations were based on bids received.

Agenda item no. 34, "Award Contract for Code Correction, College of Dentistry, Chicago"—Mr. Wachtel reviewed this recommendation to award a contract for the work described in the Board item. There was no discussion.

Agenda item no. 35, "Award Contracts for Research Space for Behavioral Neurobiology, Chicago"—Mr. Wachtel reviewed terms of the contracts as stated in the Board item. There was no discussion.

Agenda item no. 36, "Award Contract for East Side Chilled Water Distribution Improvements, Chicago"—Mr. Wachtel reviewed the Board item recommendation. There was no discussion.

Agenda item no. 37, "Award Contract for South Campus Chilled Water Improvements, Urbana"—Mr. Wachtel reviewed the Board item recommendation. There was no discussion.

Agenda item no. 39, "Award Contract for Library and Undergraduate Library Improvement (Sprinklers) Project, Urbana"—Mr. Wachtel reviewed this recommendation. There was no discussion.

Agenda item no. 41, "Approve Project for Football Personal Performance Center, Memorial Stadium, Division of Intercollegiate Athletics, Urbana"—Mr. Shah stated that he required a competitive price for this project or that the process be reopened.

Agenda item no. 40, "Approve Project for Lincoln Hall Renovation, Chicago"—Chancellor Manning spoke to this item and explained that this building was one of the original buildings on the east side of the Chicago campus and that there had been much deferred maintenance for this building and that it lacked modernization. She explained that the first of these originals buildings, Grant Hall, was under renovation now and that the funds from the academic facilities maintenance fund assessment would provide funds for improving more buildings and that Lincoln Hall would be among the first. She explained that the budget for this project was $13,726,600.

Agenda item no. 11, "Establish Master of Education (M.Ed.) in Measurement, Evaluation, Statistics and Assessment (MESA), College of Education, Chicago"—Chancellor Manning explained that this was to provide graduates who are trained in research and applied methods to address a shortage of such professionals. She said it would also provide an opportunity for teachers to update skills.

Exhibit 4 - Page 20 of 85

Agenda item no. 12, "Establish Master of Education (M.Ed.) in Youth Development, College of Education, Chicago"—Chancellor Manning stated that this field has gained attention recently and there is now a need to educate high quality professionals which is the goal of this program.

Agenda item no. 13, "Establish Master of Energy Engineering, College of Engineering, Chicago"—The chancellor said that this degree was designed to provide formal understanding of specializations in the field of energy engineering, which is related to chemical engineering, and to address growing demand for individuals specifically educated to study and work in the field of energy engineering.

Agenda item no. 15, "Establish Center for Magnetic Resonance Research, College of Medicine, Chicago"—Chancellor Manning explained that this unit had been in existence under temporary approval from the IBHE for several years and that the time had come to apply for formal approval to establish the unit permanently and that for this to proceed, approval from the Board of Trustees was required.

Agenda item no. 16, "Approve Policy Variances for Technology Services Centers, College of Engineering, Chicago"–Chancellor Manning and Dr. Prith Banerjee, dean, College of Engineering, Chicago, told the Board that the approval of certain policy variances would permit faculty members in the College of Engineering to conduct research work and applied work for external entities, utilizing the time approved by the Board for consulting, in effect bringing consulting to the campus, rather than have faculty members conduct consulting outside the University. Chancellor Manning and Dean Banerjee said that this required an exception to the University rules in order to permit extra payment from contracts awarded to the University for the faculty members who will conduct this consulting type work for up to 20 percent of full time equivalent per week. Trustee Shah asked to be recorded as raising questions about the appropriateness of State employees being paid in addition to their salaries for such work and asked if this was consistent with the Illinois Ethics Act. He asked that this activity be closely monitored to prevent any faculty member from accepting this type of consulting work and also accepting external consulting work concurrently. Chancellor Manning and Dean Banerjee assured the Board that faculty members would be limited to the usual 20 percent of full time equivalent, which is one day per week for consulting of any kind. Mr. Shah also asked that the overhead for such consulting be properly accounted for and that the University is paid what it is owed in overhead charges. He advised that the administration guard against problems in this area. Chancellor Manning also said that an advantage of this arrangement would be that students would have the opportunity to work with faculty members who are working with real companies and thus gain valuable experience prior to graduation.

Agenda item no. 17, "Establish Center for Botanical Dietary Supplements Research, College of Pharmacy, Chicago"—Chancellor Manning explained that this recommendation was before the Board because Board of Trustees approval was required by the IBHE before that body would consider approval.

Agenda item no. 20, "Eliminate the Bachelor of Arts in Liberal Arts

Exhibit 4 - Page 21 of 85

and Sciences, Major in Art History, College of Liberal Arts and Sciences, Chicago"—The chancellor stated that this was recommended to reduce such majors from two to one, which would be offered in the College of Architecture and the Arts.

Agenda item no. 21, "Eliminate the Doctor of Arts in Biological Sciences, College of Liberal Arts and Sciences, Chicago"—The chancellor stated that this program has had no enrollment since 1997 and that it was time to officially eliminate it.

Agenda item no. 26, "Application Fee for the Doctor of Dental Surgery (D.D.S.) Program, College of Dentistry, Chicago"—Chancellor Manning stated that this fee must be increased to cover the cost of services.

Agenda item no. 29, "Designate the Dr. Allan L. and Mary L. Graham Clinical Performance Center in the Medical Sciences Building, Chicago"—Chancellor Manning indicated that Dr. and Mrs. Graham had made a gift of $1.0 million to establish this center for which the college was very grateful. She noted that Dr. Graham was an alumnus of the College of Medicine and Mrs. Graham was an alumna of the Urbana campus.

Agenda item no. 31, "Revision of the Medical Service Plan Bylaws, College of Medicine, Chicago"—The chancellor said that this change is recommended for improved administration of the plan.

Agenda item no. 19, "Merge the Institute for Legislative Studies With the Institute for Legal and Policy Studies, Springfield"—Chancellor Ringeisen said that this was recommended for cost savings and to provide synergy between the two institutes.

Agenda item no. 30, "Designate Student Housing Name, Springfield"—Chancellor Ringeisen explained that most residence halls at Springfield are named for Illinois authors or Illinois flowers. He said that the name to be given the newest residence hall was Trillium, for an Illinois flower.

Agenda item no. 33, "Interest Rate Swap in Anticipation of the Issuance of Certain Health Services Facilities System Revenue Refunding Bonds"—Mr. Eppley noted that this had been discussed in the Finance and Investment Committee.

Agenda item no. 32, "Amend Articles I, II, III, and V of *The General Rules Concerning University Organization and Procedure*"—Interim Vice President Weyhenmeyer stated that these changes were recommended following review and recommendation by the Intellectual Property Committee, the chancellors, the campus senates, and the University Senates Conference, as well as the president of the University. He said that the amendments would provide greater protection for the University's intellectual property.

Agenda item no. 43, "Purchase and Change Order Recommendations"—Mr. Michael Bass, executive assistant vice president for business and finance, stated that there were 23 purchases and 11 change orders recommended and that these had been reviewed by Trustees Shah and Carroll.

## AGENDA

The Board considered the following reports and recommendations from the president of the University.

Exhibit 4 - Page 22 of 85

By consensus, the Board agreed that one vote would be taken and considered the vote on each agenda item nos. 4 through 32 inclusive. The recommendations were individually discussed but acted upon at one time.

(The record of Board action appears at the end of each item.)

### Approve Minutes of Board of Trustees Meeting

(4)  The secretary presents for approval the minutes of the Board of Trustees special meeting of June 5, 2006.

On motion of Dr. Schmidt, these minutes were approved.

### Appoint Associates to the Center for Advanced Study, Urbana

(5)  Each year the Center for Advanced Study (CAS) awards appointments as associates to the center, providing one semester of release time for creative work. Associates are selected in an annual competition from the faculty of all departments and colleges to carry out self-initiated programs of scholarly research or professional activity.

