present a more welcoming environment both within and outside the classroom; provide learning spaces that are flexible, functional, and attractive; offer places for students to study and relax; and feature year-round heating and cooling with maximum energy efficiency. The project will follow the example set by the Sandi Port Errant Language and Culture Learning Center at Grant Hall that is currently under construction.

Accordingly, the chancellor at Chicago with the concurrence of the appropriate administrative officers recommends that the Lincoln Hall renovation project be approved at $13,726,600.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and the Board of Trustees policies and directives.

Funds for this project are available from Academic Facilities Maintenance Fund Assessment and the institutional funds operating budget of the Chicago campus.

The president of the University concurs.

On motion of Dr. Schmidt, this recommendation was approved by the following vote: Aye, Mr. Bruce, Dr. Carroll, Mr. Dorris, Ms. Doyle, Mr. Eppley, Mr. Montgomery, Dr. Schmidt, Mr. Shah, Mr. Sperling; no, none; absent, Governor Blagojevich, Mr. Vickrey.

(The student advisory vote was: Aye, Mr. Kantas, Mr. Staren; no, none.)

**Approve Project for Football Personal Performance Center, Memorial Stadium, Division of Intercollegiate Athletics, Urbana**

(41)   The proposed project would involve interior construction of approximately 30,000 square feet of existing shell space underneath the new north grandstand being constructed as part of the Phase I of the Memorial Stadium Phase Development Plan. The personal performance center will provide Illinois football players with multiple new services, including the latest in strength and conditioning training, sports medicine, academic services, and technology. As part of the project, an 8,000 square foot mezzanine level will be constructed that will provide state-of-the-art recruiting and meeting facilities that will include a view of the football field.

Accordingly, the chancellor at Urbana with the concurrence of the appropriate administrative officers recommends that the Football Personal Performance Center project be approved at $4.9 million as an addition to the Phase I of the Memorial Stadium Phased Development Plan increasing the approved project from $116.0 million to $120.9 million. Further, the chancellor recommends authorization to negotiate with the professional service providers retained for the Memorial Stadium Phased Development Plan, an amendment to the scope of work and fees contemplated under current agreements. Should the appropriate and acceptable modification to the agreements not be obtained, the chancellor and appropriate administrative officers shall procure, in accordance with applicable laws and regulations and in keeping with the wishes of the donor, the necessary services from other qualified providers.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure,* and the Board of Trustees policies and directives.

Funds for this project are available from gift funds.

The president of the University concurs.

On motion of Dr. Schmidt, this recommendation was approved by the following vote: Aye, Mr. Bruce, Dr. Carroll, Mr. Dorris, Ms. Doyle, Mr. Eppley, Mr. Montgomery, Dr. Schmidt, Mr. Shah, Mr. Sperling; no, none; absent, Governor Blagojevich, Mr. Vickrey.

(The student advisory vote was: Aye, Mr. Kantas, Mr. Staren; no, none.)

Exhibit 4 - Page 81 of 85

### Update Campus Master Plan, Urbana

(42) The current campus master plan for the Urbana campus is a composite of area plans and updates approved by the Board of Trustees since 1986. Each of the plans and updates that comprise the entire master plan area build upon the framework and core objectives established by prior planning efforts. This update comprehensively combines all previous area plans into one project area while also addressing the prevalent campus facility program and land use needs through minor plan adjustments that (1) acknowledge recently constructed facilities; (2) include recently approved or currently under-construction projects; and (3) resolve campus planning issues that affect how program and land use are accommodated.

Accordingly, the president of the University with the concurrence of the appropriate administrative officers recommends approval of the campus master plan update as a general guide for the long-term growth and development of the Urbana campus.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure*, and the Board of Trustees policies and directives.

Funds are available from institutional funds operating budget of the Urbana campus.

A copy of the campus master plan update has been filed with the secretary of the Board for record.

