**EXHIBIT 5**

# THE COLLEGIATE LICENSING COMPANY

290 INTERSTATE NORTH CIRCLE  SUITE 200  ATLANTA GEORGIA  30339  P 770.956.0520  F 770.955.4491  www.clc.com



## CLC MEMORANDUM

**DATE:** March 30, 2007
**TO:** All University of Illinois at Urbana-Champaign Licensees
**FROM:** John Greeley, Director of University Services, CLC
**RE:** Licensing of Chief Illiniwek

---

The Board of Trustees of the University of Illinois at Urbana-Champaign has recently made a decision to immediately conclude performances of Chief Illiniwek in conjunction with the University's intercollegiate athletic events, and to eliminate or impose strict limitations on the use of Native American imagery as the symbol for the University of Illinois.

Pursuant to the restricted program, CLC and the University will put retailers on notice that they may not order any additional merchandise featuring the Chief logo, or products featuring the terms "Chief" or "Chief Illiniwek" after Monday, April 16, 2007. Licensees are permitted to book orders for this merchandise up until April 16, 2007 at which point the 60-day merchandise depletion clause will begin in your CLC license agreement for the University.

During the 60-day depletion period (April 16 – June 15), licensees will be permitted to sell any existing inventory of merchandise featuring the Chief logo, or terms "Chief" or "Chief Illiniwek," including merchandise currently in the production cycle.

Furthermore, licensees with orders that are scheduled to ship beyond June 15, 2007 will be considered for special approval, pending a reporting of such orders to CLC. If you currently have orders of merchandise featuring the Chief logo, or terms "Chief" or "Chief Illiniwek" that are scheduled for delivery after June 15, please submit a letter to John Greeley at CLC via email at ███████████ by no later than April 30, 2007. The letter should specifically outline the total # of units sold, the retailer(s) that ordered the merchandise, and the anticipated shipping date. The University and/or CLC reserve the right to approve or reject any requests at its sole discretion. **Please note that no wholesale merchandise will be approved for sale or distribution beyond December 31, 2007, regardless of when it was ordered.** Any merchandise subject to this notification that is still in licensee's inventory as of that date must be sent to CLC for disposition.

The University plans to maintain its trademark ownership rights in the Chief logo to support the logo's heritage in the University's history, and reserves the right to take necessary and appropriate action to accomplish this. Further, the University will continue to vigorously enforce against unauthorized use of the Chief logo or terms "Chief Illiniwek" or "Chief" now and in the future.

Thank you for your ongoing support of the University of Illinois at Urbana-Champaign's licensing program and for respecting this decision by the University's Board of Trustees.

ILL-VNTG_0012074

Exhibit 5