# EXHIBIT 7

**Page Vault**

| | |
|---|---|
| Document title: | Chief Illiniwek performs last dance amid continued controversy \| Illinois |
| Capture URL: | https://news.illinois.edu/view/6367/211139 |
| Page loaded at (UTC): | Mon, 24 Jan 2022 21:16:39 GMT |
| Capture timestamp (UTC): | Mon, 24 Jan 2022 21:17:09 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 22fc7036-7806-4dd3-8fbe-8a647270a70a |
| User: | stokes-akeogh |

PDF REFERENCE #:          56hAwB6wrhTZFaLHwD3kBt

Exhibit 7 - Page 1 of 4

 **ILLINOIS** NEWS BUREAU

Research News ▾    Campus News ▾    About ▾    🔍

CAMPUS NEWS

# Chief Illiniwek performs last dance amid continued controversy

MAR 1, 2007 9:00 AM    BY **CRAIG CHAMBERLAIN** | 217-333-2894    CAMPUS LIFE

[f]  [t]  [✉]

**Chief Illiniwek performs last dance amid continued controversy**

By Craig Chamberlain, News Bureau Staff Writer 217-333-2894;
cdchambe@illinois.edu



*Last dance Dan Maloney, a UI graduate student, performs at Assembly Hall Feb. 21 as Chief Illiniwek. The dance, during halftime of the last home game for the men's basketball team, was the last performance of the Chief.*

Photo by Mark Jones UI Sports Information

Eighty years of tradition and 17 years of controversy came to an end, or at least to a major milepost, on Feb. 21, when Chief Illiniwek danced for the final time at a UI sporting event. The scene was halftime at the final men's home basketball game of the season, attended by a sold-out, largely orange-clad crowd of more than 16,000 in the Assembly Hall. The timing was determined five days before, on Feb. 16, when the university announced it would end the long tradition. The university also will discontinue any use of the Chief Illiniwek name, as well as any related Native American imagery in connection with UI athletics. No final action was announced regarding what the university will do with its trademark rights to the name, logo or portrayal. "This step is in the best interest of the university and is consistent with the board's previously stated goal of concluding this year its consensus process regarding Chief Illiniwek," UI Board of Trustees chair Lawrence C. Eppley said in a news release.

More information about

## Read Next

 **Overweight dogs respond well to high-protein, high-fiber diet**

 **Researchers simulate behavior of living 'minimal cell' in three dimensions**

 **Analysis of bankruptcy data reveals patterns that underscore broader social, economic trends**

 **Mickey-Boggs selected as senior associate chancellor for human resources**

 **CRISPR-Cas13 targets proteins causing ALS, Huntington's disease in the mouse nervous system**

 **Climate adaptation increases**

was announced regarding what the university will do with its trademark rights to the name, logo or portrayal. "This step is in the best interest of the university and is consistent with the board's previously stated goal of concluding this year its consensus process regarding Chief Illiniwek," UI Board of Trustees chair Lawrence C. Eppley said in a news release.

More information about the history of and controversy surrounding Chief Illiniwek, as well as a video of the last dance is available at: www.uillinois.edu/chief/

The consensus process to which Eppley referred was started with a resolution at the June 2004 meeting of the UI board. The Feb. 16 announcement, however, suggested that sanctions imposed by the National Collegiate Athletic Association were a key factor in the decision and its timing. Those sanctions, which banned the Urbana-Champaign campus from hosting postseason competitions, resulted from an NCAA policy, announced in August 2005, against the use of Native American imagery the NCAA deemed "hostile or abusive." Illinois was included on a list of schools affected by the policy, and initially was told it also would need to eliminate the use of "Illini" and "Fighting Illini." The university appealed the decision and won back the use of "Illini" and "Fighting Illini," but remained on the sanctions list. A second appeal was filed, but was rejected by the NCAA last April. As part of the Feb. 16 announcement, the university noted that the campus was now off the sanctions list and once again eligible to host postseason NCAA competitions. In a Feb. 15 letter to the university, the NCAA said that once the required actions were taken, "the university will be immediately removed from the list of institutions subject to the NCAA Executive Committee's policy regarding Native American mascots, nicknames and imagery at NCAA championship events." The first appearance of Chief Illiniwek was at a football game in the fall of 1926, and the tradition continued for eight decades. The current controversy about the use of the chief and other Native American references by the university began in the fall of 1989 with small protests outside Illinois sporting events.

