# EXHIBIT 9

PageVault

| | |
|---|---|
| Document title: | UIUC Chancellor: Chief Illiniwek's Retirement is Permanent \| Illinois Public Media News \| Illinois Public Media |
| Capture URL: | https://will.illinois.edu/news/story/uiuc-chancellor-chief-illiniweks-retirement-is-permanent |
| Page loaded at (UTC): | Mon, 24 Jan 2022 21:18:15 GMT |
| Capture timestamp (UTC): | Mon, 24 Jan 2022 21:18:30 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 8d23aa98-b1a3-4023-9f49-972ba670fbd7 |
| User: | stokes-akeogh |

PDF REFERENCE #:    3hQniEQHpBjstgo543waEW

Exhibit 9 - Page 1 of 4



news

# UIUC Chancellor: Chief Illiniwek's Retirement is Permanent

February 26, 2013

BY JIM MEADOWS



Six years since the University of Illinois retired Chief Illiniwek, the symbol is still a point of controversy. A non-binding referendum on next week's student election ballot asks if Chief Illiniwek should return as the symbol of the university.

On Tuesday, Chancellor Phyllis Wise said on WILL's Focus that no matter the results of that referendum, the Chief's retirement is permanent.

"The symbol of Chief Illiniwek has been part of our past," Wise said. "It is something that some people really value as part of the history of the University of Illinois, but it is not coming back. Both the NCAA and the Board of Trustees said that this was not going to be in our future."

The University of Illinois' Board of Trustees retired the Chief in 2007 to avoid NCAA sanctions that barred the school from hosting postseason athletic events. The NCAA deemed Chief Illiniwek, which was portrayed by buckskin-clad students who dance at home football and basketball games and other athletic events, as an offensive use of American Indian imagery.

That description is denied by supporters of the Chief, who say the symbol is a respectful one.

Wise said a return to Chief Illiniwek would be a step backwards, and that the university needs to move forward in a way that will include everyone.

Story source: WILL

President Robert Easter and Chancellor Phyllis Wise interview on WILL's Focus

News | Schedules | Programs | Watch | Education | Support | About | Contact

Story source: WILL

🔗 President Robert Easter and Chancellor Phyllis Wise interview on WILL's Focus

phyllis wise | chief illiniwek | university of illinois | history | sports

### Related Stories from Illinois Public Media

**Chief Illiniwek Homecoming Performance Still Planned, Despite Possible Legal Action**

**UI Administrator Under Fire from Pro-Chief Illiniwek Group**

**Jim Berger on Chief Illiniwek**



**A Decision on Chief Illiniwek**



**Chief Illiniwek: What is 'Consensus?'**



**No Vote on Chief Illiniwek, Again**

**Support WILL**
Donate
Membership Information
WILL Travel and Tours
Sustained Giving
Corporate Support

**About WILL**
Contact Us
Contact WILL News
Contact the Webmaster
Digital Radio Info
FCC Public Files

**Follow WILL**


Download the WILL Radio App

**WILL Newsletters**
Subscribe to our newsletters to get updates about Illinois Public Media's role in giving voice to local arts, education, new ideas





Jim Berger on Chief Illiniwek

A Decision on Chief Illiniwek



Chief Illiniwek: What is 'Consensus?



No Vote on Chief Illiniwek, Again

**Support WILL**
Donate
Membership Information
WILL Travel and Tours
Sustained Giving
Corporate Support
Gift Planning
Vehicle Donation

**About WILL**
Contact Us
Contact WILL News
Contact the Webmaster
Digital Radio Info
FCC Public Files
FCC Public File: WILL-TV
FCC Public File: WILL-AM
FCC Public File: WILL-FM
Web Privacy Notice

**Follow WILL**

**Download the WILL Radio App**
iPhone/iPad version
Android version

**WILL Newsletters**
Subscribe to our newsletters to get updates about Illinois Public Media's role in giving voice to local arts, education, new ideas, and community needs, sent straight to your inbox.

217-333-7300
willamfm@illinois.edu
Address & Map
© 2022 University of Illinois

Web Privacy