**EXHIBIT 10**

10/26/22, 12:21 PM  University of Illinois leader says mascot panel will not be picking Chief Illiniwek replacement – Chicago Tribune

≡ Chicago Tribune 🔍                                        $1/6 MTHS    LOG IN
                                                             Ends soon



ADVERTISEMENT

COLLEGE SPORTS

# University of Illinois leader says mascot panel will not be picking Chief Illiniwek replacement

By Associated Press
Associated Press • Nov 30, 2018 at 12:40 pm

 

TOP SPORTS VIDEOS

Top Videos: - Can't-Miss Play: Jaquan Brisker's leaping one-handed INT amazes, frustrates Patriots fans

Listen to this article


A top University of Illinois official says a new campus committee won't be choosing a replacement for the school's former Chief Illiniwek mascot.

https://www.chicagotribune.com/sports/college/ct-spt-university-illinois-mascot-chief-illiniwek-20181130-story.html  1/5

Exhibit 10 - Page 1 of 5

Case: 1:21-cv-06546 Document #: 70-15 Filed: 11/08/22 Page 3 of 6 PageID #:971

10/26/22, 12:21 PM    University of Illinois leader says mascot panel will not be picking Chief Illiniwek replacement – Chicago Tribune

The new Commission on Native Imagery: Healing and Reconciliation met for the first time Thursday on the Urbana-Champaign campus. It was established following the September release of a university report suggesting adoption of a new sports mascot and traditions to replace the Chief Illiniwek portrayal that was dropped in 2007 after complaints from American Indians that it was offensive.

"This is not a committee to name a mascot," Jones said.

The News-Gazette reports Chancellor Robert Jones says the commission could recommend a process for picking a mascot, but would also look to "honor and partner" with Native American tribes.

ADVERTISEMENT

The commission includes former Illinois athletes, trustees, Chief Illiniwek portrayers and Native Americans.

"We're saying very clearly that Chief Illiniwek is not coming back," Jones told the News-Gazette. "Whether people like Chief Illiniwek or not, he was very much a visible part of this university for a very, very long time, 89 years or so. If he's not coming back, then what do you replace that with?"





**Tommy Chong: The Horrendous Truth About CBD**
Tommy Chong's CBD | Sponsored    Shop Now

**Killer New Hybrids & EVs Like You've Never Seen Before: See Thrilling 2023 Models**
New Electric Cars | Search Ads | Sponsored

**Funniest yard posters!**
BetterBe | Sponsored

**Most Windows Users Didn't Know They Can Block Ads**
Online Security Savers | Sponsored    Learn More

**Yakima: Unsold Never-Driven Cars Now Almost Being Given Away: See Prices**
SUV Deals | Search Ads | Sponsored

**Now Legal in Washington, Cheech & Chong Say "You Gotta Try This!"**

Tommy Chong's CBD | Sponsored

Learn More

**Here Are 29 of the Coolest Gifts for This 2022**
Trending Gifts | Sponsored

Click Here

ADVERTISEMENT

## LATEST

**NATION & WORLD**
Wisconsin man convicted of killing 6 with SUV in Waukesha Christmas parade
13m



**THE THEATER LOOP**
iO Theater is reopening in Chicago next week
19m



**ELECTIONS**
Aldermen reject Mayor Lightfoot's pick for education committee chair
19m

Exhibit 10 - Page 3 of 5

10/26/22, 12:21 PM  University of Illinois leader says mascot panel will not be picking Chief Illiniwek replacement – Chicago Tribune



ADVERTISEMENT





CONNECT

| TRIBUNE PUBLISHING | | COMPANY INFO | |
| --- | --- | --- | --- |
| New York Daily News | The Baltimore Sun | Careers | About us |
| | Sun Sentinel of Fla. | Help Center | Privacy Policy |
| Orlando Sentinel | Hartford Courant | Terms of Service | Archives |
| The Morning Call of Pa. | The Virginian-Pilot | Contact us | Local print ads |
| Daily Press of Va. | Studio 1847 | Manage Web Notifications | Chicago Tribune Store |
| The Daily Meal | | Media kit | |
| | | Cookie Preferences | |

Copyright © 2022, Chicago Tribune

https://www.chicagotribune.com/sports/college/ct-spt-university-illinois-mascot-chief-illiniwek-20181130-story.html 4/5

Exhibit 10 - Page 4 of 5

Case: 1:21-cv-06546 Document #: 70-15 Filed: 11/08/22 Page 6 of 6 PageID #:974

10/26/22, 12:21 PM   University of Illinois leader says mascot panel will not be picking Chief Illiniwek replacement – Chicago Tribune

Copyright © 2022, Chicago Tribune

**SUBSCRIBE NOW**
Get full access