# EXHIBIT 15

# UNIVERSITY OF ILLINOIS ATHLETICS BRAND IDENTITY

ILL-VNTG_0000360

Exhibit 15



### VISION

As The University of Illinois charges forward—entering new markets, reaching out to new students, faculty and staff, and expanding its presence—it is essential that the Illinois Athletics brand grows with it. We want to make sure that the brand captures new audiences. This book will help you envision how athletics is evolving and will serve as a guide for implementing the University of Illinois Athletics Brand Identity System.

The purpose of this guide is not to restrict creativity, but to provide helpful guidelines to enable University of Illinois staff, partners and suppliers to express the Illinois brand effectively across a wide range of applications and media.

ILL-VNTG_0000361

Exhibit 15



## VISION

**INTRODUCTION**
Logo
Vision .................................................................................................. 3
Brand Attributes ............................................................................... 12
Brand Overview ................................................................................ 13

**IDENTITY**
Logo
"I" Logo ............................................................................................. 14
The Victory Badge ........................................................................... 18
Memorial Stadium Columns .......................................................... 22

Color
Color Theory ..................................................................................... 26
Color Palette ..................................................................................... 28
Typography
Primary Typeface ............................................................................. 32
Primary Wordmarks ........................................................................ 34
Wordmark: Illinois ...................................................................... 36
Wordmark: Fighting Illini ......................................................... 38
Numerals ...................................................................................... 40
Secondary Typeface ......................................................................... 42
Sport Specific Lockup
"I" Lockup ........................................................................................ 46
Illinois Lockup ................................................................................. 48
Fighting Illini Lockup ...................................................................... 50

**Resources**
Brand Application ............................................................................. 53
Trademark Licensing Program ....................................................... 54

ILL-VNTG_0000362

Exhibit 15



UNIVERSITY OF ILLINOIS ATHLETICS BRAND IDENTITY

ILL-VNTG_0000363

Exhibit 15



**THE UNIVERSITY OF ILLINOIS ATHLETICS BRAND**

What are the elements that make up our Brand Identity? The words you choose. The type you use. The colors, graphics, and imagery you communicate with. The way you use the logo. These are the key building blocks that help tell the Illinois story and shape people's perception of The University of Illinois.

Perfection is in the details. Underlying all Illinois brand expressions is a detailed, well-ordered system of treatments. This unified system defines the Illinois experience. Use accents and effects as complementary devices to elevate the ordinary or to accentuate form and function. For best results, keep it clean and simple.

ILL-VNTG_0000364

Exhibit 15



## WHERE TO BEGIN

Within the framework of this book are the elements you need to articulate the University of Illinois Athletics Brand. While consistency is important, you won't find a rubber stamp. What you will find are all the tools you need to deliver a range of visual expression. As you determine what story to tell and how you want to tell it, you can rely on the components of this book to empower inspiration.

## EVOLUTION NOT REVOLUTION

At first glance, the Illinois Brand Identity System looks revolutionary. It's bold, surprising and grabs your attention. It's designed to evolve far into the future.

## A SYSTEM DESIGNED FOR FLEXIBILITY

To stay relevant in this landscape, the brand must change to keep pace with our needs. To adapt, we've created an identity system designed to evolve. Vibrant, exciting, and forward-thinking, our visual system is flexible enough to let you build communications that are fun and dynamic, or create messaging that is clean, simple, and elegant.

ILL-VNTG_0000365

Exhibit 15



**BRAND ATTRIBUTES**

Brand Attributes are a set of characteristics that represent the essence of the Illinois brand. These attributes identify personality traits and help create the brand identity. These are the characteristics we want associated with Illinois Athletics.

TRADITION

BLUE COLLAR

PRIDE

LOYALTY

FAMILY

HONOR

PASSION

CHAMPIONSHIP

**BRAND OVERVIEW**

We've created the building blocks for communicating Illinois Brand Identity in a unified, consistent way. Comprised of core elements including logo, color and typography, as well as extended expressions including treatments and textures, this wide range of tools is designed to be flexible and expandable—so you can use your creativity to innovate across all media. To effectively define the Illinois brand experience, these core elements must be aligned across every touch point.

