**EXHIBIT 16**



| | |
|---|---|
| Document title: | 1989 Illinois Fighting Illini Men's Dri-Power T-shirt |
| Capture URL: | https://vintagebrand.com/l/college/t/illinois-fighting-illini/a/8886/p/31?sku=319 |
| Page loaded at (UTC): | Wed, 19 Jan 2022 17:31:23 GMT |
| Capture timestamp (UTC): | Wed, 19 Jan 2022 17:31:24 GMT |
| Capture tool: | 2.33.7 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/93.0.4577.0 Safari/537.36 |
| Operating system: | linux x64 (Node v14.17.0) |
| PDF length: | 3 |
| Capture ID: | kH6gBLLwtzfDiM4EWR1uq3 |
| User: | pv-leslie |

PDF REFERENCE #:   g5fjy64nejvzSH3i6VW4Y3

VINTAGE_ILLINOIS_000119

Exhibit 16



| COLLEGE | BASEBALL | FOOTBALL | BASKETBALL | COLLEGE ATHLETES | MORE |

Search 

### 30% OFF | Use Code: 22CHEERS

LEAGUES / COLLEGE / TEAMS / ILLINOIS FIGHTING ILLINI / MEN'S DRI-POWER T-SHIRT



## 1989 ILLINOIS FIGHTING ILLINI MEN'S DRI-POWER T-SHIRT

By Vintage Brand™ not affiliated with or sponsored by Illinois Fighting Illini

The origin of Chief Illiniwek dates to 1926, when Ray Dvorak, assistant director of bands at the University of Illinois, conceived the idea of having a Native American war dance performed during halftime of Illinois football games. The first performance occurred on October 30, 1926 at Memorial Stadium during the halftime of a game against the University of Pennsylvania. Chief Illiniwek was the symbol of the University of Illinois, from October 30, 1926 to February 21, 2007. Chief Illiniwek was portrayed by a student to represent the Illiniwek, the state's namesake, although the regalia worn was from the Sioux. The University of Illinois retired Chief Illiniwek in 2007, with his last official performance on February 21, 2007, at the last men's home basketball game of the regular season against Michigan, in Assembly Hall.

COLOR: ATHLETIC HEATHER

$24.49 $34.99     Size Guide
You Save: $10.50

Select a size

**ADD TO CART**

  

PRODUCT DETAILS

This comfortable everyday vintage t-shirt is great for any occasion and allows you to proudly wear imagery not frequently seen on current-day sport or alumni merchandise. Artwork has been reproduced from the original and has been digitally restored, framed, and enhanced for vibrant color. It's athletic, moisture-wicking fabric provides all-day comfort.

- 5.4 oz. 50/50 cotton/polyester, pre-shrunk jersey
- Regular Fit, lightweight material, moisture wicking
- Advanced moisture management and odor control
- Shoulder to shoulder taping and 2-needle hemmed sleeves and bottom
- Seamless 1x1 rib collar with 2-needle cover-stitching on front neck

Above image Copyright 2018 Vintage Brand. LLC and part of the Vintage Brand® Collection of retro works of art. Vintage Brand® and its products are not affiliated with, licensed, sponsored, or endorsed by any college, university, professional team, league, event, or licensing entity. All designs are derived from actual historic works of art existing in the public domain.

**ALSO AVAILABLE AS**

   

1989 Illinois Fighting Illini Aluminum Magn...
$4.89 $6.99
You Save: $2.10

1989 Illinois Fighting Illini Drink Coaster (P...
$22.95 $32.79
You Save: $9.84

1989 Illinois Fighting Illini Vintage Brand S...
$38.49 $54.99
You Save: $16.50

1989 Illinois Fighting Illini Men's Colorbloc...
$44.79 $63.99
You Save: $19.20

Powered by

☆☆☆☆☆ 0 Reviews

Document title: 1989 Illinois Fighting Illini Men&#39;s Dri-Power T-shirt
Capture URL: https://vintagebrand.com/l/college/t/illinois-fighting-illini/a/8886/p/31?sku=319
Capture timestamp (UTC): Wed, 19 Jan 2022 17:31:24 GMT
Page 1 of 2

VINTAGE_ILLINOIS_000120

Exhibit 16





Document title: 1989 Illinois Fighting Illini Men's Dri-Power T-shirt
Capture URL: https://vintagebrand.com/l/college/t/illinois-fighting-illini/a/8886/p/31?sku=319
Capture timestamp (UTC): Wed, 19 Jan 2022 17:31:24 GMT
Page 2 of 2

VINTAGE_ILLINOIS_000121

Exhibit 16