# EXHIBIT 17

**To:** Kaufmann, Martin E[mekaufma@illinois.edu]
**From:** [redacted]@clc.com[cwright@clc.com]
**Sent:** Fri 1/16/2009 4:32:03 PM Coordinated Universal Time
**Subject:** documents for our call
**Attachment:** Chief Illiniwek (v1).Notice.doc
**Attachment:** Illinois_cv.pdf
**Attachment:** Addendum-Illinois Chief Illiniwek CV.doc

---

Cameron Wright | University Services Representative
The Collegiate Licensing Company - an IMG Company
290 Interstate North Circle | Suite 200 | Atlanta, GA 30339
P: 770-956-0520 | F: 770-955-4491
[redacted]@clc.com | www.clc.com

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

# NOTICE

**TO:** **Collegiate Retailer**

**FROM:** **<Insert Licensee Name>**

**RE:** **Chief Illiniwek Merchandise**

---

    We have been licensed by the University of Illinois ("Illinois") through its licensing representative the Collegiate Licensing Company ("CLC") to manufacture, distribute and sell merchandise displaying Illinois' Chief Illiniwek name and mark set forth on the attached Exhibit A ("Chief Illiniwek Marks"). We have been granted rights to use the Chief Illiniwek Marks in connection with the unique College Vault licensing program, a program intended to protect and promote Illinois' historic brand image on a limited basis.

    As a participant in this program, we are permitted to distribute and sell merchandise displaying the Chief Illiniwek Marks to only retailers that advertise and sell such merchandise through their own web sites. Accordingly, should you offer any of Chief Illiniwek merchandise outside of your web site, this will violate our license and we will immediately cease selling the merchandise to you. Additionally, CLC and/or Illinois will take the appropriate steps to ensure your compliance with this restriction that is in place to protect the historic brand image represented by the Chief Illiniwek Marks.

    We appreciate your participation in the Chief Illiniwek program, and trust that you will strictly adhere to its requirements.

**Exhibit A**
**Chief Illiniwek Mark**

CHIEF ILLINIWEK

DESIGN MARK:

ILL-VNTG_0000720
Exhibit 17

College Vault

# UNIVERSITY OF ILLINOIS

## LOGO MARKS

PANTONE 281 | PANTONE 158 | WHITE

## VERBIAGE

University of Illinois™
UI™
Fighting Illini ®
Illinois™
Illini™
U of I™

## GENERAL INFORMATION

LOCATION:
URBANA-CHAMPAIGN, IL
NICKNAME:
FIGHTING ILLINI

## WORD MARKS

ILLINOIS™
ILLINI™
ILLINOIS™
ILLINI™
FIGHTING ILLINI
ILLINOIS™
HAVE COURAGE ILLINOIS™
ILLINI™
HAVE COURAGE ILLINOIS™

NOTE: The marks of the University of Illinois are controlled under a licensing program administered by The Collegiate Licensing Company. Any use of these marks will require written approval from The Collegiate Licensing Company.

THE COLLEGIATE LICENSING COMPANY

290 INTERSTATE NORTH CIRCLE SUITE 200 ATLANTA GEORGIA 30339 P 770.956.0520 F 770.955.4491 www.clc.com

**VIA FACSIMILE «Fax» & US MAIL**

October 30, 2008

«Company»
«Title» «FirstName» «LastName»
«Address1»
«City», «State» «PostalCode»

Dear «Title» «LastName»,

The University of Illinois and CLC have created a special licensing program under the College Vault umbrella for the verbiage "Chief", "Chief Illiniwek", and the Chief Illiniwek logo. This program will enable CLC to track Chief Illiniwek royalties separately from Illinois' standard royalties. The royalty rate for use of the logo will be 15%, in addition to, the 2% due to the College Vault program. Guidelines for the program and logo use are as follows:

- The verbiage "Chief", "Chief Illiniwek", and the Chief Illiniwek logo must always be used in a dignified manner and may not used in any manner that could engender disrespect.
- The University of Illinois does not allow any alterations to the Chief Illiniwek logo and no other Indian representations are permitted.
- Licensees will only be authorized to sell Chief Illiniwek merchandise to retailers to sell through online stores. Please note that it will be your responsibility to ensure that any merchandise featuring the Chief Illiniwek logo is distributed only through online stores. A notice is attached for you to provide to retailers that will sell Chief Illiniwek merchandise produced by your company.

**Enclosed within, please find an addendum for you to sign and return by _______.** Once returned, the addendum will be signed by an officer of our company and the appropriate royalty reporting forms will be forwarded to your attention. The University of Illinois and CLC appreciate your cooperation and participation in the program.

