**EXHIBIT 18**

**To:** Herman, Richard H[rhh@illinois.edu]; O'Donoghue, Margaret M[odonogh@illinois.edu]; Adams, William D[wdadams@uillinois.edu]; Kaufmann, Martin E[mekaufma@illinois.edu]; ▓▓▓▓[@clc.com]▓▓▓▓r@clc.com]; ▓▓▓▓▓@clc.com[▓▓▓▓▓@clc.com]; Unger, Jeffry S[junger@illinois.edu]; Hardy, Thomas[hardyt@uillinois.edu]; Watkins, Ruth V [rwatkins@illinois.edu]
**Cc:** Mischo, Phyllis A[pmischo@illinois.edu]; McCracken, Pam[pamw@illinois.edu]; Banister, Jaclyn[jaclynb@illinois.edu]; Hudak-David, Virginia[hudakdav@uillinois.edu]
**From:** Kaler, Robin[rkaler@uiuc.edu]
**Sent:** Fri 3/30/2007 1:54:47 PM Coordinated Universal Time
**Subject:** final CLC doc
**Attachment:** CLC.2.doc
**Attachment:** Notice to U of Illinois Licensees - Chief Illiniwek.pdf

Hi All:

Here's the final version of the FAQ for today's CLC announcement. I'm also attaching the CLC memo, for your convenience.

Thanks for your help in creating it. Again, if media calls come to you, please forward them to me.

r

**Robin Kaler** | Associate Chancellor
P U B L I C   A F F A I R S
Creative Services | News Bureau | Web Services
University of Illinois
    601 East John Street | MC-304 | Champaign IL 61820
    phone 217.333.5010 | email rkaler@uiuc.edu | fax 217.244.7124
    http://www.publicaffairs.uiuc.edu

ILL-VNTG_0012073
Exhibit 18

## CLC Memorandum FAQ
## March 30, 2007

**Q: Why are you restricting the production of Chief merchandise?**

A: The University of Illinois Board of Trustees issued a directive to discontinue use of "the use of Native American imagery as the symbol of the University of Illinois and its intercollegiate athletics along with related regalia, logo, and the names Chief Illiniwek and Chief."

**Q: When is the last day I'll be able to buy Chief merchandise?**

A: There is no set date for that. Retailers will have to stop ordering merchandise after April 16, 2007.

**Q: I'm confused. What are the rules?**

A:
- A retailer can order a product by April 16, as long as it can be delivered to stores by June 15.
- The last day licensees can accept wholesale orders for Chief merchandise is April 16.
- Licensees that cannot ship all of their product by June 15 (due to the regular production cycle), need to report to CLC by April 30.
- The absolute last day licensees can ship merchandise, regardless of the production cycle, is December 31, 2007.
- Retail outlets will be allowed to sell legally purchased merchandise until it is exhausted from their inventory.

**Q: Why aren't you just stopping production right now?**

A: Collegiate Licensing Company officials indicated that it can be four to six months (or longer) between when a sportswear company places an order until the actual shipment/delivery of the items, with subsequent retail sales taking place over a period of time after that. It is our intent to quickly end production under our current licensing arrangements of these items while allowing vendors a reasonable amount of time to deplete existing inventories and items already ordered.

**Q: What about the Illini Union Bookstore?**

A: Effective immediately, the Illini Union Bookstore will not purchase any such merchandise from manufacturers.

**Q: How many licensees does the university have?**

A: More than 400, ranging from national sportswear companies, which order from international manufacturers, to local stores, which do their own production.

**Q: What will happen to the logo?**

A: The campus is evaluating options that allow us to maintain trademark rights to the logo while implementing the Board's directive to "end the use of Native American imagery as the symbol of the University of Illinois." Premature abandonment of trademarks effectively places them in the public domain and removes the control a university has to regulate their use. This has, in some instances, resulted in use of the abandoned marks by third parties who produce and sell products bearing the marks, while leaving the university/owner without legal recourse. Our best course in meeting the Board's directive is to maintain trademark rights to the logo, rather than abandon it.

**Q: What's your process for deciding what to do with the logo?**

A: We are discussing options with a range of constituents for final disposition of the logo and word marks, as well as Chief symbols and regalia. To protect our trademark rights to the logo and wordmarks, we will work within the confines of trademark law.

In all of this, it is Chancellor Richard Herman's intention that there be opportunity for healing and the creation of community.

**Q: What will happen to manufacturers that continue to use the logo, or companies the produce illegal or unapproved merchandise?**

A: In keeping with the standards of our trademark licensing program over the past 20 years, the University and our licensing agency, CLC, will continue to vigorously protect its rights against infringement on all University trademarks.

**Q: What will happen to the halftime performance?**

A: Chancellor Herman has asked the Marching Illini to offer him their recommendations on how best to preserve the halftime tradition, but without any Native American imagery.

ILL-VNTG_0000730
Exhibit 18