# EXHIBIT 20

**To:** Kaufmann, Martin E[mekaufma@illinois.edu]
**From:** Nicholas Taylor
**Sent:** Thur 2/14/2019 11:54:11 PM Coordinated Universal Time
**Subject:** Re: Questions regarding licensing

That answered my question perfectly. Thank you.

On Feb 14, 2019, at 5:09 PM, Kaufmann, Martin E <mekaufma@illinois.edu> wrote:

> Nick,
>
> Thank you again.
>
> Please note that we will not approve new vendors to produce items with the Chief Illiniwek logo as shown below. We only have a few national licensees that produce vintage items including Chief products and are not adding additional vendors at this time. If you would want to apply for our other trademarks, that certainly will be considered but didn't want you to go to the trouble of applying if you were mainly just interested in producing Chief merchandise that will not be approved.
>
> Regarding the type of item you are producing, it really doesn't matter if it is tee shirts or other non-apparel items. If items are being produced and marketed for retail sales using one of our trademarks, we consider it to be something that needs to be licensed.
>
> Best Regards,
>
> Marty
>
> <image001.png>**Marty Kaufmann**
> Senior Associate
> Athletics Director,
> External Relations
> University of Illinois
> Athletics
> 1700 S. Fourth St. |
> Champaign, IL 61820
> **Office**: 217-244-6532
> **Email**:
> mekaufma@illinois.edu
> **Website**:
> FIGHTINGILLINI.com
> **UNIFY. DEVELOP.
> INSPIRE. ACHIEVE.**
>
> *Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** Nicholas Taylor <
**Sent:** Monday, February 11, 2019 11:08 AM
**To:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Subject:** Re: Questions regarding licensing

I plan on filling out the application later this week. The stuff I create is more artwork related rather than a painted exact image of logos etc. The legal stuff is all beyond me. I have no issues applying for a license but I created a sign to show you an example. Just to make sure licensing is necessary since it's a little different than a direct logo printed on a T-shirt. Thank you for you time. Attached is the example picture.
<image002.jpg>

> On Feb 8, 2019, at 10:50 AM, Kaufmann, Martin E <mekaufma@illinois.edu> wrote:
>
> Nick,
>
> Thank you for reaching out. I am the Licensing and Trademark Director at the University of Illinois. Since you are looking to make this a commercial business, then you are correct that licensing would most likely be necessary. We have a licensing management company, IMG Collegiate Licensing. Here is their website: http://www.imgcollegelicensing.com/Licensing-Info.aspx. It would be good to review that in depth. If you wish to pursue licensing, then you can download an application directly from that site. I would recommend that this would be a LOCAL license since you are really representing the University of Illinois.
>
> After you review, if you find that the costs are prohibited, then there may be another option. That would be to find an existing licensee and have that company list you as an Authorized Manufacturer and then run all approvals and royalties through their current license with the University (through IMG Licensing). Honestly, that is easier to do with apparel items than non-apparel, but still something that MIGHT be possible. It's not a guarantee though that you could find an existing local licensee that would want to work in this fashion.
>
> Review the website and stay in touch. Please use my direct contact information below.
>

> Thank you for your interest.
>
> Marty Kaufmann
>
>
>
> Marty Kaufmann
> Senior Associate Athletics Director, External Relations
> University of Illinois Athletics
> 1700 S. Fourth St. | Champaign, IL 61820
> Office: 217-244-6532
> Email: mekaufma@illinois.edu
> Website: FIGHTINGILLINI.com
> UNIFY. DEVELOP. INSPIRE. ACHIEVE.
>
> Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.
>
>
> -----Original Message-----
> From: Nicholas Taylor <
> Sent: Monday, February 04, 2019 10:42 AM
> To: licensing@illinois.edu
> Subject: Questions regarding licensing
>
> Hello,
>    I run a small, custom metal signage business called Diligent Hands Metalworking. Starting the beginning of March, I am opening up a booth at a Champaign Consignment shop. I would like to be able to legally sell hand made metal signage with U of I logos, mascot, etc on them. I just started the business less than a year ago so all the trademarking and licensure procedures is new to me. I want to do this the right way and pay any royalties, fees, etc in order to make this happen. I feel like those type of signs would sell extremely well in that area. Please direct me as to how to proceed. Thank you for your time.
> Nick Taylor

ILL-VNTG_0008219

Exhibit 20