# EXHIBIT 21

**To:** Abbey Noon[███@bcsapparel.com]
**Cc:** Cathy Groves[███@bcsapparel.com]; 'Krystin Robinson'[███@clc.com]
**From:** Kaufmann, Martin E[O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3852611F68884DEEBBA9E31B11B785C1-MEKAUFMA]
**Sent:** Thur 4/14/2022 10:23:54 PM Coordinated Universal Time
**Subject:** RE: Chief Illiniwek Logo

Abbey,
Thanks for reaching out. I'm sorry that this wasn't communicated better for you. Ever since the Chief Illiniwek logo was added to the College Vault program around 2007 these rules have been consistent. I'm not sure why that wasn't communicated with the addendum from CLC, but I'll follow up with them as well. As a part of receiving one of the limited Chief Illiniwek College Vault licenses, part of the requirement is that the product must only be sold online. I know that you can't necessarily be responsible for the retailers, however, if we find that this happens more than once, we will have to pull the license because that is really the only recourse that we have.

The policy since the beginning was put in place so that it is in compliance with NCAA rules that prohibits universities from associating with Native American imagery with their varsity teams. There's a lot of background and history, but essentially by only being online it allows everybody to have access to the merchandise but also restricts the products from being sold in the campus community.

In addition, we really only approve limited product categories, so for BCS that would likely just be tees, fleece and basic headwear.

If you have another other questions, please let me know and again I apologize for the misunderstanding.

Marty

**Marty Kaufmann**
Executive Senior
Associate AD
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office:** 217-244-6532
**Email:**
mekaufma@illinois.edu
**Website:**
FIGHTINGILLINI.com
UNIFY. DEVELOP.
INSPIRE. ACHIEVE.

*Under the Illinois Freedom of Information Act any written communication to or from
university employees regarding university business is a public record and may be subject
to public disclosure.*

**From:** Abbey Noon <███@bcsapparel.com>
**Sent:** Thursday, April 14, 2022 3:57 PM
**To:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Cc:** Cathy Groves <███@bcsapparel.com>; 'Krystin Robinson' <███@clc.com>
**Subject:** Chief Illiniwek Logo

Hi Marty,
I hope you are doing well!
I wanted to reach out directly about our recent addition of the Vintage Chief Illiniwek logo to our license.
On a recent artwork submission it said for online sales only. Other submissions/approvals with the logo have not called out anything specific on approved accounts. Our addenda and appendix does not call any restrictions out regarding the use of the logo.
We have orders in house for DSG, Fanatics, Lids & Scheels for headwear and apparel that are requesting that logo.
Can you provide some clarification on the restrictions of using the Chief logo?
Thank you!
Abbey Noon
Licensing Manager
Branded Custom Sportswear
7007 College Blvd. Suite 700
Overland Park, KS 66211
(913) 663-6899


Branded
Custom
Sportswear, Inc.

Authorized Licensee of Nike, Inc.