**EXHIBIT 22**

**To:** chris.grussing@gamedayspirit.com[▮▮▮▮▮▮▮@gamedayspirit.com]
**From:** Kaufmann, Martin E[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3852611F68884DEEBBA9E31B11B785C1-MEKAUFMA]
**Sent:** Mon 12/14/2020 3:06:54 PM Coordinated Universal Time
**Subject:** Chief Merchandise In-Store
**Attachment:** NEW! Exclusive Chief Champion Apparel **

Hey Chris,

I saw this ad over the weekend. We only issue Chief licenses to groups that hold the retailers accountable for selling Chief merchandise online only. I noticed this ad says that the gear is in-store also? Is that that case. I honestly didn't make it in the store this weekend to check but it concerned me a little bit.

Can you please let me know if you have Chief gear for sell in the store and if so can you please remove it from the racks?

Thanks for following up.

Marty

**Marty Kaufmann**
Senior Associate
Athletics Director,
External Relations
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office:** 217-244-6532
**Email:**
mekaufma@illinois.edu
**Website:**
FIGHTINGILLINI.com
**UNIFY. DEVELOP.
INSPIRE. ACHIEVE.**

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*



ILL-VNTG_0003933
Exhibit 22



This email was sent to mekaufma@illinois.edu
*why did I get this?* unsubscribe from this list update subscription preferences
Gameday Spirit Fanstore · 2001 Kankakee Dr · Ste B · Champaign, Illinois 61821 · USA

ILL-VNTG_0003934
Exhibit 22