# EXHIBIT 23

**To:** Chad Kahl[_____@gmail.com]
**Cc:** Identity Standards (Illinois)[identitystandards@illinois.edu]
**From:** Kaufmann, Martin E[/O=AD-UILLINOIS-EDU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MEKAUFMA]
**Sent:** Mon 7/28/2014 9:19:11 PM Coordinated Universal Time
**Subject:** RE: Chief merchandise
**Attachment:** Illinois_cv_2011.pdf

Chad,
The College Vault program has been around for more than a decade and is a program that the Campus uses for several trademarks that are no longer current representations of our institution, but are part of its history. The Chief Illiniwek logo was moved into that program back in 2007 or 2008. Chief Illiniwek licensees, through the College Vault program, are only allowed to sell their merchandise online.
I have attached a list of all current College Vault logos. We will be adding some additional logos to it in the near future.
Thank you for your question,
Marty



Marty Kaufmann
Assistant Athletic Director
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Office: 217-244-6532
mekaufma@illinois.edu

**From:** Chad Kahl [mailto:_____@gmail.com]
**Sent:** Sunday, July 27, 20__ __:28 PM
**To:** Kaufmann, Martin E
**Cc:** Identity Standards (Illinois)
**Subject:** Re: Chief merchandise

Mr. Kaufmann,

I was relieved to see that Chief Illiniwek no longer represented the University where I received three degrees. I'm quite distressed to see that it's available again.

How is the Chief Illiniwek College Vault Program not a way to circumvent the retirement of the Chief?

Thanks for your time,
Chad

On Wed, Apr 23, 2014 at 8:46 AM, Kaufmann, Martin E <mekaufma@illinois.edu> wrote:
Chad,
Thank you for your email. I appreciate you forwarding suspected licensing violations to our department as it is nearly impossible for us to track down all offenders on our own.
This particular design appears to be licensed and sold correctly as part of our Chief Illiniwek College Vault Program so there is no trademark violation in this case. If you have any other concerns on future designs, please feel free to forward to my attention.
Best Regards,
Marty Kaufmann
University of Illinois Trademark Manager



Marty Kaufmann
Assistant Athletic Director
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Office: 217-244-6532
mekaufma@illinois.edu

**From:** Identity Standards (Illinois)
**Sent:** Wednesday, April 23, 2014 8:24 AM
**To:** Chad Kahl
**Cc:** Kaufmann, Martin E
**Subject:** Re: Chief merchandise

Hi Chad,
I'm forwarding this to Marty Kaufmann, who manages the athletic brands for the campus (I handle the academic side).
Thanks,
Joel
Joel Steinfeldt
Brand Manager | PUBLIC AFFAIRS
University of Illinois at Urbana-Champaign
507 E. Green Street, Room 324
Champaign IL 61820-5783
217-333-0420 | fax 217-244-7124



Under the Illinois Freedom of Information Act (FOIA), any written communication to or from University employees regarding University business is a public record and may be subject to public disclosure.

**From:** Chad Kahl <_____@gmail.com>
**Date:** Monday, April 21, 2014 7:22 PM
**To:** "Identity Standards (Illinois)" <identitystandards@illinois.edu>
**Subject:** Chief merchandise

I am pretty sure that Chief merchandise is no longer allowed.

I saw this product being offered at Rivals.com:

http://illinois.rivalsfanstore.com/COLLEGE_Illinois_Fighting_Illini/47_Brand_Illinois_Fighting_Illini_New_Vault_Vintage_Franchise_Fitted_Hat_-_Navy_Blue

Thank you for your time,
Chad

ILL-VNTG_0012081
Exhibit 23

# APPENDIX B

UNIVERSITY OF ILLINOIS is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

 **UNIVERSITY OF ILLINOIS** 

JANUARY 19, 2011





**VERBIAGE**
- University of Illinois™
- UI™
- Fighting Illini ®
- Illinois™
- Illini™
- U of I™

Football National Champions:
1914, 1919, 1923, 1927, 1951

**GENERAL INFORMATION**
LOCATION: URBANA-CHAMPAIGN, IL
NICKNAME: FIGHTING ILLINI

*Please note a special addendum must be signed prior to the use of this logo or the "Chief" or "Chief Illiniwek" verbiage.

PANTONE 281 | PANTONE 158 | WHITE

NOTE: The marks of University of Illinois are controlled under a licensing program administered by The Collegiate Licensing Company. Any use of these marks will require written approval from The Collegiate Licensing Company.

In addition to the Indicia shown above, any Indicia adopted hereafter and used or approved for use by UNIVERSITY OF ILLINOIS shall be deemed to be additions to the Indicia as though shown above and shall be subject to the terms and conditions of the Agreement.