# EXHIBIT 24

**To:** Cathy Groves[c███@bcsapparel.com]
**Cc:** 'Krystin Robinson' █████@clc.com]; Abbey Noon[████@bcsapparel.com]
**From:** Kaufmann, Martin E[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=385261 1F68884DEEBBA9E31B11B785C1-MEKAUFMA]
**Sent:** Fri 4/15/2022 2:21:06 PM Coordinated Universal Time
**Subject:** RE: Chief Illiniwek Logo

Cathy,
Absolutely, DSG and Lids can sell online as long as it's not in brick and mortar. Actually, I know DSG has done this with other Chief Illiniwek licensees in the past. A few of our Campus/local retailers do that currently as well.
Again, I admit this is really unique and extra work. It's just a REALLY sensitive topic with our University, and it's very complex with a lot of history around the Chief Illiniwek logo and Native American imagery. I apologize again that this wasn't communicated up front. It used to be and I'm not sure what happened in this case.
Thanks Cathy and All,
Marty



**Marty Kaufmann**
Executive Senior
Associate AD
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office**: 217-244-6532
**Email**:
mekaufma@illinois.edu
**Website**:
FIGHTINGILLINI.com
UNIFY. DEVELOP.
INSPIRE. ACHIEVE.

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** Cathy Groves <█████@bcsapparel.com>
**Sent:** Friday, April 15, 2022 8:54 AM
**To:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Cc:** 'Krystin Robinson' <█████@clc.com>; Abbey Noon <████@bcsapparel.com>
**Subject:** Re: Chief Illiniwek Logo

Marty-
I reached out to our Sales staff who handles the accounts affected.
The question came up about DSG and Lids, who also have e commerce sites.
We anticipate that they will ask us if we can continue with the product for them-and send it to their distribution center for on line sales……and not store front.
Can you clarify how we should handle that scenario?
Thanks!
Cathy
Cathy Groves
Senior Vice President Marketing & Licensing
Branded Custom Sportswear, Inc.
7007 College Blvd. Suite 700
Overland Park, KS 66211
(913) 234-6235

Branded
Custom
Sportswear, Inc.

Authorized Licensee of Nike, Inc.

**From:** Cathy Groves <█████@bcsapparel.com>
**Date:** Friday, April 15, 2022 at 7:12 AM
**To:** "mekaufma@illinois.edu" <mekaufma@illinois.edu>
**Cc:** 'Krystin Robinson' <█████@clc.com>, Abbey Noon <████@bcsapparel.com>
**Subject:** Re: Chief Illiniwek Logo

Marty-
I'm going to jump in because Abbey is out today. Thanks so much for explaining the use of the Chief Illiniwek logo.
We are happy that we are part of the special program and we need to circle back with our Sales department now that we know the rules.
Krystin- I'm not sure why our Addendum does not reflect the rules of this special logo. Is it possible for you to reissue the Addendum with the corrected products and distribution noted?
As Abbey notes below, we have orders from DSG, Lids and Scheels as well as Fanatics which is online.
I'm hopeful that we can catch the Brick and Mortar orders and make changes.
Thanks, and we'll update you as we research existing orders.
Best,
Cathy
Cathy Groves

ILL-VNTG_0012078
Exhibit 24

Senior Vice President Marketing & Licensing
Branded Custom Sportswear, Inc.
7007 College Blvd. Suite 700
Overland Park, KS 66211
(913) 234-6235



Authorized Licensee of Nike, Inc.

**From:** "mekaufma@illinois.edu" <mekaufma@illinois.edu>
**Date:** Thursday, April 14, 2022 at 5:23 PM
**To:** Abbey Noon <█████@bcsapparel.com>
**Cc:** Cathy Groves <█████@bcsapparel.com>, 'Krystin Robinson' <█████@clc.com>
**Subject:** RE: Chief Illiniwek Logo

Abbey,

Thanks for reaching out. I'm sorry that this wasn't communicated better for you. Ever since the Chief Illiniwek logo was added to the College Vault program around 2007 these rules have been consistent. I'm not sure why that wasn't communicated with the addendum from CLC, but I'll follow up with them as well. As a part of receiving one of the limited Chief Illiniwek College Vault licenses, part of the requirement is that the product must only be sold online. I know that you can't necessarily be responsible for the retailers, however, if we find that this happens more than once, we will have to pull the license because that is really the only recourse that we have.

The policy since the beginning was put in place so that it is in compliance with NCAA rules that prohibits universities from associating with Native American imagery with their varsity teams. There's a lot of background and history, but essentially by only being online it allows everybody to have access to the merchandise but also restricts the products from being sold in the campus community.

In addition, we really only approve limited product categories, so for BCS that would likely just be tees, fleece and basic headwear.

If you have another other questions, please let me know and again I apologize for the misunderstanding.

Marty

Marty Kaufmann
Executive Senior
Associate AD
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office**: 217-244-6532
**Email**:
mekaufma@illinois.edu
**Website**:
FIGHTINGILLINI.com
UNIFY. DEVELOP.
INSPIRE. ACHIEVE.

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

**From:** Abbey Noon <█████@bcsapparel.com>
**Sent:** Thursday, April 14, 2022 3:57 PM
**To:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Cc:** Cathy Groves <█████@bcsapparel.com>; 'Krystin Robinson' <█████@clc.com>
**Subject:** Chief Illiniwek Logo

Hi Marty,

I hope you are doing well!

I wanted to reach out directly about our recent addition of the Vintage Chief Illiniwek logo to our license.

On a recent artwork submission it said for online sales only. Other submissions/approvals with the logo have not called out anything specific on approved accounts. Our addenda and appendix does not call any restrictions out regarding the use of the logo.

We have orders in house for DSG, Fanatics, Lids & Scheels for headwear and apparel that are requesting that logo.

Can you provide some clarification on the restrictions of using the Chief logo?

Thank you!
Abbey Noon
Licensing Manager
Branded Custom Sportswear
7007 College Blvd. Suite 700
Overland Park, KS 66211
(913) 663-6899



Authorized Licensee of Nike, Inc.