# EXHIBIT 26

**To:** University Tees - Matt Pahl[                @gmail.com]
**From:** Kaufmann, Martin E[/O=AD-UILLINOIS-EDU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MEKAUFMA]
**Sent:** Fri 9/4/2015 7:26:26 PM Coordinated Universal Time
**Subject:** RE: Chief and Drinking Illini Merchandise

Matt,

Thanks for the email. There are a few designs that I do have to take a look at and probably have removed. Several of them, however, do not use our actual trademark. So, thanks for bringing to my attention because a few of them do use it.

The Chief merchandise overall on the site is licensed. Approved products through selected national licensees is permitted to be sold online only. No local companies have a license to reproduce the Chief logo and we do not allow student groups or campus groups to use the logo.

Marty



**MARTY KAUFMANN**
Assistant Athletics Director | Business Development & Licensing
University of Illinois Athletics
1700 South Fourth Street | Champaign, IL 61820
Office: 217-244-6532
Email: mekaufma@illinois.edu | Website: FIGHTINGILLINI.com

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** University Tees - Matt Pahl [mailto:              @gmail.com]
**Sent:** Friday, September 04, 2015 12:36 PM
**To:** Kaufmann, Martin E
**Subject:** Chief and Drinking Illini Merchandise

Hey Marty,

    I came across this website and Facebook ad selling Chief Illiniwek branded apparel and garments with "Drinking Illini" featured on them. I just wanted to make you aware of it, as I believe this violates collegiate licensing for Illinois.

1. http://teshurt.com/chief
2. http://teshurt.com/specialties
3. Images attached

**Sincerely,**
**Matthew Pahl**
**I-L-L - Sales Manager**

Cell: 847.370.2624
Instagram:
Facebook:
LinkedIn:

university tees