# EXHIBIT 27

**To:** Klein, Nate[[redacted]@clc.com]
**From:** Kaufmann, Martin E[/O=AD-UILLINOIS-EDU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MEKAUFMA]
**Sent:** Mon 12/17/2012 5:33:25 PM Coordinated Universal Time
**Subject:** Dick's Sporting Goods - Chief Illiniwek Merchandise
**Attachment:** IMAG0357.jpg
**Attachment:** IMAG0358.jpg

---

Hi Nate,

I was hoping you could pass this along to the appropriate person at CLC to follow up. This holiday season, Dick's Sporting Goods has been selling Chief Illiniwek hats in-store. I know that they have been in Champaign, Illinois and Springfield, Illinois locations. I'm not sure how many others. The ones I found in Champaign were both adidas designs. I have attached a couple of photos. The hologram tracking numbers on a couple of the designs, seemed to be M 97633866. P00703354.

I'm not sure of the full extent of the problem, but it is a serious issue for us. I'm not sure if adidas just shipped a couple of designs or if that's all I happened to see. I'm also not sure if adidas shipped to more accounts that Dick's, etc.

Anyway – could the appropriate people please follow up with adidas and/or Dick's to make sure that this doesn't happen again. If it is something that seems to be widespread, then we would have to consider ending the adidas College Vault license.

Thanks for your help. Please let me know if you have any questions.

Marty

**Marty Kaufmann**
Assistant Director of Athletics
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Phone: 217.333.2474

ILLINOIS. OUR STATE. OUR TEAM.

MOJO
24
EXTREMELY LONG BALLS • BALLES TRÈS LONGUE PORTÉE
OUBLE
ZEN
NIKE
999
ILLINOIS
ILLINI
ILLINI

ILL-VNTG_0000653
Exhibit 27



ES16Z
TEAM PRIM COLOR
SLOUCH ADJ
ES16Z TPC A 1ILLCV
8 86047 46362 2
ONE SIZE
$20.00