# EXHIBIT 28

**To:** Koziol, Katherine[█████@clc.com]
**From:** Kaufmann, Martin E[/O=AD-UILLINOIS-EDU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MEKAUFMA]
**Sent:** Wed 5/28/2014 9:31:27 PM Coordinated Universal Time
**Subject:** RE: Question on Chief Hats

That's great. Thanks very much to you and rest of CLC staff.

Marty



**Marty Kaufmann**
Assistant Athletic Director
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
**Office:** 217-244-6532
mekaufma@illinois.edu

---

**From:** Koziol, Katherine [mailto:█████@clc.com]
**Sent:** Wednesday, May 28, 2014 1:46 PM
**To:** Kaufmann, Martin E
**Subject:** RE: Question on Chief Hats

Hi Marty,

Just wanted to let you know that we've contacted both '47 Brand and Lids. '47 Brand already responded apologizing for the error. They are working to rectify the situation now.

Katie

---

**From:** Kaufmann, Martin E [mailto:mekaufma@illinois.edu]
**Sent:** Wednesday, May 28, 2014 10:00 AM
**To:** Koziol, Katherine
**Subject:** FW: Question on Chief Hats

Katie,

Could you please review the following email from Brandon at TIS. Could CLC reach out to 47 brand and let them know about the Internet only policy. If they could reach out to Lids, that would be helpful.

This is the same approach we took a year or two ago with adidas when we found their Chief hats in the local Dick's store.

It's an easy thing to overall, but because of the sensitivity, we need to follow up with them and gently remind them that should this happen often, it could be a reason for us to cancel their Chief Vault license.

Thank you,
Marty



**Marty Kaufmann**
Assistant Athletic Director
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
**Office:** 217-244-6532
mekaufma@illinois.edu

---

**From:** Brandon Pruitt [mailto:█████@tisbook.com]
**Sent:** Tuesday, May 27, 2014 8:57 AM
**To:** Kaufmann, Martin E
**Subject:** Question on Chief Hats

Good morning Marty!

My wife and I were at Eastland Mall in Bloomington yesterday, and when I went into the Lids store, I noticed they had 47 brand college vault Chief hats on the floor for sale. I asked the guy on staff if he knew anything about them (maybe they were really old?) and he said he wasn't sure.

I didn't know if there was certain merchandise I could be selling on my floor, and if so, what it was?



**Brandon Pruitt ·· Sportswear Buyer ·· T.I.S. College Bookstore**
707 S. 6th Street Champaign, Illinois 61820 ·· Phone: 217.337.4900 ·· Fax: 217.337.7749
http://www.illinishop.com

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

ILL-VNTG_0012097
Exhibit 28