# EXHIBIT 29

**To:** Benedek, Josh[[redacted]@nike.com]
**Cc:** Beachy, Lisa[Lisa.Beachy@nike.com]
**From:** Kaufmann, Martin E[/O=AD-UILLINOIS-EDU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MEKAUFMA]
**Sent:** Fri 4/4/2014 10:03:07 PM Coordinated Universal Time
**Subject:** RE: Edited Brand Identity Press Release - DRAFT

---

Josh,

We don't really plan to touch this issue at all. We haven't used the Chief logo since 2007 except for the College Vault licensing program, which is still in place and has not changed. We haven't used in on our uniforms for well over a decade, so I just don't think we even need to put this in a Q & A.

Marty

**Marty Kaufmann**
Assistant Director of Athletics
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Phone: 217.333-2474
mekaufma@illinois.edu
**ILLINOIS. OUR STATE. OUR TEAM.**

---

**From:** Benedek, Josh [mailto:[redacted]
**Sent:** Friday, April 04, 2014 11:23 AM
**To:** Kaufmann, Martin E
**Cc:** Beachy, Lisa
**Subject:** Re: Edited Brand Identity Press Release - DRAFT

Marty,

Hope all is well. As we continue to move away from Chief Illini, I wanted to make sure all the ts were crossed and Is were dotted. Have you created any Q&A doc as of yet that included answers to why you moved away? If not no biggie we will create one, but wanted to check in first.

Best,
Josh

---

**From:** <Kaufmann>, Martin E <mekaufma@illinois.edu>
**Date:** Tuesday, April 1, 2014 1:00 PM
**To:** Josh Bened[redacted]@nike.com>
**Cc:** Lisa Beachy[redacted]nike.com>
**Subject:** RE: Ed[redacted]ntity Press Release - DRAFT

Thanks Josh. Lisa, I look forward to working with you.

On an ironic note, I just got off the phone with Christine de Garennes from the Champaign-Urbana News-Gazette. Josh, I gave her your email address. She is writing a piece for this weekend about what to expect on the April 16 launch and the rebranding process in general. She would like to talk with somebody at Nike.

I did not share any specifics on what the new logos, uniforms, etc. were. I did say that there are some new things in our portfolio but left it at that and said that the biggest thing now was that we had a story behind things and consistency. I didn't tell her what was talked about during the on-campus meetings but said that our student-athletes, coaches, administration all had an input.

Marty

**Marty Kaufmann**
Assistant Director of Athletics
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Phone: 217.333-2474
mekaufma@illinois.edu
**ILLINOIS. OUR STATE. OUR TEAM.**

---

**From:** Benedek, Josh [mailto[redacted]ike.com]
**Sent:** Tuesday, April 01, 2014 2:45 PM
**To:** Kaufmann, Martin E
**Cc:** Beachy, Lisa
**Subject:** Re: Edited Brand Identity Press Release - DRAFT

Marty,

Hope all is well. Wanted to connect you with my colleague Lisa Beachy who will be running point from a Nike communications standpoint at the on-campus and Chicago activations. Lisa is based in our Chicago office. I was wondering if you could introduce your communications lead to Lisa so they can discuss outreach. Obviously you guys will lead any media invites and whatnot, just wanted to get both people on the same page.

Best,
Josh

---

**From:** <Kaufmann>, Martin E <mekaufma@illinois.edu>
**Date:** Tuesday, March 25, 2014 1:10 PM
**To:** Josh Benedek <[redacted]@nike.com>
**Subject:** FW: Edited Brand Identity Press Release - DRAFT

Josh,

We have edited the Illinois press release and added an approved quote from AD Mike Thomas. Do you want to read through and make any last edits at your convenience.

Once you sign off on it, I think we would consider this finalized.

Thanks,

Marty

**Marty Kaufmann**
Assistant Director of Athletics
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Phone: 217.333-2474
mekaufma@illinois.edu
ILLINOIS. OUR STATE. OUR TEAM.

---

**From:** Brown, Kent William [mailto:kwbrown3@illinois.edu]
**Sent:** Tuesday, March 18, 2014 3:31 PM
**To:** Marty Kaufmann
**Subject:** Edited Brand Identity Press Release - DRAFT

Is attached.

---

**Kent Brown**
Associate Athletics Director/Media Relations
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Phone: 217.244.6533 | Mobile: 217.493-9795
Twitter: @KentBrown

*** Under the Illinois Freedom of Information Act (FOIA), any written communication to or from University employees regarding University business is a public record and may be subject to public disclosure.***