**EXHIBIT 30**

**To:** Kaufmann, Martin E[mekaufma@illinois.edu]; Harris, Chris[csharris@illinois.edu]; Vance, Allison Copenbarger[acvance@illinois.edu]; Schiess, August[aschiess@illinois.edu]
**From:** Kaler, Robin Neal[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5EE0E778328C409EA48DDBCC4E3CEADF-RKALER]
**Sent:** Fri 8/27/2021 9:45:28 PM Coordinated Universal Time
**Subject:** RE: Chief ad from the Illinois Athletics Facebook account?

Thanks, Marty. And thanks for catching it, Allison.

**From:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Sent:** Friday, August 27, 2021 4:31 PM
**To:** Harris, Chris <csharris@illinois.edu>; Vance, Allison Copenbarger <acvance@illinois.edu>; Kaler, Robin Neal <rkaler@illinois.edu>; Schiess, August <aschiess@illinois.edu>
**Subject:** RE: Chief ad from the Illinois Athletics Facebook account?

Thanks Everyone. This shouldn't have happened. We don't sell Chief gear on Fightingillini.com. However, about once a year, they errantly list an item. They will remove it as soon as I contact them. Unfortunately, this targeted ad just grabbed the product listing from the online store. My apologies. We don't want this for sale on our site but and will have it removed.
Marty

**Marty Kaufmann**
Senior Associate
Athletics Director,
External Relations
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office**: 217-244-6532
**Email**:
mekaufma@illinois.edu
**Website**:
FIGHTINGILLINI.com
UNIFY. DEVELOP.
INSPIRE. ACHIEVE.

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

**From:** Harris, Chris <csharris@illinois.edu>
**Sent:** Friday, August 27, 2021 2:29 PM
**To:** Vance, Allison Copenbarger <acvance@illinois.edu>; Kaler, Robin Neal <rkaler@illinois.edu>; Schiess, August <aschiess@illinois.edu>
**Cc:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Subject:** RE: Chief ad from the Illinois Athletics Facebook account?

I'm adding Marty in here so he can see it. Marty, no idea how these get fed and what merchandise gets drawn, but I'd guess this is not how it is supposed to function.

**From:** Vance, Allison Copenbarger <acvance@illinois.edu>
**Sent:** Friday, August 27, 2021 2:25 PM
**To:** Kaler, Robin Neal <rkaler@illinois.edu>; Harris, Chris <csharris@illinois.edu>; Schiess, August <aschiess@illinois.edu>
**Subject:** Chief ad from the Illinois Athletics Facebook account?

I just got served a Chief tank top ad from the Illinois Athletics Facebook account. This feels like an issue? When I click on the account, it goes to their official account. Am I missing something? I included a screenshot I took below:

ILL-VNTG_0000791
Exhibit 30



**ALLISON COPENBARGER VANCE**
*Content Strategy Director*

Public Affairs
University of Illinois at Urbana-Champaign
507 East Green Street, Suite 317 | M/C 427
Champaign, Illinois 61820
217.300.6171 | acvance@illinois.edu
publicaffairs.illinois.edu





*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*