**EXHIBIT 31**

**To:** Dennis Grover[█████@clc.com]
**Cc:** Kelley Burke[█████@clc.com]; Ginny Stiles[█████@clc.com]
**From:** Kaufmann, Martin E[O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3852611F68884DEEBBA9E31B11B785C1-MEKAUFMA]
**Sent:** Mon 10/7/2019 9:08:39 PM Coordinated Universal Time
**Subject:** RE: College Vault Team Store Landing Page

Thanks Dennis. We aren't allowed to sell Chief gear though on Fightingillini.com, so all Chief references and gear can't be sold on the school site. So, please don't go active with it or promote it as is.

Fanatics.com can sell Chief items but Fightingillini.com cannot. The product assortment looks okay but the landing page needs corrected.

Thanks,
Marty



**Marty Kaufmann**
Senior Associate
Athletics Director,
External Relations
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office**: 217-244-6532
**Email**:
mekaufma@illinois.edu
**Website**:
FIGHTINGILLINI.com
**UNIFY. DEVELOP.**
**INSPIRE. ACHIEVE.**

Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.

---

**From:** Dennis Grover <█████@clc.com>
**Sent:** Monday, October 07, 2019 4:00 PM
**To:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Cc:** Kelley Burke <█████@clc.com>; Ginny Stiles <█████@clc.com>
**Subject:** College Vault Team Store Landing Page

Marty,

We are very excited to have created a College Vault landing page directly within your team store. This will allow more school-specific marketing to drive to an Illinois-owned site, which we believe will lead to a higher conversion than driving the Illinois fan to shop.collegevault.com. You can view the landing page here.

We're working with Fanatics to schedule an email to your team store database in the first half of this month driving fans to the page of curated vintage product. Overall, this will be a more school-specific experience for your fan, and we will continue to collaborate with Fanatics on how to drive fans to this page through emails, social content, and other mediums.

Please let us know if you have any questions!

Thank you,

**Dennis Grover**
*Coordinator – Partnerships*
1075 Peachtree Street, Suite 3300 | Atlanta, Georgia 30309
**O:** 770-618-8410
**M:** 404-406-8418
█████@clc.com

