# EXHIBIT 32

**To:** Kaufmann, Martin E[mekaufma@illinois.edu]
**From:** Koziol, Katherine[ ▮▮▮▮ l@clc.com]
**Sent:** Wed 10/23/2013 2:00:53 PM Coordinated Universal Time
**Subject:** RE: Illinois Holiday Wish List - Holiday Cheer Section 2013

No problem. Thanks for forwarding!

---

**From:** Kaufmann, Martin E [mailto:mekaufma@illinois.edu]
**Sent:** Wednesday, October 23, 2013 9:55 AM
**To:** Koziol, Katherine
**Subject:** FW: Illinois Holiday Wish List - Holiday Cheer Section 2013

Forgot to copy you on this…Thanks.

Marty



**Marty Kaufmann**
Assistant Director of Athletics
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Phone: 217.333.2474

**ILLINOIS. OUR STATE. OUR TEAM.**

---

**From:** Kaufmann, Martin E
**Sent:** Wednesday, October 23, 2013 8:55 AM
**To:** 'Casto, Amanda'
**Subject:** RE: Illinois Holiday Wish List - Holiday Cheer Section 2013

Amanda,

Yes, please link to the fightingillini.com store: http://fightingillini.cbscollegestore.com/store.cfm?store_id=180

I approve the new list of items.

If possible to use "Fighting Illini" instead of "Illini" in the message, that would be our first choice: "Spreading cheer with Fighting Illini gear!"

Thank you for you assistance.

Marty



**Marty Kaufmann**
Assistant Director of Athletics
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Phone: 217.333.2474

**ILLINOIS. OUR STATE. OUR TEAM.**

---

**From:** Casto, Amanda [mailto:acasto@clc.com]
**Sent:** Wednesday, October 23, 2013 8:05 AM
**To:** Kaufmann, Martin E; Koziol, Katherine; mekaufma@uiuc.edu
**Cc:** Haynes, Riley
**Subject:** RE: Illinois Holiday Wish List - Holiday Cheer Section 2013

Hi Marty,

Thanks for the quick feedback! We have switched your store from www.gameday-spirit.cbscollegestore.com to fightingillini.com per your request. With that switch came a different set of product inventory. Taking into account no products related to the chief, I have attached a new set of products for you to approve.

Other than that, just let us know if you would like a custom message regarding tickets (per my original email) or if you're fine with something generic like "Spreading cheer with Illini gear!"

Thanks,
Amanda Casto | Coordinator - Brand Marketing
The Collegiate Licensing Company - an IMG Company
1075 Peachtree St | Suite 3300 | Atlanta, GA 30309
Direct: 770-799-3211 Fax: 770-955-4491
acasto@clc.com | www.clc.com

ILL-VNTG_0012084
Exhibit 32

**From:** Kaufmann, Martin E [mailto:mekaufma@illinois.edu]
**Sent:** Tuesday, October 22, 2013 5:23 PM
**To:** Koziol, Katherine; Casto, Amanda; mekaufma@uiuc.edu
**Cc:** Haynes, Riley
**Subject:** RE: Illinois Holiday Wish List - Holiday Cheer Section 2013

Thanks Amanda and Katie.

Yes, we need to replace the Council of Chief hat for sure – need something none Chief related.

Please send to the online store at fightingillini.com

Thank you. Please let me know if you need anything else.

Marty



**Marty Kaufmann**
Assistant Director of Athletics
Division of Intercollegiate Athletics | University of Illinois
1700 South Fourth Street | Champaign, IL 61820
Phone: 217.333.2474

**ILLINOIS. OUR STATE. OUR TEAM.**

---

**From:** Koziol, Katherine [mailto:████████@clc.com]
**Sent:** Tuesday, October 22, 2013 4:08 PM
**To:** Casto, Amanda; mekaufma@uiuc.edu
**Cc:** Haynes, Riley
**Subject:** RE: Illinois Holiday Wish List - Holiday Cheer Section 2013

Marty-

After taking a quick look at the products being suggested, my thought is the University will want to replace the Zephyr hat with another product—one that is not related to the Chief.

Let me know your thoughts.

Thanks,
Katie

---

**From:** Casto, Amanda
**Sent:** Tuesday, October 22, 2013 5:00 PM
**To:** mekaufma@uiuc.edu
**Cc:** Koziol, Katherine; Haynes, Riley
**Subject:** Illinois Holiday Wish List - Holiday Cheer Section 2013
**Importance:** High

Dear Marty,

In support of the 2013 Holiday Cheer Section campaign, we are creating "Holiday Wish Lists" for all Collegiate Marketing Fund institutions. These wish lists will be shared through social media including the College Colors accounts on Facebook, Twitter, Instagram, Pinterest, and ThingLink. The documents will be interactive and will showcase a select group of key products and messaging encouraging fans to "spread cheer with college gear." The interactivity of the document will direct users to these products on the team store. We will also feature any custom university messaging and links that you would like to provide. Attached you will find a sample of the Holiday Wish List graphic (depicting University of Oklahoma).

On or before Friday October 25, we need the following confirmed from you:
1. Confirm that you would like your official athletic team shop featured. Only ONE retailer can be featured. If you are featuring a retailer other than your institution's official team shop, please let us know which retailer and provide us with the website.
2. Confirm the 6 product images we have selected to feature on your institution's wish list. We have strategically picked the items featured according to what our apparel and non-apparel teams feel will be most impactful this holiday season, and will maintain consistency across the wish lists of all the collegiate marketing fund institutions.
3. Confirm what custom university message you would like to feature under the product images and any appropriate links. Message can be a MAXIMUM OF 80 CHARACTERS (with spaces). If you do not have a custom message to feature, we will use a generic message about "Spreading cheer with your institution's gear this holiday season."

We appreciate your help confirming the above details and look forward to the success of this year's Holiday Cheer Section campaign.

Amanda Casto | Coordinator - Brand Marketing
The Collegiate Licensing Company - an IMG Company
1075 Peachtree St | Suite 3300 | Atlanta, GA 30309
Direct: 770-799-3211 Fax: 770-955-4491

acasto@clc.com | www.clc.com

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

The preceding e-mail message (including any attachments) contains information that may be confidential, may be protected by the attorney-client or other applicable privileges, or may constitute non-public information. It is intended to be conveyed only to the designated recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete all copies of it from your computer system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

ILL-VNTG_0012086

Exhibit 32