# EXHIBIT 33

**To:** Kaufmann, Martin E[mekaufma@illinois.edu]
**From:** University Tees - Matt Pahl[[redacted]@gmail.com]
**Sent:** Fri 9/4/2015 5:36:27 PM Coordinated Universal Time
**Subject:** Chief and Drinking Illini Merchandise
**Attachment:** 15_Illinois-27x37Banner-CV_0.jpeg
**Attachment:** party3.png
**Attachment:** Messages Image(355651154).png

---

Hey Marty,

I came across this website and Facebook ad selling Chief Illiniwek branded apparel and garments with "Drinking Illini" featured on them. I just wanted to make you aware of it, as I believe this violates collegiate licensing for Illinois.

1. http://teshurt.com/chief
2. http://teshurt.com/specialties

3. Images attached

Sincerely,
Matthew Pahl
I-L-L - Sales Manager

Cell: 847.370.2624
Instagra [redacted]
Facebook
LinkedIn:

university tees




HOME OF THE
DRINKING
1LL1N1

Laura Marie Carroll, Jaclyn Barichello and 15 others like Te Shurt.

**Te Shurt**
Sponsored ·

Like Page

NEW ARRIVALS! 16 oz. Chief Illiniwek Travel Mug and a 2 pack of Chief magnets. Can be purchased online only at teshurt.com. You can pick up your purchase at our location in Champaign. More items will be arriving soon.




17 Likes 2 Comments

Like Comment Share

17 people like this. Most Recent

**Molly Mokate** Tessie Mokate
Like · Reply · 4 hrs

**Julie Cline Green** How long does it take before order is ready for pick up?
Like · Reply · 3 hrs

**Te Shurt** Chief stuff can be ready in as little as 5 minutes. We just aren't allowed to let you purchase in the store. The inventory is in the store already.
Like · Reply · 1 · 3 hrs

Write a comment...

ILL-VNTG_0002015
Exhibit 33