**EXHIBIT 34**

**To:** DeLorenzo, Michael T[michaeld@illinois.edu]; Kaler, Robin Neal[rkaler@illinois.edu]
**Cc:** Zerai, Assata[azerai@illinois.edu]
**From:** Kaufmann, Martin E[/O=AD-UILLINOIS-EDU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MEKAUFMA]
**Sent:** Mon 5/8/2017 4:43:37 PM Coordinated Universal Time
**Subject:** RE: Chief Illiniwek Branding

Hello,
These designs sold on American Eagle are licensed as part of our College Vault program through Tailgate Clothing. Tailgate has been a Chief licensees since the beginning of the program. So, the licensee is not new, however it may be a new retailer for them. It appears American Eagle is running an online sales campaign around vintage or retro designs for many schools. It is a national platform. There are several Chief designs on there but also other Illinois vintage designs without Chief logos.
Here is some year-to-date information regarding overall Chief merchandise sales as compared to total sales of licensed products. Note that the amount of Chief items produced is actually down slightly from a year ago.
July 2016 – April 2017 3,621 Chief units produced (out of 815,000 total) $7,100 royalties from Chief items out of $1.1 million
July 2015 – April 2016 3,947 Chief units produced (out of 1,000,000 total) $7,900 royalties from Chief items out of $1.5 million
Thank you,
Marty



**MARTY KAUFMANN**
Senior Associate Athletics Director | Business Development
University of Illinois Athletics
1700 South Fourth Street | Champaign, IL 61820
**Office:** 217-244-6532
**Email:** mekaufma@illinois.edu | **Website:** FIGHTINGILLINI.com

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

**From:** DeLorenzo, Michael T
**Sent:** Sunday, May 07, 2017 1:16 PM
**To:** Kaler, Robin Neal <rkaler@illinois.edu>
**Cc:** Zerai, Assata <azerai@illinois.edu>; Kaufmann, Martin E <mekaufma@illinois.edu>
**Subject:** Re: Chief Illiniwek Branding
Marty can you let us know on this and the answer to Robin's question?
On May 7, 2017, at 11:48 AM, Kaler, Robin Neal <rkaler@illinois.edu> wrote:

> Assuming it is licensed, is there a reason so many Chief options are being offered? Are retailers not allowed to use the shield?
>
> **From:** DeLorenzo, Michael T
> **Sent:** Saturday, May 6, 2017 5:37 PM
> **To:** Zerai, Assata <azerai@illinois.edu>
> **Cc:** Kaufmann, Martin E <mekaufma@illinois.edu>; Kaler, Robin Neal <rkaler@illinois.edu>
> **Subject:** Re: Chief Illiniwek Branding
> Assata,
> Yes we already have received this and we pass it on to Marty Kaufman who will look into this to see if it is licensed material.
> Mike
> On May 6, 2017, at 4:29 PM, Zerai, Assata <azerai@illinois.edu> wrote:
>
>> Hi Mike!
>> Is there some boilerplate response to emails like this one?
>> Thanks,
>> Assata
>> Assata Zerai, Ph.D.
>> Associate Chancellor for Diversity
>> Professor of Sociology
>> 318 Swanlund Administration Building
>> 601 East John Street, Champaign, IL 61820
>> Ph: (217)333-7119
>>
>> **From:** Gabriel Solis [████████s@gmail.com]
>> **Sent:** Saturday, May 06, 2017 12:47 PM
>> **To:** Illinois Chancellor; Zerai, Assata
>> **Subject:** Chief Illiniwek Branding
>>
>> Dear Chancellor Jones:
>> I write to you, with cc to Assata Zerai, in her role as Associate Chancellor for Diversity, to bring this usage of Chief Illiniwek branding for commercial purposes to your attention. American Eagle (a major, international clothing chain) is selling a number of items with the Chief logo on them. As you know, these images were deemed "hostile and abusive" by the NCAA, and were retired by the university some time ago. I'm aware that there are concerns about maintaining the trademark so that the university can continue to monitor and control it, but I am concerned that we do everything we can to limit and eventually end the use of a racist caricature as a symbol of our institution. Equally, I hope that we can limit other entities' ability to profit from this racist symbol. I ask you to please send a cease and desist letter to American Eagle.
>> The website with the merchandise is here: https://www.ae.com/shop-by-school-illinois-fighting-illini/tailgate/s-cat/8160031?cm=sUS-cUSD
>> Thank you,
>> GS
>>
>> --

ILL-VNTG_0012075
Exhibit 34

Gabriel Solis
Professor of Music, African American Studies, and Anthropology
University of Illinois
217-244-2679
http://music.illinois.edu/faculty/gabriel-solis

ILL-VNTG_0012076
Exhibit 34