# EXHIBIT 35

**To:** Kaler, Robin Neal[rkaler@illinois.edu]
**From:** Kaufmann, Martin E[/O=AD-UILLINOIS-EDU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MEKAUFMA]
**Sent:** Mon 1/29/2018 5:44:27 PM Coordinated Universal Time
**Subject:** RE: Request from January Board meeting
**Attachment:** Royalty Annual Summaries 2008 -.docx
**Attachment:** Illinois_cv_2011.pdf

Hi Robin,

I'm happy to talk today. Here is a running royalty list that will probably take care of most of the figures you need.

The vault program is really just a conceptual program where we place outdated logos of the University of Illinois and still use them with a select group of national licensees to have a vintage program line. Most IMG Licensing schools (formerly CLC schools) are in the College Vault program. It is not unique to Illinois. We agreed to be a part of the program in 2005 or 2006 with the first royalties being generated in 2007. I have attached our current College Vault sheet. We are adding a few more logos to it currently, the ones that were replaced in 2014 after the Nike rebranding project.

Marty



**Marty Kaufmann**
Senior Associate
Athletics Director,
Business Development
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office:** 217-244-6532
**Email:**
mekaufma@illinois.edu
**Website:**
FIGHTINGILLINI.com
**UNIFY. DEVELOP.
INSPIRE. ACHIEVE.**

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** Kaler, Robin Neal
**Sent:** Monday, January 29, 2018 9:20 AM
**To:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Subject:** Fwd: Request from January Board meeting

Hi Marty,

Would you have time to talk to me about this today? We will need to pull together some information quickly.

Thanks!
r

Sent from my iPhone
Begin forwarded message:

> **From:** "Williams, Dedra Mooday" <dwillms1@uillinois.edu>
> **Date:** January 29, 2018 at 8:59:33 AM CST
> **To:** "Jones, Robert J" <rjjones@illinois.edu>
> **Cc:** "Killeen, Timothy L" <tkilleen@uillinois.edu>, "Koritz, Timothy N" <tkoritz@uillinois.edu>, "Abel, Julia Louise" <jabel@uillinois.edu>, "Kaler, Robin Neal" <rkaler@illinois.edu>, "Bearrows, Thomas" <Bearrows@UIllinois.edu>, "Rice, Scott" <serice@UIllinois.edu>
> **Subject: Request from January Board meeting**
>
> Dear Robert,
>
> Good Morning! Following the January meetings and review by President and Chair, I write to forward a request noted from the January BOT meeting, where you are as listed as the responsible party:
>
> [redacted]
>
> Please let me know of any questions or concerns you have with the request.

ILL-VNTG_0012092
Exhibit 35

Many Thanks,
Dee Dee

*Dedra (Dee Dee) M. Williams*
Secretary of the Board Of Trustees & the University
Office of the Board of Trustees |University of Illinois| dwillms1@uillinois.edu
352 Henry Admin Bldg.| 506 S. Wright St.   M/C 350 | Urbana, IL 61801 |Ph 217.244.2256 | 217.244.2282 (Fax)

*Under the Illinois Freedom of Information Act (FOIA), any written communication to or from university employees regarding University business is a public record and may be subject to public disclosure.*

1/29/18

University of Illinois Gross Royalties – from IMG Collegiate Licensing (Collegiate Licensing Company)

|  | **Gross Royalties** | **Chief Logo Royalties** | **College Vault Royalties** |
|---|---|---|---|
| 2017-18 (YTD) | $864,000 | $6,100 (0.7%) | $10,500 (1.2%) |
| 2016-17 | 1,204,600 | $7,700 (0.6%) | $12,250 (1.0%) |
| 2015-16 | 1,658,000 | $9,300 (0.6%) | $16,200 (0.9%) |
| 2014-15 | $1,400,000 | $1,300 (0.09%) | $25,000 (1.7%) |
| 2013-14 | $1,450,000 | $3,400 (0.2%) | $10,000 (0.6%) |
| 2012-13 | $1,600,000 | $4,900 (0.3%) | $18,000 (1.1%) |
| 2011-12 | $1,950,000 | $6,000 (0.3%) | $17,500 (0.9%) |
| 2010-11 | $1,900,000 | $4,000 (0.2%) | $13,000 (0.6%) |
| 2009-10 | $1,850,000 | $1,700 (0.09%) | $1,300 (0.07%) |
| 2008-09 | $2,168,000 | $39.00 (0.002%) | $33,800 (1.5%) |
| 2007-08 | $2,181,000 |  | $12,000 (0.5%) |
| 2006-2007 | $1,936,000 |  | $2,250 (0.1%) |
| 2005-2006 | $1,814,000 |  |  |
| 2004-2005 | $1,592,000 |  |  |

ILL-VNTG_0012094

Exhibit 35

**APPENDIX B**
UNIVERSITY OF ILLINOIS is the owner of all rights, title and interest in and to the following Indicia, which includes trademarks, service marks, trade names, designs, logos, seals and symbols.

 **UNIVERSITY OF ILLINOIS**  JANUARY 19, 2011





| PANTONE 281 | PANTONE 158 | WHITE |

NOTE: The marks of University of Illinois are controlled under a licensing program administered by The Collegiate Licensing Company. Any use of these marks will require written approval from The Collegiate Licensing Company.

In addition to the Indicia shown above, any Indicia adopted hereafter and used or approved for use by UNIVERSITY OF ILLINOIS shall be deemed to be additions to the Indicia as though shown above and shall be subject to the terms and conditions of the Agreement.