# EXHIBIT 40

**To:** Kaufmann, Martin E[mekaufma@illinois.edu]; Public Affairs (Illinois)[publicaffairs@illinois.edu]
**From:** Public Affairs (Illinois)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=10F0E20A75A74869805B1528D6D5928D-PUBAFF]
**Sent:** Fri 10/23/2020 8:14:13 PM Coordinated Universal Time
**Subject:** RE: Fanatics Selling Chief Illiniwek T-Shirt (claims to be "officially licensed")

Thanks Marty. I passed that along. And if he asks why, do I tell him we continue to license some items to ensure protection of our trademark ownership? Or is that not appropriate?

**From:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Sent:** Friday, October 23, 2020 2:52 PM
**To:** Public Affairs (Illinois) <publicaffairs@illinois.edu>
**Subject:** RE: Fanatics Selling Chief Illiniwek T-Shirt (claims to be "officially licensed")

Hi Chris,

Here is a response if you would like to use it.

Thank you,

Marty

This shirt is is officially licensed as a part of the University's College Vault licensing program of vintage designs. It is only open to a limited number of national licensees and merchandise may only be sold online. The Chief Illiniwek logo has been offered as a part of the College Vault program since it was moved out of the school's traditional licensing program in 2007.

**Marty Kaufmann**
Senior Associate
Athletics Director,
External Relations
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office:** 217-244-6532
**Email:**
mekaufma@illinois.edu
**Website:**
FIGHTINGILLINI.com
**UNIFY. DEVELOP.**
**INSPIRE. ACHIEVE.**

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

**From:** Public Affairs (Illinois) <publicaffairs@illinois.edu>
**Sent:** Friday, October 23, 2020 12:32 PM
**To:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Subject:** FW: Fanatics Selling Chief Illiniwek T-Shirt (claims to be "officially licensed")

Hi Marty,

Question from an alum about Chief stuff.

Would you want to respond to him or suggest a response for me to relay?

Chris

**From:** Jeff Lale <■■■■■■■■■■>
**Sent:** Friday, October 23, 2020 11:49 AM
**To:** Public Affairs (Illinois) <publicaffairs@illinois.edu>
**Subject:** Fanatics Selling Chief Illiniwek T-Shirt (claims to be "officially licensed")

Hey Illinois Folks,

I'm an alum and not sure who to send this along to, but I stumbled upon Fanatics selling a Chief Illiniwek T-shirt, and they claim that it's "Officially Licensed".

ILL-VNTG_0012087
Exhibit 40

From what I understood, the University doesn't allow the use of this trademark on shirts, etc, so I was very surprised / upset to see such a legitimate store selling one.

Here's the link: https://www.fanatics.com/illinois-fighting-illini-original-retro-brand-vintage-tri-blend-t-shirt-heather-gray/p-24909780489304+z-9396-400799296

It looks like it might be the #2 most popular Illinois shirt they're selling, so you may want to check it out / shut it down sooner than later.

Thanks!
Jeff Lale

ILL-VNTG_0012088
Exhibit 40