**EXHIBIT 41**

**To:** King, Steve[▮▮▮▮@ae.com]
**From:** Kaufmann, Martin E[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3852611F68884DEEBBA9E31B11B785C1-MEKAUFMA]
**Sent:** Thur 10/31/2019 2:08:15 PM Coordinated Universal Time
**Subject:** RE: [EXTERNAL_MESSAGE] RE: University of Illinois Chief call-out

Hi Steve,

I don't hear from very many licensees but locally and within the University community it is a common hot button issue. The Campus receives several calls and emails each year from consumers who either don't like the Chief products are sold or don't believe that what is sold is licensed. I would imagine that our local bookstores (who are also allowed to sell Chief gear online but not in their brick and mortar) hear from some customers as well.

Unfortunately, the Chief issue is a very regular situation that we have to deal with at the University of Illinois and one that is heard about a lot more as you get closer to campus.

Thank you again,

Marty



**Marty Kaufmann**
Senior Associate
Athletics Director,
External Relations
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office:** 217-244-6532
**Email:**
mekaufma@illinois.edu
**Website:**
FIGHTINGILLINI.com
**UNIFY. DEVELOP.
INSPIRE. ACHIEVE.**

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** King, Steve <▮▮▮▮@ae.com>
**Sent:** Wednesday, October 30, 2019 5:12 PM
**To:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Cc:** Weiner, Andrea <▮▮▮▮@ae.com>
**Subject:** Re: [EXTERNAL_MESSAGE] RE: University of Illinois Chief call-out

Marty,

Do you get feedback or calls from other licensees regarding negative feedback from customers? We do not get a lot of calls, but the ones we do get are very passionate about their views. Just wanted to give my team feedback if others get an resistance to this graphic.

Steve

---

**From:** "Kaufmann, Martin E" <mekaufma@illinois.edu>
**Date:** Wednesday, October 30, 2019 at 2:25 PM
**To:** "King, Steve" <▮▮▮▮@ae.com>
**Cc:** "Weiner, Andrea" <▮▮▮▮@ae.com>
**Subject:** [EXTERNAL_MESSAGE] RE: University of Illinois Chief call-out

Steve,

Thank you for reaching out. I don't recall what language I sent before, but here's something you can chose to use if it works for you.

"The University of Illinois allows limited licensees, including Tailgate Clothing, to produce approved items with the trademarked Chief logo for sale. My understanding is that this logo is included by the University of Illinois as a part of their College Vault vintage logo licensing program. All items offered for sale on our site are officially approved by the Licensing and Trademark Office at Illinois."

Please reach out if I can assist with anything else. Thank you for your support of the University of Illinois licensing program.

Marty

ILL-VNTG_0012089
Exhibit 41



**Marty Kaufmann**
Senior Associate
Athletics Director,
External Relations
University of Illinois
Athletics
1700 S. Fourth St. |
Champaign, IL 61820
**Office**: 217-244-6532
**Email**:
mekaufma@illinois.edu
**Website**:
FIGHTINGILLINI.com
**UNIFY. DEVELOP.
INSPIRE. ACHIEVE.**

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** King, Steve <▇▇▇@ae.com>
**Sent:** Wednesday, October 30, 2019 12:26 PM
**To:** Kaufmann, Martin E <mekaufma@illinois.edu>
**Cc:** Weiner, Andrea <▇▇▇@ae.com>
**Subject:** FW: University of Illinois Chief call-out

Marty,

In the past you had given me verbiage to use to discuss with customers, but I wanted to see if you have any updates or more recent feedback or talking points on Chief Illiniwek. If you could forward to me to be able to give to our customer service department that would be great.

Thanks,

Steve

---

**From:** "Ceh, Alexandra" <▇▇▇@ae.com>
**Date:** Wednesday, October 30, 2019 at 12:43 PM
**To:** "Schwartz, Ian" <▇▇▇@ae.com>
**Cc:** "Schnoll, Emily" <▇▇▇>, "DeVito, Jacklyn" <▇▇▇@ae.com>, "Nauman, Michael" <▇▇▇@ae.com>, "Fossi, Sabrina" <▇▇▇@AE.com>
**Subject:** University of Illinois Chief call-out

Hi Team,

Amanda from customer service reached out with some customer feedback that was received today:

Open Ended Experience Feedback:
For the University of Illinois apparel - we have stopped using the logo of the "Chief" which you have on many of your products. It has been banned from the NCAA due to its racist and harmful nature. It would be great if you would stop selling products with the Chief on it. I would not buy anything from your store until those products have been taken down. It is a harmful image to many students on my campus and across America where Native Americans have become a mere mascot. Unacceptable.

I know this has been brought up multiple times but I don't know that we ever reached a resolution or stance on this. Just wanted to share with the greater team in case there are any changes we may want to consider moving forward.

Thanks!

ALEXANDRA
CEH

**FREELANCE ASSISTANT MERCHANT
AEO INC.**
t / +1.212.340.4860  e / x24860

ILL-VNTG_0012090
Exhibit 41