**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>VINTAGE BRAND, LLC,<br><br>Defendant / Counterclaim-Plaintiff. | Case No. 1:21-cv-06546<br><br>The Honorable John R. Blakey |

## NOTICE OF MOTION

**TO:**

Andrew L. Goldstein, Esq., Jeffrey J. Catalano, Esq.,
Sarah A. Gottlieb, Esq. and Jason P. Stearns, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Email: agoldstein@freeborn.com; jcatalano@freeborn.com;
sgottlieb@freeborn.com; jstearns@freeborn.com

     **PLEASE TAKE NOTICE** that on the **17th** day of **November**, **2022** at **11:00 a.m.** we shall appear before the **Honorable Judge John R. Blakey** or any other Judge sitting in his stead, in the courtroom usually occupied by him in **Room 1203**, 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **Defendant Vintage Brand, LLC's Motion for Partial Summary Judgment on Abandonment of the University's "Chief" Logo,** a copy of which is hereby served upon you.

                                                     /s/ *Theresa H. Wang*
                                                     Theresa H. Wang
                                                     (*pro hac vice*)
                                                     STOKES LAWRENCE, P.S.
                                                   1420 Fifth Avenue, Suite 3000
                                                   Seattle, Washington 98101
                                                   Tel: (206) 626-0000
                                                   Email: theresa.wang@stokeslaw.com

## **PROOF OF SERVICE**

   I hereby certify that on November 8, 2022, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                 */s/ Theresa H. Wang*