**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

The Board of Trustees of The University of Illinois

                              Plaintiff,

v.                                                                                                           Case No.: 1:21−cv−06546

                                                                                                Honorable John Robert Blakey

Vintage Brand, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 10, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff having filed a third amended complaint [65], the Court denies without prejudice Plaintiff's motion to strike certain of Defendant's affirmative defenses [55]. Defendant shall respond to the third amended complaint by 11/15/22. Additionally, based upon the representations in the parties' most recent status report [67], the Court hereby extends fact discovery to 1/31/23. The parties shall file an updated status report by 2/10/23 confirming that fact discovery is complete and proposing reasonable expert discovery dates. The parties shall exhaust the possibility of settlement before spending time and money on expert discovery and dispositive motions. To this end, Plaintiff shall make a formal, written demand by 2/3/23, and Defendants shall respond (in writing) by 2/7/23. The parties shall confirm in their 2/10/23 status report that they have complied with this aspect of the Court's order. Finally, Defendant Vintage Brand has moved for partial summary judgment [68]. But, absent cause, the Court generally does not permit piecemeal summary judgment briefing. And briefing the motion at this time, with a new Defendant recently added to the case, does not promote efficiency. Accordingly, the Court denies the motion [68] without prejudice. If Defendant can demonstrate that, despite the current circumstances, the motion makes sense at this juncture, it may seek reconsideration of this ruling and explain why the motion should proceed at this time. The 11/17/22 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.