## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

The Board of Trustees of The University of Illinois

                                      Plaintiff,

v.

                                      Case No.: 1:21−cv−06546

                                      Honorable John Robert Blakey

Vintage Brand, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 17, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' joint motion to vacate and stay [127], vacates the current case management schedule, see [126], and strikes the 3/22/23 Notice of Motion date. The Court will set revised case management dates when it rules on the pending motions [68], [85], and [93]. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.