# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

The Board of Trustees of The University of Illinois

                Plaintiff,

v.

Vintage Brand, LLC, et al.

                Defendant.

Case No.: 1:21−cv−06546

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2023:

    MINUTE entry before the Honorable John Robert Blakey: For the reasons explained in the accompanying Memorandum Opinion and Order, the Court denies Vintage Brand's motion for partial summary judgment without prejudice, [68]. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.