The chancellor at Urbana recommends the following list of associates selected for the 2007-2008 academic year, and offers a brief description of their projects:

JAMES R. BARRETT, professor, history, *Americanization from the Bottom, Up*

This project explains how diverse Irish American voices contributed to the formation of a new and more diverse American culture in the context of the massive migration of "new immigrants" and people of color. The Irish were well-placed "Americanizers" in workplaces, churches, vaudeville stages, political machines, and streets of American cities between the end of the nineteenth century and the Great Depression, conveying to more recent migrants what it meant to be "American."

AIDA XENIA EL-KHADRA, associate professor, physics, *High Precision Flavor Physics with Lattice QCD*

Our limited understanding of the strong interactions currently contributes the dominant uncertainty in determinations of standard model parameters from precision flavor physics experiments. The focus of this project is to drastically reduce the theoretical uncertainties in our current lattice calculations from about 10 percent to the 1-2 percent level by improving the heavy quark action.

YING-YI HONG, professor, psychology, *The Role of Essentialist Race Belief on Self and Identity Processes*

This research seeks to examine lay people's beliefs in genetic determinism of racial differences and the impacts of such false beliefs on the self and identity for members of racial/ethnic majority and minority groups. It enriches our understanding of how the relationship between genomics, race, and ethnicity could impact on people's psychological processes.

TONY M. LISS, professor, physics, *Searching for New Phenomena at the Large Hadron Collider*

In late 2007 at CERN, the European laboratory for high-energy physics in Geneva, Switzerland, the Large Hadron Collider (LHC) will begin operation for the first time. When that happens, the LHC will become the highest energy accelerator in the world, eclipsing the Fermilab Tevatron by a factor of seven in energy. At such extremely high energy the LHC will probe the physics of the very early Universe, just moments after the Big Bang, and by doing such we expect to answer some of the deepest mysteries about what our Universe is made of and how it evolved from the Big Bang to what we observe today.

Liss' research group will collaborate in the commissioning of the ATLAS detector at the LHC, preparing the detector for full operation and the graduate students for the analysis of the data. Experience has shown that those that are most effective at physics analysis are those people that have worked closely on commissioning of the detector in order to build up an understanding of how to extract the most from a complex instrument.

The commissioning task will involve two stages. The first stage is to develop software tools to use for detector "alignment." The ATLAS detector is an enormous device that

Exhibit 4 - Page 23 of 85

is tens of meters in diameter. In order to make the precision measurements necessary of very high-energy phenomena, the positions of the individual components of the detector have to be known to about a tenth of a millimeter or better. The procedure of determining these positions is known as detector alignment. The second stage of the commissioning task is more oriented towards the physics itself. It involves using the data from the collisions in the accelerator to develop a detailed understanding of the behavior of the detector. The idea is to measure known and well understood physics processes. Only when one understands the detector response to these processes can one move on to the exciting discoveries for which the LHC was designed. Liss' CAS release time appointment comes at an important time when crucial groundwork for future discoveries will be laid.

CRAIG C. LUNDSTROM, associate professor, geology, *Re-evaluation of the Process Producing Earth's Granites and Continental Crust*

This project tests Lundstrom's proposed hypothesis of the origin of Earth's distinctive continental crust. Data obtained from experiments, analyses of granitic rocks, and numerical modeling will support or refute the hypothesis that granites reflect a long-time scale mechanism of diffusion-based differentiation.

ROMANA NOWAK, associate professor, animal sciences, *Relationship between Metabolic Syndrome and Uterine Leiomyomas*

This proposal is for an epidemiological study to determine whether African-American women who suffer from several of the physiological disturbances associated with metabolic syndrome including obesity, type II diabetes, and hypertension show an increased incidence of symptomatic uterine leiomyomas.

DAVID JOSEPH O'BRIEN, associate professor, art and design, *Delacroix and North Africa*

The focus of this project is to complete research on a book about the French artist Eugène Delacroix's depictions of North Africa. This study will relate Delacroix's treatment of North African subjects to three closely allied phenomena: the development of French colonialism in North Africa, the growth of travel and tourism in the region, and the proliferation of Orientalism in visual culture.

MICHEL REGENWETTER, associate professor, psychology, *Behavioral Social Choice: Consensus among Consensus Methods*

The proposed project will allow Regenwetter to write a sequel to his book entitled, Cambridge University Press book, *Behavioral Social Choice: Probabilistic Models, Statistical Inference, and Applications*. The main thrust of the first book was to demonstrate that the theoretical literature overstates the importance of the so-called "Condorcet paradox" (of "majority cycles") and thus, that Arrow's Impossibility Theorem may have limited real world implications. The main thrust of the second book is to demonstrate that the theoretical literature's emphasis on the conceptual and mathematical incompatibility of competing aggregation methods is also misleading. Again, based in large part on Arrow's theorem, the theoretical literature makes pessimistic predictions on how different social choice rules are mathematically irreconcilable, and how policy makers are doomed to choose one voting method over others at the expense of violating some of the fundamental principles underlying those alternative voting methods. The 2006 book provides tools that allow us to compare different voting procedures on survey or ballot data collected under a single voting method, as long as certain requirements hold. From empirical investigation of U.S. presidential election survey data as well as data from various elections under various voting rules, competing voting methods appear to be, by and large, in agreement, at least on who is the best and who is the worst candidate (in multi-candidate elections). In other words, another situation arises where social choice in practice may bypass the pessimistic predictions of rational choice theory.

PAUL E. SCHUPP, professor, math, *Algebraic, Computational and Geometric Properties of Random Groups*

Random finitely presented groups possess amazingly good algebraic, computational, and geometric properties. This study plans to continue finding new properties and extending similar results to other types of mathematical structures.

Exhibit 4 - Page 24 of 85

DANUTA RENU SHANZER, professor, Classics, *The Origins of the Early Medieval Judicial Ordeal by Fire*

This project studies the origins of various ordeals used in the European early Middle Ages, primarily those by fire, but also ordeal by water, oath, and bread and cheese. The scholarly consensus has been that the adoption of these irrational methods of proof came about under the influence of Germanic law; Shanzer argues for Roman and specifically Christian origins.

SLAWOMIR SOLECKI, professor, math, *Metric Spaces and Combinatorics*

This project investigates two mathematical problems related to metric structures from the point of view of finite combinatorics and finite model theory. The problems concern connections between the notions of distance and size and algebraic properties of isometry groups.

RICHARD SPROAT, professor, linguistics and electrical and computer engineering, *Multi-agent Simulation of the Evolution of Complex Morphology*

This project builds a computational model of language change. The model is based on a simulation of a community of speakers where "children" learn language from "parents," and errors introduced result in a change of the language over time.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and Board of Trustees policies and directives.

The president of the University concurs.

On motion of Dr. Schmidt, these appointments were approved.

## Appoint Fellows to the Center for Advanced Study, Urbana

(6) Each year the Center for Advanced Study awards appointments as fellows to the center, providing one semester of release time for creative work. Fellows are selected in an annual competition from the faculty of all departments and colleges to carry out self-initiated programs of scholarly research or professional activity.

The double asterisks (**) denote faculty members who have been recommended for appointment as Beckman Fellows in the Center for Advanced Study, named for the donor of a gift that permits additional recognition for outstanding younger fellow candidates who have already made distinctive scholarly contributions.

The chancellor at Urbana recommends the following list of fellows selected for the 2007-2008 academic year, and offers a brief description of their projects:

EYAL AMIR, assistant professor, computer science, *Hard Problems for Artificial Intelligence, Easy Problems for Humans*

The proposed research will develop a theory of Artificial Intelligence (AI) that relates seemingly far fundamental AI problems with each other. A consequence of this research will be a foundational theory for artificial intelligence and computer algorithms that distinguish between humans and machines.