On motion of Dr. Schmidt, this recommendation was approved by the following vote: Aye, Mr. Bruce, Dr. Carroll, Mr. Dorris, Ms. Doyle, Mr. Eppley, Mr. Montgomery, Dr. Schmidt, Mr. Shah, Mr. Sperling; no, none; absent, Governor Blagojevich, Mr. Vickrey.

(The student advisory vote was: Aye, Mr. Kantas, Mr. Staren; no, none.)

### Purchases and Change Orders

(43) The president submitted, with his concurrence, a list of purchases and change orders recommended by the directors of purchases and the vice president for administration.

These were presented in one category–purchases and change orders from institutional funds. The term designates funds received by the University under contracts with the United States government, private corporations, and other organizations; grants from foundations, corporations, and other donors; and University revolving funds authorized by law.

The total amounts of these purchases and change orders were:

*From Institutional Funds*
Purchases ..........................................................................................................$33,566,338
Change Orders....................................................................................................13,239,430

A complete list of the purchases and change orders, with supporting information (including the quotations received), was sent to each member of the Board in advance of the meeting. A copy is being filed with the secretary of the Board for record.

On motion of Dr. Schmidt, the purchases and change orders recommended were authorized by the following vote: Aye, Mr. Bruce, Dr. Carroll, Mr. Dorris, Ms. Doyle, Mr. Eppley, Mr. Montgomery, Dr. Schmidt, Mr. Shah, Mr. Sperling; no, none; absent, Governor Blagojevich, Mr. Vickrey.

(The student advisory vote was: Aye, Mr. Kantas, Mr. Staren; no, none.)

### Authorization for Settlement

(44) The university counsel recommends that the Board approve payment of $2,945,169 as its contribution to the settlement of *Ciavarella v. Horgan, et al.* St. Paul Insurance, as the excess insurance provider, is responsible for the remainder of the settlement. The plaintiff, Ginevra Ciavarella, alleges that defendants' failure to diagnose a bowel obstruc-

Exhibit 4 - Page 82 of 85

tion resulted in the death of 40-year-old Michelle Martinelli.

The Board action recommended in this item complies in all material respects with applicable State and federal laws, University of Illinois *Statutes, The General Rules Concerning University Organization and Procedure*, and Board of Trustees policies and directives.

The vice president/chief financial officer concurs.

The president of the University recommends approval.

On motion of Dr. Schmidt, this recommendation was approved by the following vote: Aye, Dr. Carroll, Ms. Doyle, Mr. Eppley, Dr. Schmidt, Mr. Shah, Mr. Sperling; no, none; absent, Governor Blagojevich, Mr. Vickrey. (Mr. Bruce, Mr. Dorris, and Mr. Montgomery asked to be recorded as not voting on this item.)

(The student advisory vote was: Aye, Mr. Kantas, Mr. Staren; no, none.)

### President's Report on Actions of the Senate

(45) The president presented the following report:

**Redesignate the M.A. Environmental Studies Concentration in Environmental Policy, Planning and Administration to be a Concentration in Environmental Planning and Management, Department of Environmental Studies, College of Public Affairs and Administration, Springfield**

The Springfield Senate has approved a proposal from the College of Public Affairs and Administration to redesignate the M.A. Environmental Studies concentration in *Environmental Policy, Planning and Administration* to be a concentration in *Environmental Planning and Management.*

The curriculum for this concentration has been updated to better prepare students who will be pursuing careers in environmental planning and management. The redesignation to *Environmental Planning and Management* better reflects the composition of the revised curriculum.

**Redesignate the M.A. Environmental Studies Concentration in Natural Resources and Sustainable Development to be a Concentration in Sustainable Development and Policy, Department of Environmental Studies, College of Public Affairs and Administration, Springfield**

The Springfield Senate has approved a proposal from the College of Public Affairs and Administration to redesignate the M.A. Environmental Studies concentration in *Natural Resources and Sustainable Development* to be a concentration in *Sustainable Development and Policy.*

The curriculum for this concentration has shifted from one that focuses on natural resources and sustainable development to one that emphasizes the multiple dimensions of sustainable development and the policies inherently important for an integrated approach to protecting the environment. *Sustainable Development and Policy* better reflects the revised curriculum.