Back to Index




**CRISPR-Cas13 targets proteins causing ALS, Huntington's disease in the mouse nervous system**


**Climate adaptation increases vulnerability of cocoa farmers, study shows**


**Illinois urban planning professor awarded NEA research grant**


**Paper: Women bear 'status-leveling burden' in male-dominated occupations**


**How do we define what happened on Jan. 6, 2021?**


**Does our place in society influence how we respond to COVID-19 protocol?**

## Categories



AGRICULTURE   ANNOUNCEMENTS   ARTS
BEHIND THE SCENES   BUSINESS   CAMPUS
CAMPUS LIFE   DEATHS   EDUCATION
ENGINEERING   EXPERT VIEWPOINTS   HEALTH
HONORS   HUMANITIES
INFORMATION SCIENCES   LAW   LIFE SCIENCES
PHYSICAL SCIENCES   SOCIAL SCIENCES
UNCATEGORIZED   VETERINARY MEDICINE



The consensus process to which Eppley referred was started with a resolution at the June 2004 meeting of the UI board. The Feb. 16 announcement, however, suggested that sanctions imposed by the National Collegiate Athletic Association were a key factor in the decision and its timing. Those sanctions, which banned the Urbana-Champaign campus from hosting postseason competitions, resulted from an NCAA policy, announced in August 2005, against the use of Native American imagery the NCAA deemed "hostile or abusive." Illinois was included on a list of schools affected by the policy, and initially was told it also would need to eliminate the use of "Illini" and "Fighting Illini." The university appealed the decision and won back the use of "Illini" and "Fighting Illini," but remained on the sanctions list. A second appeal was filed, but was rejected by the NCAA last April. As part of the Feb. 16 announcement, the university noted that the campus was now off the sanctions list and once again eligible to host postseason NCAA competitions. In a Feb. 15 letter to the university, the NCAA said that once the required actions were taken, "the university will be immediately removed from the list of institutions subject to the NCAA Executive Committee's policy regarding Native American mascots, nicknames and imagery at NCAA championship events." The first appearance of Chief Illiniwek was at a football game in the fall of 1926, and the tradition continued for eight decades. The current controversy about the use of the chief and other Native American references by the university began in the fall of 1989 with small protests outside Illinois sporting events.

Back to Index



**Paper: Women bear 'status-leveling burden' in male-dominated occupations**



**How do we define what happened on Jan. 6, 2021?**

**Does our place in society influence how we respond to COVID-19 protocol?**

## Categories

AGRICULTURE ANNOUNCEMENTS ARTS BEHIND THE SCENES BUSINESS CAMPUS CAMPUS LIFE DEATHS EDUCATION ENGINEERING EXPERT VIEWPOINTS HEALTH HONORS HUMANITIES INFORMATION SCIENCES LAW LIFE SCIENCES PHYSICAL SCIENCES SOCIAL SCIENCES UNCATEGORIZED VETERINARY MEDICINE



PUBLIC AFFAIRS | ILLINOIS
UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN
BIGTENNETWORK CREATIVESERVICES NEWSBUREAU WEBSERVICES

CONTACT NEWS BUREAU
217-333-1085
217-244-7124
news@illinois.edu
507 E. Green Street, Suite 345, Champaign, IL 61820

RSS Subscribe    Follow Us

Document title: Chief Illiniwek performs last dance amid continued controversy | Illinois
Capture URL: https://news.illinois.edu/view/6367/211139
Capture timestamp (UTC): Mon, 24 Jan 2022 21:17:09 GMT
Page 3 of 3
Exhibit 7 - Page 4 of 4