The following sections provide creative guidance on how to use the brand palette.

With a shared design sensibility, we can use each element to elevate the Illinois Brand in a way that is distinctive and at once immediately recognizable as Illinois. The brand identity reinforces the commitment of the Division of Intercollegiate Athletics to serve our student-athletes by providing a supportive environment for the achievement of each individual's potential in the classroom and upon the field of competition.

ILL-VNTG_0000366

Exhibit 15

## PRIMARY IDENTITY—THE "I" LOGO

Illinois is a place of crossroads; it is a connection point between East and West. Chicago is a transportation hub for rail, truck, boat and air travel. The University of Illinois at Urbana–Champaign is a place of crossroads in itself, with a deep history of agricultural and mechanical research, and a contemporary reputation as a "Public Ivy" that's consistently ranked among the top universities in the world. The university motto, "Learning and Labor," reflects this duality.

The primary "I" logo serves as a foundation for the Illinois Athletics brand. The mark accurately reflects the spirit of University of Illinois Athletics and positions us confidently for the future. It is the visual expression of the concept of duality referenced in the university motto, as well as a symbol of the fighting spirit of Red Grange.

Red Grange played football during the 1923–25 seasons at Illinois and was selected as an All-American halfback each season. He became a national idol in 1924 when he turned in one of the most sensational single-day performances by an athlete in sports history. His blinding speed and elusive running style earned him the nickname "Galloping Ghost." Perhaps equally as modest as he was fast and elusive, he has best been described as: "A streak of fire, a breath of flame, eluding all who reach and clutch; a gray ghost thrown into the game that rival hands may rarely touch."

The "I" logo is the primary representation of the brand and is used as the main identifying device for athletics. Reinforcement of the primary identity will build equity in Illinois Athletics. In primary or secondary colors, the "I" logo works well across a range of media. With a flexible approach to palettes and logo staging, the "I" logo comes alive with renewed spark and energy.

NOTE: The "I" Logo is the preferred identity mark and should be used whenever possible.
Athletic logos should not be used to promote non-athletic activities or entities without prior approval from the Division of Intercollegiate Athletics.



ILL-VNTG_0000367

Exhibit 15



## COLOR VARIATION

The logo can be used in the following color variations:



X = HORIZONTAL STROKE



**PROTECTED AREA:** The protected area around the logo ensures that no other graphic elements interfere with its clarity and integrity. The depth of the protected area is equivalent to the height of the "X".

ILL-VNTG_0000368

Exhibit 15



### SECONDARY IDENTITY—THE VICTORY BADGE

The powerful symbolism of Memorial Stadium and the great mystique of Red Grange were combined to create an aggressive, contemporary look of speed. The victory badge is inspired by the look and finish of modern superheroes, and adds depth to the visual palette. Upgraded materials and construction, strategic use of color, texture and finish make it possible to modernize a classic icon while respecting a rich heritage.

The primary "I" logo is at the center of the badge, encased by two facing F's that symbolize the fight that the Fighting Illini encounter when they take the field of play. The Victory Badge is grounded by vertical stripes that reference the columns at Memorial Stadium, paying tribute to the original Fighting Illini who gave their lives for their country. The mark ends in a powerful V shape, which stands for victory. Though the inspiration is grounded in Memorial Stadium, the Victory Badge transcends football and will be used to represent the fight and honor of all Fighting Illini athletes and teams.



ILL-VNTG_0000369

Exhibit 15

## COLOR VARIATION

The logo can be used in the following color variations:



PROTECTED AREA: The protected area around the logo ensures that no other graphic elements interfere with its clarity and integrity. The depth of the protected area is equivalent to the height of the "X".