Sincerely,

Annie Weed
Director of Client Services

Cc: Cameron Wright, University Services Representative

**ADDENDUM TO
THE COLLEGIATE LICENSING COMPANY
COLLEGE VAULT LICENSE AGREEMENT
BY AND BETWEEN
THE COLLEGIATE LICENSING COMPANY
AND**
«Company»

This Addendum (the "Addendum") shall amend The Collegiate Licensing Company College Vault License Agreement (the "Agreement") by and between The Collegiate Licensing Company ("CLC") and «Company» ("Licensee").

RECITALS

A. Whereas Licensee and CLC have entered into the Agreement, wherein Licensee has been granted the rights to use certain College Vault Indicia alone or in combination with the Collegiate Indicia of one or more Collegiate Institutions on certain Licensed Articles.

B. Whereas Licensee and CLC have agreed to amend the Agreement as set forth in this Addendum.

C. Defined terms not defined herein will have the same meanings as ascribed to such terms in the Agreement.

ADDENDUM

1. Licensee is hereby granted the nonexclusive license to manufacture, distribute, and/or sell Licensed Articles bearing the Collegiate Indicia of the Collegiate Institution listed in Section 3 of this Addendum as set forth on Appendix B attached hereto.

2. Licensee may distribute and sell the Licensed College Vault Articles to retailers in the Distribution
Channels marked in Appendix D of the Agreement and those retailers will only sell the Licensed College Vault Articles through the retailers own web sites. Licensee's failure to ensure that the Licensed College Vault Articles are sold by the retailers in this manner will be considered a breach of the agreement and may lead to the termination of the Licensee's CLC Agreement.

3. Appendix A of the Agreement shall be amended by the addition of the following:

2.0% (College Vault royalty) plus the royalty for the Collegiate Institution listed below when College Vault Indicia is used in combination with the Collegiate Indicia.

| Collegiate Institution | Royalty Rate* |
|---|---|
| University of Illinois – Chief Illiniwek Program | 15.0% |

*Licensee shall calculate royalties based upon the royalty rate or Minimum Royalty per Unit, whichever is greater. Applicable Minimum Royalties per Unit for each Collegiate Institution and product category are shown on the attached; however, you will only be receiving the attachment if you are licensed for a product category for which Minimum Royalties per Unit are applicable (Men's/Unisex T-shirts (01A), Men's/Unisex Fleece (01J), Women's Apparel (01I), and/or Men's/Unisex Headwear (01C, 01N, 01O, 01P, 01Q, 01R))

4. This Addendum shall begin effective the date of last signature below and shall, unless terminated sooner in accordance with the terms and conditions of the Agreement, expire upon expiration of the Agreement, whichever occurs earlier.

5. Royalty statements and payments of Licensed Articles bearing the Collegiate Indicia set forth on Appendix B attached hereto shall be submitted in accordance with Section 7 of the Agreement. However, such sales shall be reported separately at the royalty rate set forth above.

6. All other provisions of the Agreement shall remain in full force and effect, it being understood that, in the event of a conflict between the terms of this Addendum and the Agreement, the terms of this Addendum will take precedence.

IN WITNESS WHEREOF, the parties have executed the Addendum.

LICENSEE: «Company»
By: ______________________________

Title: ______________________________

Date: ______________________________

THE COLLEGIATE LICENSING COMPANY

By: ______________________________

Title: Vice President

Date: ______________________________

**APPENDIX B**
***LICENSED INDICIA***

Verbiage

CHIEF™
CHIEF ILLINIWEK™

Logos



# NOTICE

**TO:**  **Collegiate Retailer**

**FROM:** **«Company»**

**RE:** **Chief Illiniwek Merchandise**

---

      We have been licensed by the University of Illinois ("Illinois") through its licensing representative the Collegiate Licensing Company ("CLC") to manufacture, distribute and sell merchandise displaying Illinois' Chief Illiniwek name and mark set forth on the attached Exhibit A ("Chief Illiniwek Marks"). We have been granted rights to use the Chief Illiniwek Marks in connection with the unique College Vault licensing program.

      As a participant in this program, we are permitted to distribute and sell merchandise displaying the Chief Illiniwek Marks to only retailers that sell such merchandise through their own web sites. Accordingly, should you offer any of Chief Illiniwek merchandise outside of your web site, this will violate our license and we will immediately cease selling the merchandise to you. Additionally, CLC and/or Illinois will take the appropriate steps to ensure your compliance with this restriction that is in place to protect the historic brand image represented by the Chief Illiniwek Marks.

      We appreciate your participation in the Chief Illiniwek program, and trust that you will strictly adhere to its requirements.

**Exhibit A**
**Chief Illiniwek Mark**

Verbiage

CHIEF™
CHIEF ILLINIWEK™

Logos

ILL-VNTG_0000727
Exhibit 17