LYNNE M. DEARBORN, assistant professor, architecture, *Culture, Space and Globalization: A Comparative Analysis of the Hmong*

This project focuses on the international flows of people and culture, forces of globalization that impact the Hmong both in their homeland in Southeast Asia and in the Diaspora. With attention to these forces of globalization, this project investigates Hmong culture, cultural change and the spatial characteristics of Hmong residential environments, components of the Hmong environment/culture nexus.

JOHN C. DENCKER, assistant professor, labor and industrial relations, *Generational Dynamics in the Workforce and Society*

Generational dynamics are transforming and being transformed by modern societies as aging workforces, increasing longevity, and declining fertility rates which place strains on organizational and social institutions. The focus of this project is to develop and test a multilevel, interdisciplinary comparative-historical account of two critical outcomes of generational dynamics—life-course transitions and intergenerational conflict.

Exhibit 4 - Page 25 of 85

310                          BOARD OF TRUSTEES                    [March 13

FRANCES GATEWARD, assistant professor, African-American Studies and Research Program and Unit for Cinema Studies, *Blacks and Jews: Cinematic Relations*

This study is an examination of the history of Black/Jewish relations in Hollywood Cinema. By using film as a site for the interrogation of social relations, this project seeks to reveal and understand fissures in the Black/Jewish alliance, with close textual analysis and production histories used to indicate how Black and Jewish directors are trying to repair inter-community relations.

JUDITH GEBAUER, assistant professor, business administration, *What is the Economic Value of Flexibility?*

The purpose of this project is to conduct an interdisciplinary study of the economic value of flexibility. The specific focus is on the flexibility of computerized information systems to support business processes in organizations.

STEPHAN HEILEN, assistant professor, Classics, *Golden Age or Cosmic Disaster? Early Modern Predictions for 1504*

All preserved Renaissance predictions for the "Great Conjunction" of 1504 will be collected, edited, translated, and evaluated. This is the first complete case study of a heated astrological debate on the future course of world history among European intellectuals.

LILYA KAGANOVSKY, assistant professor, comparative and world literature and Slavic languages and literature, *The Voice of Technology and the End of Soviet Silent Film: 1928-1932*

Looking at the intersection of art and technology, of politics and policy, and art and the state, this project uses Soviet cinema's conversion to sound as the starting point for thinking about the moment of historical transition (1928-1932) from avant-garde theory to socialist realist practice. The project combines historiographic and theoretical research to consider how the "voice" of Soviet power is transmitted via the new technology of sound cinema.

BRETT ASHLEY KAPLAN, assistant professor, comparative and world literature, *Landscapes of Holocaust Postmemory*

Landscapes of Holocaust Postmemory explores traumatic landscapes that encourage us not only to reflect on what happened in places associated with the Nazi regime and its atrocities, but also to analyze the political and cultural status of the Holocaust in the early twenty-first century. By examining the intersections of landscape, postmemory, and trauma, this project may offer new insights into the effects and uses of the Nazi genocide today.

MARCUS KELLER, assistant professor, French, *Literary Nation Building in Times of Crisis: Imagining Early Modern France*

The nation as an imaginary community relies heavily on the fictive creation of a collective identity. This project is part of a book-length study which explores the contributions of early modern writers to the literary formation of French nationhood during a period of protracted political crises, civil wars, religious conflicts, and colonial expansion, and provides a case study of the intricate relationships between literature and nation.

**PAUL J.A. KENIS, assistant professor, chemical and biomolecular engineering, *A Photocatalytic Fuel Cell*

The feasibility of a novel photocatalytic fuel cell that uses a photocatalytic process with a cheap catalyst for the oxidation of fuel as opposed to electrocatalysis on a precious metal catalyst is explored. In addition, the implementation of such a fuel cell in a novel power source is analyzed with respect to size, cost, and performance in comparison to competing power generating technologies.

MICHAEL KRAL, assistant professor, psychology, *Community Action Toward Suicide Prevention among Inuit in Nunavut, Canada*

This project is the fourth of a research program examining the suicide epidemic among Inuit youth in Arctic Canada, where suicide rates are among the highest in the

Exhibit 4 - Page 26 of 85

world. It is a participatory, collaborative study with Inuit communities and organizations, documenting successful community-based strategies and is designed to help create collaborative community networks across the Arctic, whereby successful suicide prevention programs and activities can be shared.

DIMITRIOS C. KYRITSIS, assistant professor, mechanical science and engineering, *Clean and Efficient Micro-combustion for Power Generation*

This project investigates the fundamental physical processes that will provide compact, clean, and efficient power sources based on combustion. This will put to work the huge energy density of liquid hydrocarbons in small-scale devices, which will be combustion-based "batteries" with significantly higher power and lifetime compared to the conventional ones.

**CHRISTOPHER J. LEININGER, assistant professor, math, *Mapping Class Groups and Kleinian Groups at MSRI*

The purpose of this project is to explore the analogy between two fundamental objects in low-dimensional geometry and topology. These are the mapping class groups equipped with their actions on Teichmuller space and Kleinian groups with their actions on hyperbolic space.

**BENJAMIN JOHN MCCALL, assistant professor, chemistry, *Spectroscopy of Carbocations in the Laboratory and the Interstellar Medium*

A new laboratory technique will be developed that will permit the detailed spectroscopic study of molecular ions, with a special emphasis on complex carbocations that challenge our traditional notions of molecular structure. The results of our experimental studies will be complemented by astronomical observations of these ions in interstellar space.

**THOMAS NEVINS, assistant professor, math, *Harmonic Analysis in Algebraic Geometry*

A fundamental new algebraic structure, the double affine Hecke algebra, lies at the heart of important phenomena in mathematics and mathematical physics. This project applies a central mathematical technique known as "harmonic analysis" to the most important open problems concerning the double affine Hecke algebra.

**MICHELLE SHUMATE, assistant professor, speech communications, *The Coevolution of Non-profit, Nongovernmental Organizing*

Non-profit nongovernmental organizations present possible solutions to many of the world's problems that are both local and global in nature. This project explores a coevolutionary model of networks of non-profit nongovernmental organizing, the messages produced by these organizations, policy environments, and media coverage.

CAROL SYMES, assistant professor, history, *A Modern War and the Medieval Past: The Middle Ages of World War I*

This book will explore how memories and monuments of the Middle Ages were depicted, contested, targeted, destroyed, and sentimentalized before, during, and after "the war to end all wars." Although World War I is usually described as a quintessentially modern phenomenon, "A Modern War and the Medieval Past" will demonstrate that the heritage of this war, and the way it was understood by the people who waged, observed, and survived it, was shaped in myriad ways by competing visions of the Middle Ages and their importance to the development of modern identities.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and Board of Trustees policies and directives.

The president of the University concurs.

On motion of Dr. Schmidt, these appointments were approved.

## Dean, College of Fine and Applied Arts, Urbana

(7) The chancellor at Urbana has recommended the appointment of Robert B. Graves, presently interim dean, College of Fine and Applied Arts, and head and professor, De-

Exhibit 4 - Page 27 of 85

partment of Theatre, as dean of the College of Fine and Applied Arts, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $185,000 (equivalent to an annual nine-month base salary of $151,364 plus two-ninths annualization of $33,636), and an administrative increment of $25,000, for a total salary of $210,000, beginning March 16, 2007.

Dr. Graves will continue to hold the rank of professor of theatre, on indefinite tenure, on an academic year service basis, on zero percent time (non-salaried). He is succeeding Dean Kathleen F. Conlin who served as dean from October 1996 until December 2005 when she began full-time service as professor of theatre, director in residence, and Barnard Hewitt Professor of Theatre.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and Board of Trustees policies and directives.

This recommendation is based upon outstanding leadership demonstrated in administrative roles, and strong support from the search committee,[1] key college leadership committees, the provost and vice chancellor for academic affairs, and concurrence of the Office of Equal Opportunity and Access.

The president of the University concurs.

On motion of Dr. Schmidt, this appointment was approved.