This report was received for record.

### Comptroller's Financial Report
### Quarter Ended December 31, 2006

(46) The comptroller presented his quarterly report as of December 31, 2006. A copy has been filed with the secretary of the Board.

This report was received for record.

Exhibit 4 - Page 83 of 85

368          BOARD OF TRUSTEES          [March 13

### Quality Improvement Report for 2006, University of Illinois Medical Center at Chicago

(47) This report prepared in compliance with the Joint Commission on Accreditation of Healthcare Organizations was presented to the Board for record. A copy has been filed with the secretary of the Board.

### Capital Projects Status Report

(48) The associate vice president for facilities planning and programs presented this report of active projects in excess of $5.0 million. A copy has been filed with the secretary of the Board.

    This report was received for record.

### Technology Commercialization Highlights, Fiscal Year 2007, 2nd Quarter

(49) The interim vice president for technology and economic development presented this report. A copy has been filed with the secretary of the Board.

    This report was received for record.

### University of Illinois Investment Inventory Report, December 31, 2006

(50) The comptroller presented this report as of December 31, 2006. A copy has been filed with the secretary of the Board.

    This report was received for record.

### Investment Report for the Quarter Ended December 31, 2006

(51) The comptroller presented this report as of December 31, 2006. A copy has been filed with the secretary of the Board.

    This report was received for record.

### SECRETARY'S REPORT

The secretary presented for record changes to academic appointments for contract year 2006-07, new hires, resignations, notices of nonreappointment, and retirees rehired. A copy has been filed with the secretary of the Board.

### REPORT FROM CHANCELLOR, SPRINGFIELD

At Mr. Eppley's request, Chancellor Ringeisen reported that UIS had won its conference in basketball and that the coach, Mr. Kevin Gamble, was named coach of the year. Further, he indicated that one-half of the members of the men's basketball team received academic all-conference honors.

### REPORT FROM PRESIDENT OF THE UNIVERSITY

President White said he wished to thank the trustees for their stewardship.

### OLD BUSINESS

Trustee Schmidt promised a report on the University of Illinois Research Park at a future meeting.

    He reported that the Certificate of Need for the expansion of the University of Illinois Hospital had been submitted to the Illinois Health Facilities Planning Board and that there would be a hearing on July 24-25,

Exhibit 4 - Page 84 of 85

2007. He added that the next step was to select an architect and to obtain a design for the expansion and renovation as soon as possible.

### REPORTS FROM STUDENT TRUSTEES

Ms. Doyle reported that the last basketball game had been played in the old facility at Springfield and that the new recreation center would be opening soon.

Mr. Staren reported that a recommendation had been made to allow students in the Honors College to have the same benefit of registering early as the student athletes at Chicago have.

Mr. Kantas reported that the student government had held a reception for legislators in Springfield during the legislative session and that Coach Ron Zook, head football coach, had been the speaker. He also said that the students had reviewed 13 projects for funding by the Academic Facilities Maintenance Fund Assessment and that eight projects, totaling $4.0 million were selected for funding. He also reported that the recent College of Engineering Open House, an annual event, was very successful and that the college hosted 20,000 visitors from five states and three countries. He said that there were many corporate sponsors this year and that the students had 160 exhibits.

### NEW BUSINESS

There was no business presented under this aegis.

### ANNOUNCEMENTS FROM THE CHAIR OF THE BOARD

Chair Eppley called attention to the schedule of meetings for the next few months: May 17, Chicago; July 11-12, Chicago.

There being no further business, the Board adjourned.

MICHELE M. THOMPSON  LAWRENCE C. EPPLEY
*Secretary*  *Chair*

Exhibit 4 - Page 85 of 85