20    UNIVERSITY OF ILLINOIS ATHLETICS   BRAND IDENTITY GUIDELINES

UNIVERSITY OF ILLINOIS ATHLETICS   BRAND IDENTITY GUIDELINES   21

ILL-VNTG_0000370

Exhibit 15

## MEMORIAL STADIUM COLUMNS

A custom pattern has been designed to represent the Fighting Illini and enrich the overall identity package. The pattern draws inspiration from the 200 columns that line the East and West walls of Memorial Stadium.

Memorial Stadium was built in 1923 as a memorial to Illinois men and women who gave their lives for their country during World War I. Their names appear on 200 columns that support the East and West sides of the stadium, which opened on November 3, 1923. In the inaugural game, 60,632 fans watched the undefeated Illini defeat Chicago, 7-0, with Red Grange gaining over 100 yards in rainy, muddy conditions.

The stadium was officially dedicated on October 18, 1924, the day that Illinois defeated Michigan, 39-14.  That day, Red Grange accounted for six touchdowns in what remains the single greatest performance in Memorial Stadium history. In the first 12 minutes of that game, Grange ran for a total of 265 yards and scored four touchdowns, having touched the ball only six times in that span.



ILL-VNTG_0000371

Exhibit 15



UNIVERSITY OF ILLINOIS ATHLETICS BRAND IDENTITY COLOR

ILL-VNTG_0000372

Exhibit 15



## COLOR THEORY

Color is the most fundamental, yet most powerful tool in creating or expressing a mood or feeling. Take advantage of this and be creative with color. Color brings our brand to life. Used simply and with balance it can communicate clarity, consistency, and contemporary sophistication.

The color wheel or color circle is the basic tool for combining colors. The first circular color diagram was designed by Sir Isaac Newton in 1666. Traditionally, there are a number of color combinations that are considered especially pleasing. These are called color harmonies or color chords and they consist of two or more colors with a fixed relation in the color wheel.

### ANALOGOUS
Analogous color schemes use colors that are next to each other on the color wheel. They usually match well and create serene and comfortable designs.

### COMPLEMENTARY
Colors that are opposite each other on the color wheel are considered to be complementary colors. The high contrast of complementary colors creates a vibrant look especially when used at full saturation.

### TRIADIC
A triadic color scheme uses colors that are evenly spaced around the color wheel. Triadic color harmonies tend to be quite vibrant. To use a triadic harmony successfully, the colors should be carefully balanced – let one color dominate and use the two others for accent.

### MONOCHROMATIC
The monochromatic color scheme uses variations in lightness and saturation of a single color. This scheme looks clean and elegant.



ILL-VNTG_0000373

Exhibit 15



## COLOR PALETTE

Illinois' first colors in 1880 were scarlet and silver. From 1894-1904, there were no official school colors, though green and old gold were seen as the school's unofficial colors. In September 1894, University President Andrew Draper sought to establish the school's official colors by putting the issue to vote by the faculty. Orange and white were proposed by a faculty committee in a meeting with student representatives. The Athletic Association reviewed the ideas and counter-proposed with navy and orange. This scheme was endorsed by the students and made official on November 6, 1894.

When it comes to communicating the Illinois Athletics brand, color is quintessential. The following color configurations show how Illinois's primary and secondary colors can be expanded analogously to build harmonious color palettes and complementary pairings across a wide range of applications.

### PRIMARY COLOR PALETTE

The official colors of the University of Illinois were established in 1894. Navy is said to represent the sky, and orange represents the fields below. The color blue is authoritative and powerful, and navy specifically suggests loyalty and integrity. Orange is associated with the characteristics of creativity, determination and success.

### SECONDARY COLOR PALETTE

A secondary palette including white, dark steel gray and metallic silver has been included to add depth and flexibility to the Illinois brand. Gray is a perfect neutral because it sits between the extremes of black and white. Silver is the color of intellect and knowledge. It is classic, sleek and refined; an ideal complement to the strong primary color palette.