### Appointments to the Faculty, Administrative/Professional Staff, and Intercollegiate Athletic Staff

### Appointments to the Faculty

(8) According to State statute, the student trustee will not vote on those items marked with an asterisk.

The following new appointments to the faculty at the rank of assistant professor and above, and certain administrative positions, have been approved since the previous meeting of the Board of Trustees and are now presented for your confirmation.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and Board of Trustees policies and directives.

#### Chicago

* WILLIAM T. BIELBY, professor of sociology, on indefinite tenure, on an academic year service basis, on 51 percent time, at an annual salary of $90,000, beginning August 16, 2007.

PENELOPE DEAN, assistant professor, School of Architecture, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $60,000, beginning January 1, 2007.

CRAIG FOSTER, assistant professor of civil and materials engineering, probationary faculty

---

[1] Sarah C. Mangelsdorf, professor of psychology and dean, College of Liberal Arts and Sciences, *chair*; Abbas Aminmansour, associate professor, School of Architecture, and chair of the Structures Division, School of Architecture; College of Fine and Applied Arts; Pamela J. Christman, director of recruitment and training, Office of Campus Development; Edward Feser, associate professor of urban and regional planning, College of Fine and Applied Arts; Jonathan D. Fineberg, professor of art, School of Art and Design, Gutgsell Professor in the School of Art and Design, and director, Illinois at The Phillips Collection, School of Art and Design, College of Fine and Applied Arts; Guy E. Garnett, associate professor, School of Music, College of Fine and Applied Arts, associate professor of computer science, College of Engineering, and associate director, Cultural Computing Program, Department of Computer Science, College of Engineering; Kathleen Harleman, director, Krannert Art Museum and Kinkead Pavilion, College of Fine and Applied Arts; Laura Lawson, assistant professor of landscape architecture, College of Fine and Applied Arts; Rebecca McBride, senior associate director, Krannert Center for the Performing Arts, College of Fine and Applied Arts; Alan T. Mette, professor, School of Art and Design, College of Fine and Applied Arts; Rebecca C. Nettl-Fiol, associate professor of dance, College of Fine and Applied Arts; Kathy Anne Perkins, professor of theatre, College of Fine and Applied Arts.

Exhibit 4 - Page 28 of 85

on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $80,000, beginning April 1, 2007.

GUILLERMO HIDALGO, assistant professor of pediatrics, College of Medicine at Chicago, probationary faculty on tenure track year one, on a twelve-month service basis, on 60 percent time, at an annual salary of $75,000, beginning December 4, 2006; and physician surgeon, College of Medicine at Chicago, non-tenured, on a twelve-month service basis, on 40 percent time, at an annual salary of $75,000, beginning December 4, 2006, for a total salary of $150,000.

ROBERT FRIEDRICH KLIE, assistant professor of physics, probationary faculty on tenure track year one, on an academic year service basis, on 100 percent time, at an annual salary of $71,000, beginning January 1, 2007.

* DAESUNG LEE, associate professor of chemistry, on indefinite tenure, on an academic year service basis, on 100 percent time, at an annual salary of $90,000, beginning August 16, 2007.

CHRISTINE MARTIN, assistant professor of criminal justice, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $60,000, beginning January 1, 2007.

USHA MENON, associate professor of medical surgical nursing, College of Nursing, Q probationary faculty, on an academic year service basis, on 100 percent time, at an annual salary of $88,000, for three years beginning November 1, 2004. Dr. Menon was appointed to serve as visiting associate professor under the same conditions and salary arrangement beginning August 16, 2004. (This appointment was inadvertently omitted in 2004.)

* MIHNEA POPA, associate professor of mathematics, statistics, and computer science, on indefinite tenure, on an academic year service basis, on 100 percent time, at an annual salary of $95,000, beginning August 16, 2007.

JENNIFER ROWLAND, assistant professor of disability and human development, College of Applied Health Sciences, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $75,000, beginning January 1, 2007.

KAREN LINDSAY TROY, assistant professor of movement sciences, College of Applied Health Sciences, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $80,000, beginning January 1, 2007.

CASSANDRA VENEY, assistant professor, Gender and Women's Studies Program, probationary faculty on tenure track year three, on an academic year service basis, on 75 percent time, at an annual salary of $50,625, beginning January 1, 2007; and assistant professor of African American studies, probationary faculty on tenure track year three, on an academic year service basis, on 25 percent time, at an annual salary of $16,875, beginning January 1, 2007, for a total salary of $67,500.

QUN-TIAN WANG, assistant professor of biological sciences, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $67,000, beginning January 1, 2007.

MARGARET E. WRIGHT, assistant professor of pathology, College of Medicine at Chicago, probationary faculty on initial/partial term appointment, on a twelve-month service basis, on 100 percent time, at an annual salary of $90,000, beginning January 16, 2007.

*Emeriti Appointments*

PHILLIP CARL JOBE, professor emeritus of pharmacology, College of Medicine at Peoria, September 1, 2006

LON-MU LIU, professor emeritus of information and decision sciences, March 1, 2007

CLARA MANFREDI, research professor emerita of community health sciences, April 1, 2006

RONALD D. PICUR, professor emeritus of accounting, August 16, 2006

DAVID M. RUBINSTEIN, professor emeritus of sociology, January 1, 2007

RICHARD B. WARNECKE, professor emeritus of public administration, January 1, 2007

Exhibit 4 - Page 29 of 85

BOARD OF TRUSTEES

### Springfield

TANSU DEMIR, assistant professor of public administration, probationary faculty on tenure track year one, on an academic year service basis, on 100 percent time, at an annual salary of $51,000, beginning November 16, 2006.

JUNG WOOK LEE, assistant professor of public administration, probationary faculty on tenure track year one, on an academic year service basis, on 100 percent time, at an annual salary of $50,000, beginning November 29, 2006.

SAMUEL BOYD WOOD, assistant professor, Library Instructional Services, probationary faculty on tenure track year one, on a twelve-month service basis, on 100 percent time, at an annual salary of $42,000, beginning February 19, 2007.

*Emeriti Appointments*

ROBERT B. SIPE, professor emeritus of political studies, January 1, 2007

### Urbana-Champaign

ALISON M. ANDERS, assistant professor of geology, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $62,500, beginning January 1, 2007.

MARNI BOPPART, assistant professor of kinesiology and community health, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $56,500, beginning January 1, 2007; and assistant professor, Beckman Institute for Advanced Science and Technology, non-tenured, on an academic year service basis, on zero percent time, non–salaried, beginning January 1, 2007, for a total salary of $56,500.

CARL ALAN BRADLEY, assistant professor of crop sciences, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $67,000, beginning January 22, 2007.

* JORGE CHAPA, professor of sociology, College of Liberal Arts and Sciences, on indefinite tenure, on an academic year service basis, on 25 percent time, at an annual salary of $31,000, beginning January 17, 2007. Previously, on July 13, 2006, the Board of Trustees appointed Dr. Chapa to serve as director, Center for Democracy in a Multi-racial Society, Office of the Provost and Vice Chancellor for Academic Affairs, Urbana-Champaign, non-tenured, on a twelve-month service basis, on 75 percent time, at an annual salary of $113,667, with an additional administrative increment of $6,333, beginning July 16, 2006. Dr. Chapa was appointed to the rank of professor, Latina/Latino Studies Program, College of Liberal Arts and Sciences, non-tenured, on an academic year service basis, on zero percent time, non-salaried, effective January 17, 2007, for a total salary of $151,000. The total salary remains the same as approved by the Board of Trustees on July 13, 2006.

YANN ROBERT CHEMLA, assistant professor of physics, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $85,000, beginning January 1, 2007.

* JANE DESMOND, professor, Gender and Women's Studies Program, on indefinite tenure, on an academic year service basis, on 50 percent time, at an annual salary of $43,750, beginning January 1, 2007; and professor of anthropology, on indefinite tenure, on an academic year service basis, on 50 percent time, at an annual salary of $43,750, beginning January 1, 2007, for a total salary of $87,500.