**PRIMARY**

NAVY
PANTONE 2767 C
C100 M90 Y10 K77
R19 G41 B75
#13294B

ORANGE
PANTONE 7417 C
C1 M83 Y85 K0
R226 G78 B57
#E04E39

**SECONDARY**

WHITE
OPAQUE WHITE
C0 M0 Y0 K0
R255 G255 B 255
#FFFFFF

DARK STEEL GRAY
PANTONE 424 C
C30 M20 Y19 K58
R112 G115 B114
#707372

METALLIC SILVER
PANTONE 877 C
C0 M0 Y0 K40
R214 G214 B209
#A5ACAF

ILL-VNTG_0000374

Exhibit 15



UNIVERSITY OF ILLINOIS ATHLETICS BRAND IDENTITY TYPOGRAPHY

ILL-VNTG_0000375

Exhibit 15



## TYPOGRAPHY—PRIMARY

The representation of the words "Illinois" and "Fighting Illini" become visual symbols of Illinois Athletics. These custom wordmarks incorporate unique design elements in the body of the letterforms to create a powerful look that distinguishes the university's wordmarks from other schools. The wordmarks have been specially designed and cannot be created by typesetting the lettering.

Type tells a story. The right typeface, used consistently, builds character. To assist in creating a consistent look for a wide variety of athletic communications, a custom numeral set and custom wordmarks for "Illinois" and "Fighting Illini" have been designed to enhance the overall brand.

The wordmarks are italicized to signify the intensity and energy of competition. They lean forward; ready to take on their opponent. The split-color styling of the wordmarks is inspired by the history of Illinois' primary colors.

NOTE: The custom typography is reserved for limited use only and should not be used to create additional words without approval from the Division of Intercollegiate Athletics.



## ABCDEFGHIJKLMN OPQRSTUVWXYZ

NOTE: Consistent use will enhance the overall identity; promote consistency across athletics and build equity in the athletics brand. There is no lowercase version. Do not try to "make" a lowercase version. Not intended for large bodies of copy; use of this font should be limited to no more than one sentence. To promote effective recognition in the market, the display typeface has limited use.

ILL-VNTG_0000376

Exhibit 15



## TYPOGRAPHY—PRIMARY—"ILLINOIS" AND "FIGHTING ILLINI"

Wordmarks are bold graphic treatments that help create a clear, consistent, and visually memorable identity. The "Illinois" and "Fighting Illini" wordmarks work closely in support of the primary logo and are an integral element of the brand hierarchy. The swift movements of Red Grange and the progressive nature of Illinois Athletics inspire the unique letterforms.

These elements create a powerful, exclusive look that distinguishes the wordmarks from other institutions. Each mark has been uniquely designed and cannot be created by typesetting individual letters.

NOTE: "FIGHTING ILLINI" is the preferred reference, versus the shortened "ILLINI."
The wordmarks have been specially designed and cannot be created by typesetting the wording.

ILL-VNTG_0000377

Exhibit 15



X = HALF THE LETTER HEIGHT OF THE WORDMARK

## COLOR VARIATION

The logo can be used in the following color variations:



PROTECTED AREA: The protected area around the logo ensures that no other graphic elements interfere with its clarity and integrity.
The depth of the protected area is equivalent to the height of the "X".

ILL-VNTG_0000378

Exhibit 15

## COLOR VARIATION

The logo can be used in the following color variations:





X = HALF THE LETTER HEIGHT OF THE WORDMARK

**PROTECTED AREA:** The protected area around the logo ensures that no other graphic elements interfere with its clarity and integrity. The depth of the protected area is equivalent to the height of the "X".

ILL-VNTG_0000379

Exhibit 15



**TYPOGRAPHY—NUMERALS**

Custom athletic numerals have been designed to complement the wordmarks as well as unite athletics across multiple sports. The letterforms are bold and energetic, infused with speed. Streamlined and powerful, drawing inspiration from the fast cuts and aggressive playing style of Red Grange.

ILL-VNTG_0000380

Exhibit 15

## TYPOGRAPHY—SECONDARY

The sans-serif typeface Frutiger was selected to complement the primary identity. Frutiger is a sans-serif typeface designed by the Swiss type designer Adrian Frutiger. Frutiger's goal was to create a sans-serif typeface with the rationality and cleanliness of Univers but the organic and proportional aspects of Gill Sans. The result is a distinctive and legible typeface that maintains a modern appearance and legibility at various angles, sizes, and distances.