LEVENT DIRIKOLU, assistant professor of veterinary biosciences, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $80,000, beginning January 15, 2007.

SUPRIYA GANGADHARAN, assistant professor of cell and developmental biology, School of Molecular and Cellular Biology, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $70,000, beginning January 9, 2007.

IDO GOLDING, assistant professor of physics, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual

Exhibit 4 - Page 30 of 85

salary of $75,000, beginning January 1, 2007.

MIGUEL IGNACIO GOMEZ, assistant professor of agricultural and consumer economics, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $70,000, beginning January 16, 2007.

RALPH EUGEN HAMMANN, associate professor, School of Architecture, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $72,500, beginning January 1, 2007, and continuing as Q probationary faculty, on an academic year service basis, on 100 percent time, at an annual salary of $72,500, for four years beginning August 16, 2007.

TANIA IONIN, assistant professor of linguistics, probationary faculty on tenure track year one, on an academic year service basis, on 50 percent time, at an annual salary of $27,500, beginning January 1, 2007; and assistant professor, Division of English as an International Language, probationary faculty on tenure track year one, on an academic year service basis, on 50 percent time, at an annual salary of $27,500, beginning January 1, 2007, for a total salary of $55,000.

PRASANTH K.V. KANNANGANATTU, assistant professor of cell and developmental biology, School of Molecular and Cellular Biology, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $70,000, beginning January 9, 2007.

HYUN JOON KONG, assistant professor of chemical and biomolecular engineering, School of Chemical Sciences, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $78,000, beginning January 1, 2007.

RAKESH KUMAR, assistant professor of electrical and computer engineering, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $82,000, beginning January 16, 2007.

XIULING LI, assistant professor of electrical and computer engineering, probationary faculty on initial/partial term appointment, on an academic year service basis, on 100 percent time, at an annual salary of $88,000, beginning January 16, 2007.

BARBARA MICHAELA SATTLER, assistant professor of philosophy, probationary faculty on tenure track year one, on an academic year service basis, on 50 percent time, at an annual salary of $26,650, beginning August 16, 2006; and assistant professor of the Classics, probationary faculty on tenure track year one, on an academic year service basis, on 50 percent time, at an annual salary of $26,650, beginning August 16, 2006, for a total salary of $53,300.

* DONGVAN YOO, professor of pathobiology, on indefinite tenure, on an academic year service basis, on 100 percent time, at an annual salary of $115,000, beginning December 4, 2006.

*Emeriti Appointments*

CHIN-WOO KIM, professor emeritus of linguistics, July 16, 2006
JERRY L. MORGAN, professor emeritus of linguistics, May 16, 2005
MYRON B. SALAMON, professor emeritus of physics, September 16, 2006

## Administrative/Professional Staff

LINDA DIANA BAIR, assistant vice president, Decision Support, University Administration, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $145,000, beginning March 14, 2007. Ms. Bair was appointed to serve as interim assistant vice president, Decision Support, under the same conditions and salary arrangement beginning January 17, 2007.

STEPHEN D. CAMPBELL, director of the Comprehensive Dental Implant Center, College of Dentistry, Chicago, non-tenured, on a twelve-month service basis, with an administrative increment of $30,000, beginning March 19, 2007. Dr. Campbell was appointed to serve as visiting director of the Comprehensive Dental Implant Center, under the same conditions and salary arrangement beginning January 1, 2007. He

Exhibit 4 - Page 31 of 85

will continue to hold the rank of professor of clinical restorative dentistry, College of Dentistry, on indefinite tenure, on a twelve-month service basis, on 100 percent time, at an annual salary of $261,691, effective August 16, 2006, and head of the Department of Restorative Dentistry, College of Dentistry, non-tenured, on a twelve-month service basis, with an administrative increment of $24,160, effective August 16, 2006, for a total salary of $315,851.

SALLY ANN CAMPBELL-LEE, director, Blood Bank, University of Illinois Hospital and Clinics, Chicago, non-tenured, on a twelve-month service basis, with an administrative increment of $30,000, beginning March 19, 2007.  Dr. Campbell-Lee was appointed to serve as visiting director, Blood Bank, under the same conditions and salary arrangement beginning September 16, 2006.  She was appointed to the rank of assistant professor of pathology, College of Medicine at Chicago, probationary faculty on tenure track year four, on a twelve-month service basis, on 51 percent time, at an annual salary of $69,000, beginning September 16, 2006; and physician surgeon in pathology, University of Illinois Hospital and Clinics, Chicago, non-tenured, on a twelve-month service basis, on 49 percent time, at an annual salary of $66,000, beginning September 16, 2006, for a total salary of $165,000.

ZHENG WEI CHEN, director of non-human primate biomedical research, Department of Microbiology and Immunology, College of Medicine at Chicago, non-tenured, on an academic year service basis, with an administrative increment of $13,000, beginning March 19, 2007.  Dr. Chen was appointed to serve as visiting director of non-human primate biomedical research, under the same conditions and salary arrangement beginning August 16, 2006.  He will continue to hold the rank of professor of microbiology and immunology, College of Medicine at Chicago, on indefinite tenure, on an academic year service basis, on 100 percent time, at an annual salary of $144,316, effective August 16, 2006, for a total salary of $157,316.

PAMELA J. CHRISTMAN, senior director of recruitment and training, Office of Campus Development, Urbana-Champaign, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $104,050, beginning March 16, 2007.  This appointment is made without any salary increase.

JESSE G. DELIA, associate chancellor, Office of the Chancellor, Urbana-Champaign, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $237,800 and an administrative increment of $55,350, beginning March 16, 2007.  Dr. Delia was appointed to serve as interim associate chancellor under the same conditions and salary arrangement beginning February 28, 2007.  In addition, he will continue to hold the position of executive director of international research relations, Office of the Vice Chancellor for Research, non-tenured, on a twelve-month service basis, on zero percent time, non-salaried, effective March 16, 2007.  Dr. Delia will continue to hold the rank of professor of speech communication, College of Liberal Arts and Sciences, on indefinite tenure, on an academic year service basis, on zero percent time, non-salaried, effective August 16, 2006; and research professor, Institute of Communications Research, College of Communications, non-tenured, on an academic year service basis, on zero percent time, non-salaried, effective August 16, 2006, for a total salary of $293,150.  This appointment is made without any salary increase.

* PETER HOWARD GANN, director of investigative pathology, Department of Pathology, College of Medicine at Chicago, non-tenured, on a twelve-month service basis, with an administrative increment of $20,000, beginning March 19, 2007.  Dr. Gann will be appointed to the rank of professor of pathology, College of Medicine at Chicago, on indefinite tenure, on a twelve-month service basis, on 90 percent time, at an annual salary of $157,500, beginning March 19, 2007.  He was appointed to serve as visiting director of investigative pathology and visiting professor of pathology, under the same conditions and salary arrangement beginning January 1, 2006.  Dr. Gann will continue to serve as physician surgeon in pathology, College of Medicine at Chicago, non-tenured, on a twelve-month service basis, on 10 percent time, at an annual salary of $17,500, effective August 16, 2006, for a total salary of $195,000.

SUSAN R. GOLDMAN, co-director, Institute for Mathematics and Science Education (IMSE),

Exhibit 4 - Page 32 of 85

College of Liberal Arts and Sciences, Chicago, non-tenured, on an academic year service basis, with an administrative increment of $5,000, beginning March 19, 2007. This position will become co-director of the Learning Sciences Research Institute (LSRI) once formal approval of the redesignation of IMSE has been received. Dr. Goldman was appointed to serve as visiting co-director, Institute for Mathematics and Science Education, under the same conditions and salary arrangement beginning January 1, 2007. She will continue to hold the rank of professor of psychology, College of Liberal Arts and Sciences, on indefinite tenure, on an academic year service basis, on 75 percent time, at an annual salary of $111,020, effective August 16, 2006; and professor, College of Education, on indefinite tenure, on an academic year service basis, on 25 percent time, at an annual salary of $37,386, effective August 16, 2006, for a total salary of $153,406.