Frutiger is part of a family that offers a range of weights, providing great versatility and legibility in print and electronic applications. It may be used as headline and body copy for athletic department marketing materials and support verbiage (i.e., specific sport marks, event tickets, brochures, etc.).

**FRUTIGER 55 ROMAN**
ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz

**FRUTIGER 56 ITALIC**
*ABCDEFGHIJKLMNOPQRSTUVWXYZ*
*abcdefghijklmnopqrstuvwxyz*

**FRUTIGER 65 BOLD**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**
**abcdefghijklmnopqrstuvwxyz**

**FRUTIGER 66 BOLD ITALIC**
***ABCDEFGHIJKLMNOPQRSTUVWXYZ***
***abcdefghijklmnopqrstuvwxyz***

**FRUTIGER 75 BLACK**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**
**abcdefghijklmnopqrstuvwxyz**

**FRUTIGER 76 BLACK ITALIC**
***ABCDEFGHIJKLMNOPQRSTUVWXYZ***
***abcdefghijklmnopqrstuvwxyz***

ILL-VNTG_0000381

Exhibit 15

**SPORT-SPECIFIC—LOCKUP**

Sport-specific wordmarks supply freshness and uniqueness to products when needed in addition to representing specific university athletics programs. These wordmarks unify athletics and promote consistency across the brand by sharing a common visual language and hierarchy. With this approach, each sport benefits from identification as part of Illinois Athletics, and the system communicates the diversity of our various athletic programs while reinforcing the core identity.



ILL-VNTG_0000382

Exhibit 15



X = HORIZONTAL STROKE

**PROTECTED AREA:** The protected area around the logo ensures that no other graphic elements interfere with its clarity and integrity. The depth of the protected area is equivalent to the height of the "X".

## COLOR VARIATION

The logo can be used in the following color variations:



ILL-VNTG_0000383

Exhibit 15

## COLOR VARIATION

The logo can be used in the following color variations:



X = HALF THE LETTER HEIGHT OF THE WORDMARK



PROTECTED AREA: The protected area around the logo ensures that no other graphic elements interfere with its clarity and integrity. The depth of the protected area is equivalent to the height of the "X".

ILL-VNTG_0000384

Exhibit 15



X = HALF THE LETTER HEIGHT OF THE WORDMARK

## COLOR VARIATION

The logo can be used in the following color variations:



PROTECTED AREA: The protected area around the logo ensures that no other graphic elements interfere with its clarity and integrity.
The depth of the protected area is equivalent to the height of the "X".

ILL-VNTG_0000385

Exhibit 15



**BRAND APPLICATION**

When it comes to developing a brand, consistency is key. That doesn't mean everything has to look the same. Using the brand identity system in a consistent manner will build credibility for the brand, speed recognition, and differentiate us from the competition. As you evolve the design elements of current design systems, remember that one of the cornerstones of a memorable brand experience is our continued, consistent expression of that brand.

The University of Illinois Athletics Brand Identity System is designed to support a range of creative expression, from the calm to the dynamic. You can infuse any expression with precisely the right tone to support the right marketing message for your audience. No matter what expression you choose—your communications will be supported by a foundation built on design integrity and quality.

ILL-VNTG_0000386

Exhibit 15

## TRADEMARK LICENSING PROGRAM

The University of Illinois has delegated the responsibility for this program to the Illinois Office of Trademarks and Licensing. A formal licensing program has been established to insure University control of its identity; facilitate the process of securing authorization for legitimate third party uses; and to insure that the University secures a legitimate royalty from the third-party use of the marks.

**Marty Kaufmann**
University of Illinois Licensing & Trademark Office
Division of Intercollegiate Athletics
1700 S. Fourth Street
Champaign IL 61820
217-333-2474
mekaufma@illinois.edu

ILL-VNTG_0000387

Exhibit 15