RONALD HOFFMAN, director, Myelo Proliferative Disorder Program, Department of Medicine, College of Medicine at Chicago, non-tenured, on a twelve-month service basis, with an administrative increment of $72,000, beginning March 19, 2007. Dr. Hoffman was appointed to serve as visiting director, Myelo Proliferative Disorder Program, under the same conditions and salary arrangement beginning August 16, 2006. He will continue to hold the rank of professor of medicine, College of Medicine at Chicago, on indefinite tenure, on a twelve-month service basis, on 42 percent time, at an annual salary of $138,580, effective August 16, 2006; physician surgeon in medicine, College of Medicine at Chicago, non-tenured, on a twelve-month service basis, on 40 percent time, at an annual salary of $105,220, effective August 16, 2006; Eileen Heidrick Professor of Medicine, College of Medicine at Chicago, non-tenured, on a twelve-month service basis, on 10 percent time, at an annual salary of $31,200, effective August 16, 2006; and physician surgeon, Cancer Center, College of Medicine at Chicago, non-tenured, on a twelve-month service basis, on 8 percent time, at an annual salary of $25,000, effective August 16, 2006, for a total salary of $372,000.

ROBIN ANN JONES, project director of disability and human development, College of Applied Health Sciences, Chicago, non-tenured, on a twelve-month service basis, on 96 percent time, at an annual salary of $100,764, beginning March 19, 2007. Ms. Jones was appointed to serve as visiting project director of disability and human development, non-tenured, on a twelve-month service basis, with an administrative increment of $5,766, beginning December 1, 2006. She will continue to serve as project coordinator of occupational therapy, College of Applied Health Sciences, non-tenured, on a twelve-month service basis, on 4 percent time, at an annual salary of $4,236, effective August 16, 2006, for a total salary of $105,000.

LAWRENCE KLOC, director of administrative affairs, College of Medicine at Peoria, non-tenured, on a twelve-month service basis, on 40 percent time, at an annual salary of $39,140, beginning March 19, 2007. Mr. Kloc was appointed to serve as visiting director of administrative affairs under the same conditions and salary arrangement beginning August 16, 2006. He will continue to serve as director of medical practice services, College of Medicine at Peoria, non-tenured, on a twelve-month service basis, on 60 percent time, at an annual salary of $58,710, effective August 16, 2006, for a total salary of $97,850.

CHARLES KNESSL, associate head of the Department of Mathematics, Statistics and Computer Science, College of Liberal Arts and Sciences, Chicago, non-tenured, on an academic year service basis, with an administrative increment of $2,000, beginning March 19, 2007. Dr. Knessl was appointed to serve as visiting associate head of the Department of Mathematics, Statistics and Computer Science, under the same conditions and salary arrangement beginning January 1, 2007. He will continue to hold the rank of professor of mathematics, statistics and computer science, College of Liberal Arts and Sciences, on indefinite tenure, on an academic year service basis, on 100 percent time, at an annual salary of $89,600, effective August 16, 2006, for a total salary of $91,600.

CHARLOTTE KU, director, graduate and international studies, College of Law, Urbana-Champaign, non-tenured, on a twelve-month service basis, on 100 percent time,

Exhibit 4 - Page 33 of 85

at an annual salary of $112,000, beginning March 14, 2007. Dr. Ku was appointed to serve as interim director, Graduate and International Studies, under the same conditions and salary arrangement beginning March 1, 2007.

ANNIESE C. LEMOND, director of compensation, Office of the Vice Chancellor for Human Resources, Chicago, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $145,000, beginning March 19, 2007. Ms. Lemond was appointed to serve as visiting director of compensation under the same conditions and salary arrangement beginning February 12, 2007.

SUSAN M. LEWIS, special assistant to the dean, College of Education, Urbana-Champaign, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $135,000, beginning March 16, 2007. Ms. Lewis was appointed to serve as interim special assistant to the dean under the same conditions and salary arrangement beginning January 16, 2007.

DAVID ELLIS MARKER, head of the Department of Mathematics, Statistics and Computer Science, College of Liberal Arts and Sciences, Chicago, non-tenured, on an academic year service basis, with an administrative increment of $25,000, beginning March 19, 2007. Dr. Marker was appointed to serve as interim head of the Department of Mathematics, Statistics and Computer Science, under the same conditions and salary arrangement beginning January 1, 2007. He will continue to hold the rank of professor of mathematics, statistics and computer science, College of Liberal Arts and Sciences, on indefinite tenure, on an academic year service basis, on 100 percent time, at an annual salary of $115,000, effective January 1, 2007, for a total salary of $140,000.

KAREN R. MORANSKI, associate vice chancellor for undergraduate education, Office of the Provost and Vice Chancellor, Springfield, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $97,000, beginning March 14, 2007. Dr. Moranski will continue to hold the rank of associate professor, English Program, on indefinite tenure, on an academic year service basis, on zero percent time, non-salaried, effective August 16, 2006, for a total salary of $97,000.

JOHN THOMAS O'BRIEN, director, Dalkey Archive Press, College of Liberal Arts and Sciences, Urbana-Champaign, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $120,000, beginning March 16, 2007. Dr. O'Brien was appointed to serve as interim director, Dalkey Archive Press, under the same conditions and salary arrangement beginning December 16, 2006.

JAMES W. PELLEGRINO, co-director, Institute for Mathematics and Science Education (IMSE), College of Liberal Arts and Sciences, Chicago, non-tenured, on an academic year service basis, with an administrative increment of $5,000, beginning March 19, 2007. This position will become co-director of the Learning Sciences Research Institute (LSRI) once formal approval of the redesignation of IMSE has been received. Dr. Pellegrino was appointed to serve as visiting director, Institute for Mathematics and Science Education, under the same conditions and salary arrangement beginning January 1, 2007. He will continue to hold the rank of professor of psychology, College of Liberal Arts and Sciences, on indefinite tenure, on an academic year service basis, on 75 percent time, at an annual salary of $133,693, effective August 16, 2006; and professor, College of Education, on indefinite tenure, on an academic year service basis, on 25 percent time, at an annual salary of $45,020, effective August 16, 2006, for a total salary of $183,713.

VERA STAMENKOVICH, director of organizational effectiveness, Office of the Vice Chancellor for Human Resources, Chicago, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $150,000, beginning March 19, 2007.

* ELIZABETH LOUISE WILEY, director of surgical pathology, Department of Pathology, College of Medicine at Chicago, non-tenured, on a twelve-month service basis, with an administrative increment of $25,000, beginning March 19, 2007. Dr. Wiley will be appointed to the rank of professor of pathology, College of Medicine at Chicago, on indefinite tenure, on a twelve-month service basis, on 26 percent time, at an annual salary of $50,000, beginning March 19, 2007. She was appointed to serve as visiting director of surgical pathology and visiting professor of pathology, under the

Exhibit 4 - Page 34 of 85

same conditions and salary arrangement beginning January 4, 2006. Dr. Wiley will continue to serve as physician surgeon in pathology, University of Illinois Hospital and Clinics, non-tenured, on a twelve-month service basis, on 74 percent time, at an annual salary of $140,000, effective August 16, 2006, for a total salary of $215,000.

SUSAN LYNN YOUNG, associate director of athletics, Business Affairs, Division of Intercollegiate Athletics, Urbana-Champaign, non-tenured, on a twelve-month service basis, on 100 percent time, at an annual salary of $140,000, beginning March 19, 2007.

### Intercollegiate Athletic Staff

DAN DISCH, assistant varsity coach, football, Division of Intercollegiate Athletics, Urbana-Champaign, non-tenured, on a ten months' service paid over twelve months service basis, with a multi-year agreement, on 100 percent time, at an annual salary of $120,000, beginning April 1, 2007, through January 31, 2009. A performance review will be held in January of each contract year to determine any compensation increases after January 31, 2008.

MICHAEL A. LOCKSLEY, assistant varsity coach, football, Division of Intercollegiate Athletics, Urbana-Champaign, a first amendment to extend the current multi-year agreement, on a ten months' service paid over twelve months service basis, on 100 percent time, effective April 1, 2007, through January 31, 2010, at an annual base salary of $255,000. A performance review will be held in January of each contract year to determine any compensation increases after January 31, 2008. This first amendment supersedes Coach Locksley's current employment contract effective January 13, 2005, through January 31, 2008.

CURT S. MALLORY, assistant varsity coach, football, Division of Intercollegiate Athletics, Urbana-Champaign, non-tenured, on a ten months' service paid over twelve months service basis, with a multi-year agreement, on 100 percent time, at an annual salary of $126,000, beginning April 1, 2007, through January 31, 2009. A performance review will be held in January of each contract year to determine any compensation increases after January 31, 2008.

ERIC E. WOLFORD, assistant varsity coach, football, Division of Intercollegiate Athletics, Urbana-Champaign, non-tenured, on a ten months' service paid over twelve months service basis, with a multi-year agreement, on 100 percent time, at an annual salary of $170,000, beginning January 27, 2007, through January 31, 2009. A performance review will be held in January of each contract year to determine any compensation increases after January 31, 2008.

On motion of Dr. Schmidt, these appointments were confirmed.

### Sabbatical Leaves of Absence, 2007-08

(9) The chancellors at the Chicago, Springfield, and Urbana-Champaign campuses have recommended that the following members of the faculty be given sabbatical leaves of absence in accordance with the provisions of the University of Illinois *Statutes* and on the terms and for the periods indicated.

The programs of research and study for which leaves are requested have been examined on the respective campuses. The vice president for academic affairs has reviewed the applications for the leaves and recommends approval of 67 leaves for Chicago; 8 leaves for Springfield; and 142 leaves for Urbana-Champaign. (A list of those recommended has been filed with the secretary of the Board for record.)

(For the record and to provide an annual compilation, in 2006-2007, 58 leaves were taken at Chicago; 5 leaves were taken at Springfield; and 137 leaves were taken at Urbana-Champaign.)

On motion of Dr. Schmidt, these leaves were granted as recommended.

Exhibit 4 - Page 35 of 85

BOARD OF TRUSTEES

### Implement the University of Illinois Global Campus Partnership by Establishing the Global Campus as a Unit Organized at the University Level

(10)  **Action Recommended**

The president with the advice of the campus Senates, University Senates Conference, and the chancellors recommends that the University of Illinois Global Campus Partnership be implemented by approving the establishment of the Global Campus as a unit organized at the University level.

The Global Campus is being formed to facilitate university-wide design, development, and delivery of teaching, research, and service programs. It has the following mission:

*In collaboration with the Urbana-Champaign, Chicago, and Springfield campuses, the University of Illinois Global Campus fosters the development and delivery of high-quality, Internet-based degree, certificate, and professional development programs on a large scale for nontraditional audiences. The Global Campus works with campus academic leaders and faculty to identify important high-demand education and service opportunities and to develop responsive programs that are delivered to audiences worldwide. In addition, the Global Campus works with the Urbana-Champaign, Chicago, and Springfield campuses, and their continuing education units, to help build capacity for online teaching and innovation and to help infuse online technologies throughout the University's curricula.*

The Global Campus will be organized and operated as described in the report, *The University of Illinois Global Campus Partnership: A Proposal—February 2007*, and in accordance with the business and financial plans that were distributed to the Board on January 29, 2007.

**Background**

During the past eighteen months, the University has explored the merits and feasibility of establishing a new entity to offer degree, certificate, and outreach programs on a large scale, primarily, but not solely, via the Internet. The Global Campus Task Force, the Chicago, Springfield, and Urbana-Champaign campus Senates, and the University Senates Conference have indicated that they are supportive of establishing such an entity that would:

- further the University's land-grant mission by greatly expanding educational opportunities for nontraditional learners, U of I residential students, and U of I alumni;

- help the University become a national leader in educational innovation, quality, service, and access; and

- generate new revenues for the benefit of University academic activities.

The Global Campus will pursue the following activities:

1)  *Teaching*

   a. The Global Campus will be student-centered in its mission and goals.

   b. The Global Campus will offer high-quality courses and educational programs and use innovative technology solutions and flexible instructor models to scale them to meet demand.

   c. The mix of academic programs offered by the Global Campus will reflect societal need and student demand.

Exhibit 4 - Page 36 of 85

      d. The Global Campus will partner with University of Illinois colleges, departments, and faculty and, where this is not feasible, work with other selected educational institutions to develop and deliver courses and programs.

    2)  *Research*

      The Global Campus will investigate the variety of pedagogical issues that arise in technology assisted learning, including the assessment of learning outcomes, the development of new teaching methods, and the adoption of new technologies to enhance teaching and learning. The results of these studies will be widely disseminated, presented at conferences, and published in peer-reviewed journals.

    3)  *Service*

      The Global Campus will work with the Urbana-Champaign, Chicago, and Springfield campuses, and their continuing education units, to help build capacity for online teaching and innovation throughout the University.

    The Global Campus will be led by a chief executive reporting to the president. Funds for the support of the Global Campus will be budgeted and accounted for as a separate unit. The Global Campus will establish human resources and business practices as necessary to support its mission, vision, and financial objectives in accordance with University *Statutes*, *General Rules*, and State/federal compliance requirements.

    While no new funding is requested in this item, there will be funding needs for personnel, start-up costs, and other operating expenses which will be separately requested through normal University budgeting and Board approval processes. As described in the financial plan, the start-up costs and working capital will be largely funded by establishing a line of credit with the University. In addition to the line of credit, a modest amount of recurring general revenue funds (approximately $1.5 million) will be reallocated to the Global Campus by reassigning several current staff to the unit, principally from the Illinois Virtual Campus, Illinois Online Network, U of I Online, and University Outreach and Public Service. The president will provide nonrecurring funding of $750,000 per year in Fiscal Year 2007, FY 2008, and FY 2009.

    The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes*, *The General Rules Concerning University Organization and Procedure*, and Board of Trustees policies and directives.

    On motion of Dr. Schmidt, this recommendation was approved.

## Establish Master of Education (M.Ed.) in Measurement, Evaluation, Statistics and Assessment (MESA), College of Education, Chicago

(11) The chancellor at Chicago with the advice of the Chicago Senate, the Graduate College, and the College of Education, recommends the establishment of a new degree program, the Master of Education (M.Ed.) in Measurement, Evaluation, Statistics and Assessment (MESA).

    The proposed degree is offered through the College of Education's educational psychology area. It is designed to produce graduates with specialized knowledge in quantitative and qualitative methodologies.

    This program is targeted to address the current industry-wide shortage of such personnel in government agencies, private companies (test developers, consultants), school districts (assessment coordinators), and academic institutions (research directors, institutional researchers). With the increasing pressure on educational institutions to demonstrate program effectiveness through outcomes-based performance monitoring, the future job growth in these fields is promising.

    The curriculum is designed to provide core methodological competency (research methods core). Electives will be offered in psychometrics, statistics, evaluation, assess-

Exhibit 4 - Page 37 of 85

ment, qualitative inquiry, and content area specific research methodology. The range of electives and an option to take courses outside the College of Education provide the student the flexibility to focus on an area of interest to meet specific career goals. For students who may later wish to pursue a doctoral degree, a thesis option is provided. Students must take a minimum of 32 credit hours beyond the baccalaureate.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and Board of Trustees policies and directives.

The University Senates Conference has indicated that no further senate jurisdiction is involved.

The president of the University concurs. This action is subject to further review and approval by the Illinois Board of Higher Education.

On motion of Dr. Schmidt, this recommendation was approved.

### Establish Master of Education (M.Ed.) in Youth Development, College of Education, Chicago

(12) The chancellor at Chicago with the advice of the Chicago Senate, the Graduate College, and the College of Education recommends the establishment of a new degree program, the Master of Education (M.Ed.) in Youth Development.

The proposed degree will be offered through the College of Education's educational psychology area. It is designed to enhance the College of Education's ability to fulfill its mission by preparing individuals focused on serving youth via youth service organizations during out-of-school time, as well as through conducting research within the field of youth development. It will also serve as a point of entry into the doctoral program in educational psychology for students who do not have the typical educational background and preparation.

In the past 15 years the field of youth development has gained increased attention due to research evidence that youth—particularly low income, diverse, urban youth—able to participate in high quality out-of-school programs demonstrate significant decreases in negative behaviors and significant increases in positive behaviors and reflect improved developmental outcomes. Due to this research there has been a proliferation of youth-serving organizations, as well as a significant increase in federal, State, and private funding for youth development programs across the country, particularly in urban areas.

Evaluation research on the effectiveness of youth service organizations suggests that one of the main factors in the success of these programs is the quality of staff, but that staff rarely have or are provided adequate training for engaging in this work. Despite the evident importance of staff, very few programs exist that are specifically aimed at developing high quality youth development professionals. The proposed program will fill a void in the education and development of such professionals and will supply individuals equipped to conduct high quality research in this field. No comparable programs exist in the State.

The curriculum is designed to provide core competencies in developmental theory and research. The program includes an applied option for professionals to work in the field of youth development and a thesis research option for those who wish to seek a doctoral degree. A minimum of 32 credit hours beyond the baccalaureate degree must be completed.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and Board of Trustees policies and directives.

The University Senates Conference has indicated that no further senate jurisdiction is involved.

The president of the University concurs. This action is subject to further review and approval by the Illinois Board of Higher Education.

On motion of Dr. Schmidt, this recommendation was approved.

Exhibit 4 - Page 38 of 85

### Establish Master of Energy Engineering, College of Engineering, Chicago

(13)  The chancellor at Chicago with the advice of the Chicago Senate, the Graduate College, and the College of Engineering recommends the establishment of a new degree program, the Master of Energy Engineering.

Offered by the Department of Mechanical and Industrial Engineering in the College of Engineering, the proposal is for a 32-hour non-thesis professional master's degree for working professionals in industries involved in energy conversion or energy end-usage.  The program includes both fundamental and applied studies, often in partnership with the region's business, cultural, and service institutions.  The eight-course, applications-oriented program of study is the direct outgrowth of surveys of industries in the Chicago area and Northern Illinois and seeks to promote both economic growth and environmental responsibility in the region.  This program is targeted at providing graduate education to working students by meeting their needs in a non-traditional educational structure.  Except in special cases, a baccalaureate degree in a related discipline will be required for admission.

Students will progress through the Chicago campus Energy Masters in cohort groups.  The learning community formed by the group will serve as the focal point of investigation of the challenges and problems facing the region, State, and society.  Energy conservation and efficiency and environmental responsibility are problems of worldwide magnitude that will only increase in the coming years.  With this degree, the Chicago campus seeks to take a leading role in energy education in Chicago and the wider region.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and Board of Trustees policies and directives.

The University Senates Conference has indicated that no further senate jurisdiction is involved.

The president of the University concurs.  This action is subject to further review and approval by the Illinois Board of Higher Education.

On motion of Dr. Schmidt, this recommendation was approved.

### Consolidate Doctoral Degrees in Music Education, College of Fine and Applied Arts, Urbana

(14)  The chancellor at Urbana with the advice of the Urbana-Champaign Senate recommends for approval a proposal from the College of Fine and Applied Arts to consolidate the doctoral degrees in music education.

The University currently offers two types of doctoral degrees for students specializing in music education:  the Ed.D. (offered in the College of Fine and Applied Arts) and the Ph.D. (offered in the College of Education).  This proposal seeks to move the administration and all academic aspects of the Ph.D. from the College of Education to the College of Fine and Applied Arts.

The impetus for moving the administration of the Ph.D. to the School of Music in the College of Fine and Applied Arts is to allow the degree to more effectively compete with similar degrees offered internationally, and to encourage a larger proportion of music education doctoral students to undertake a research-oriented degree.  In addition, an increasing awareness that the leaders in the discipline of music education require a more tailored doctoral degree that includes a substantial research dissertation has prompted the move.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and the Board of Trustees policies and directives.

The University Senates Conference has indicated that no further senate jurisdiction is involved.

The president of the University concurs.  This action is subject to further review and approval by the Illinois Board of Higher Education.

On motion of Dr. Schmidt, this recommendation was approved.

Exhibit 4 - Page 39 of 85

324                    BOARD OF TRUSTEES                    [March 13

### Establish Center for Magnetic Resonance Research, College of Medicine, Chicago

(15)  The chancellor at Chicago with the advice of the Chicago Senate, the Graduate College, and the College of Medicine recommends the establishment of the Center for Magnetic Resonance Research (CMRR).  The Center received temporary approval in 2000 from the Illinois Board of Higher Education and now seeks permanent approval.

The Center for Magnetic Resonance Research was initiated as an institution-wide program to focus research efforts toward a center of excellence in imaging.  Magnetic resonance research is rapidly expanding, especially in the ultra-high field area.  Under a separate allocation of $10.0 million from the State of Illinois VentureTECH funds, the CMRR built a 9.4 Tesla human scanner and a building to house it in close proximity to the 1.5 and 3.0 Tesla scanners.  The building also provides offices, laboratories, and computing facilities to support the scanners.

This technology is the new frontier in MRI research.  The Center fosters the involvement of all departments in using these state-of-the-art imaging facilities for their research.  It supports researchers from the Chicago and Urbana campuses, as well as external faculty, by providing them with access to the 3.0 Tesla MRI scanner for studies in areas such as neuroradiology, psychiatry, neurology, neurosurgery, cardiology, engineering, and basic science.  The 9.4 Tesla scanner, which is the highest field human scanner in the United States, will soon be available to the research community.

The CMRR also helps train professionals by preparing medical staff with the scientific understanding they need to assist patients in the treatment of various neurological maladies.  And the Center serves clinical patients who need pre-surgical evaluations to determine activity areas of the brain.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure*, and Board of Trustees policies and directives.

The University Senates Conference has indicated that no further senate jurisdiction is involved.

The president of the University concurs.  This action is subject to further review and approval by the Illinois Board of Higher Education.

On motion of Dr. Schmidt, this recommendation was approved.

### Approve Policy Variances for Technology Services Centers, College of Engineering, Chicago

(16)  The College of Engineering Technology Services Centers (TSCs) will offer local industry organized short-term research and development services, thus creating a new vehicle for technology transfer from the University, new avenues for graduate student support and practical training, and new opportunities for faculty consulting.  TSC revenue will cover full costs, including student and faculty compensation, associated benefits costs, and overhead expenses such as business services and use of University facilities.  The activity of the TSCs will be governed by Technology Services Center Agreements developed between the client companies and the University.

In order to provide these services in a cost-effective and timely manner, the chancellor at Chicago upon the advice of the provost and vice chancellor for academic affairs and the vice chancellor for research, and with the concurrence of the appropriate University officers recommends two variations to existing University policy relative to (1) intellectual property rights and (2) compensation to faculty and staff.

The first request is for a blanket variance regarding ownership of intellectual property.  *The General Rules Concerning University Organization and Procedure*, Article III. Section 7(p), Intellectual Property Administration, Preferential Treatment of Sponsors, states:

> *...sponsored research agreements shall provide that all intellectual property developed as a result of the sponsored research project shall belong to the University unless otherwise specified in writing....  When the nature of the proposed research allows identification of a specific area of intellectual property*

Exhibit 4 - Page 40 of 85